AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| Jill Dillard, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   5:17-cv-05089-TLB |
| City of Springdale, Arkansas, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiffs, Jill Dillard, Joy Duggar, Jessa Seewald, Jinger Vuolo.                         .

Date:     05/18/2017

/s/ Sarah C. Jewell
*Attorney's signature*

Sarah C. Jewell, 2015169
*Printed name and bar number*

HARE WYNN NEWELL & NEWTON, LLP
129 W Sunbridge Drive
Fayetteville AR  72703

*Address*

sjewell@hwnn.com
*E-mail address*

(479) 521-7000
*Telephone number*

(479) 437-2007
*FAX number*