IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JILL DILLARD, JESSA SEEWALD,
JINGER VUOLO, and JOY DUGGAR,

                Plaintiffs,

v.

CITY OF SPRINGDALE; WASHINGTON
COUNTY; KATHY O'KELLEY; ERNEST CATE;
RICK HOYT; STEVE ZEGA; BAUER
PUBLISHING COMPANY, L.P.; BAUER
MAGAZINE, L.P.; BAUER MEDIA GROUP,
INC.; BAUER, INC.; HEINRICH BAUER
NORTH AMERICA, INC.; BAUER MEDIA
GROUP USA, LLC; and DOES 1-10, inclusive,

                Defendants.

## **MOTION TO APPEAR *PRO HAC VICE***

COMES NOW attorney STEVEN E. BLEDSOE who requests leave of Court to appear *pro hac vice* and participate in the above-styled case, and in support thereof, states:

1. I, Steven E. Bledsoe, am a licensed attorney in good standing and duly registered on the role of attorneys in the State of California, CA Bar No. 157811 and maintain an office for the practice of law at 555 South Flower Street, Suite 4400, Los Angeles, CA 90071; telephone 213.436.4888. I am a member in good standing with the U.S. Court of Appeals, Ninth Circuit (admitted 3/17/2006); U.S. District Court for the Central District of California (admitted 3/30/1992); U.S. District Court for the Northern District of California (admitted 4/30/1997); U. S. District Court for the Southern District of California (admitted 3/24/2004); and U. S. District Court for the Eastern District of California (admitted 6/4/2004).

2. I am an attorney for the plaintiffs in this case, now pending before this Court.

1

3. The above plaintiff is also represented by Arkansas counsel, Shawn Daniels, of Hare, Wynn, Newell and Newton, LLP, 129 West Sunbridge Drive, Fayetteville, Arkansas 72703; telephone 479-521-7000; shawn@hwnn.com. Attorney Shawn Daniels is a member of the Arkansas Bar and duly-registered attorney before this Court and readily available to opposing counsel for communication regarding the conduct of this case.

4. The State of California accords similar comity and courtesies to Arkansas attorneys who appear in her Courts.

5. By appearing herein, pursuant to Local Rule 83.5(e) I likewise agree to submit to all disciplinary procedures and applicable Uniform Federal Rules of Disciplinary Enforcement.

WHEREFORE, I, STEVEN E. BLEDSOE, pray that I be granted leave to appear *pro hac vice* and participate in all matters concerning the above styled case.

Date: May 22, 2017              Respectfully submitted,

                                By: /s/ Steven E. Bledsoe
                                    Steven E. Bledsoe
                                    California Bar No. 157811
                                    LARSON O'BRIEN LLP
                                    555 South Flower Street, Suite 4400
                                    Los Angeles, California 90071
                                    Telephone: 213.436.4888
                                    sbledsoe@larsonobrienlaw.com