AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | | |
|---|---|---|
| Jill Dillard, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  5:17-cv-05089-TLB |
| City of Springdale, Arkansas, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiffs, Jill Dillard, Joy Duggar, Jessa Seewald, Jinger Vuolo.

Date:   05/23/2017

/s/ Steven E. Bledsoe
*Attorney's signature*

Steven E. Bledsoe, SBN 157811
*Printed name and bar number*

LARSON O'BRIEN LLP
555 S. Flower Street, Suite 4400
Los Angeles, California 90071
*Address*

sbledsoe@larsonobrienlaw.com
*E-mail address*

(213) 436-4888
*Telephone number*

(213) 623-2000
*FAX number*