IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JILL DILLARD, JESSE SEEWALD, JINGER VUOLO and JOY DUGGAR<br>        Plaintiffs,<br><br>and<br><br>JOSHUA DUGGAR,<br>        Plaintiff-Intervenor,<br><br>v.<br><br>CITY OF SPRINGDALE, ARKANSAS; WASHINGTON COUNTY, ARKANSAS; KATHY O'KELLEY, in her individual and official capacities; ERNEST CATE, in his individual and official capacities; RICK HOYT, in his individual and official capacities; STEVE ZEGA, in his official capacity; BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC, and DOES 1-10, inclusive<br>        Defendants. | Case No. 5:17-cv-05089-TLB |

## NOTICE OF APPEARANCE

COME NOW, Gregory F. Payne, Esq. of the Story Law firm, and enter his Notice of Appearance in the above matter on behalf of the Plaintiff-Intervenor, Joshua Duggar.

                                          Respectfully Submitted,

                                          STORY LAW FIRM, PLLC

                                          By: _/s/ Gregory F. Payne_
                                          GREGORY F. PAYNE (2017008)
                                          greg@storylawfirm.com
                                          438 E. Millsap Road, Suite 103
                                          Fayetteville, AR  72703
                                          Phone: (479) 473-3700
                                          Fax: (479) 473-3701

## CERTIFICATE OF SERVICE

      I, Gregory F. Payne, hereby certify that on June 6, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which shall send notification to all counsel of record.

      /s/ Gregory F. Payne
      GREGORY F. PAYNE