IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JILL DILLARD, JESSE SEEWALD, ) <br> JINGER VUOLO and JOY DUGGAR, ) <br>                Plaintiffs, ) <br>                            ) <br>      v.                         ) <br>                             ) <br> CITY OF SPRINGDALE, et al,   ) <br>                Defendants. ) | Case No. 5:17-cv-05089-TLB |

### NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE

COMES NOW, the intervening party, Josh Duggar, and upon further consideration hereby withdraws his Motion to Intervene.

Dated this 16th day of June, 2017.

                                                       Respectfully submitted,

                                                       STORY LAW FIRM, PLLC

                                                       By   /s/ Gregory F. Payne
                                                       Travis W. Story (2008274)
                                                       Gregory F. Payne (2017008)
                                                       438 E. Millsap Rd., Suite 103
                                                       Fayetteville, AR  72703
                                                       (479) 443-3700
                                                       Fax (479) 443-3701
                                                       travis@storylawfirm.com
                                                       greg@storylawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal of Motion to Intervene has been served this 16th day of June, 2017 to the following counsel by CM/ECF:

Shawn Daniels and
Sarah Jewell
Hare, Wynn, Newell and Newton, LLP
129 W. Sunbridge Drive
Fayetteville, AR  72703

Robert O'Brien,
Steven Bledsoe and
Lauren Wulfe
Larson O'Brien LLP
555 South Flower Street, Suite 4400
Los Angeles, CA  90071

                                                      /s/ Gregory F. Payne_____
                                                Gregory F. Payne