IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

JILL DILLARD, JESSA SEEWALD,                      PLAINTIFFS
JINGER VUOLO, and JOY DUGGAR

V.                     NO. 5:17-CV-5089 TLB

CITY OF SPRINGDALE, ARKANSAS;                   DEFENDANTS
WASHINGTON COUNTY, ARKANSAS;
KATHY O'KELLEY, in her individual and official capacities;
ERNEST CATE, in his individual and official capacities;
RICK HOYT, in his individual and official capacities;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.; BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; and DOES 1-10, inclusive

## ENTRY OF APPEARANCE

Cynthia W. Kolb of Cross, Gunter, Witherspoon & Galchus, P.C., 500 President Clinton Avenue, Suite 200, Little Rock, Arkansas 72201, enters her appearance on behalf of Defendants Bauer Publishing Company, L.P., Bauer Magazine, L.P., Bauer Media Group, Inc., Bauer, Inc., Heinrich Bauer North America, Inc., and Bauer Media Group USA, LLC for all further proceedings in this cause.

230075                                 1

Respectfully Submitted,

Cynthia W. Kolb, AB#00156
ckolb@cgwg.com
**CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.**
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Phone: 501-371-9999 / Fax: 501-371-0035

By: /s/ Cynthia W. Kolb
     Cynthia W. Kolb


**ATTORNEY FOR DEFENDANTS BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; AND, BAUER MEDIA GROUP USA, LLC**


## CERTIFICATE OF SERVICE

I, Cynthia W. Kolb, the undersigned, hereby certify that on June 28, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification to all counsel of record.

/s/ Cynthia W. Kolb
Cynthia W. Kolb