UNITED STATES DISTRICT COURT
WESTERN DISTRICT ARKANSAS

---------------------------------------------------------------- x

JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY DUGGAR,

                Plaintiffs,

- against -

CITY OF SPRINGDALE, ARKANSAS; WASHINGTON COUNTY, ARKANSAS; KATHY O'KELLEY, in her individual and official capacities; ERNEST CATE, in his individual and official capacities; RICK HOYT, in his individual and official capacities; STEVE ZEGA, in his official capacity; BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC; and DOES 1-10, inclusive,

                Defendants.

---------------------------------------------------------------- x

Civil Action No.: 17 Civ. 5089 (TLB)

***PRO HAC VICE*** **MOTION FOR PERMISSION TO PRACTICE OF JAMIE S. RAGHU**

      Defendants Bauer Publishing Company, L.P.; Bauer Magazine L.P.; Bauer Media Sales, Inc., formerly known as Bauer Media Group, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer Media Group USA, LLC (collectively, "Defendants"), by and through undersigned counsel, Cynthia W. Kolb, of Cross, Gunter, Witherspoon & Galchus, P.C., a member of good standing of the bar of this Court, hereby move for the approval of Jamie S. Raghu to appear by comity and by courtesy for purposes of this case.

      Ms. Raghu has been a member in good standing of the Bar of the State of New York and New Jersey and is licensed in the following federal courts: Southern District of New York, Eastern District of New York, District of Colorado, and Federal Circuit. Ms. Raghu has not been disqualified to appear in any court of record.

1

Ms. Raghu is a member of and associated with the law firm of Davis Wright Tremaine, LLP, 1251 Avenue of the Americas, New York, New York 10020. Ms. Raghu will serve as counsel in this case to Defendants and as co-counsel in this case with Cynthia W. Kolb.

Ms. Raghu will comply with the Local Rules of this Court and submit to all disciplinary procedures applicable to Arkansas lawyers.

WHEREFORE, it is respectfully requested that the Motion to permit Jamie S. Raghu to appear as counsel in the above-referenced case be granted.

Respectfully submitted,

/s/ Cynthia W. Kolb
Cynthia W. Kolb (#2000156)
ckolb@cgwg.com
Cross, Gunter, Witherspoon & Galchus, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Telephone: 501/371-9999
Facsimile: 501/371-0035

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Lauren Wulfe
Robert O'Brien
Steven Bledsoe
Larson O'Brien LLP
555 S. Flower Street
Suite 4400
Los Angeles, CA 90071

Sarah Coppola Jewell
Shawn B. Daniels
Hare Wynn Newell Newton LLP
129 West Sunbridge Drive
Fayetteville, AR 72703

*Attorneys for Plaintiffs*

                                                              /s/ Cynthia W. Kolb
                                                                Cynthia W. Kolb