IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JILL DILLARD, JESSA SEEWALD,**                                     **PLAINTIFFS**
**JINGER VUOLO, and JOY DUGGAR**

V.                                    CASE NO. 5:17-CV-05089-TLB

**CITY OF SPRINGDALE, ARKANSAS;**                                    **DEFENDANTS**
**WASHINGTON COUNTY, ARKANSAS;**
**KATHY O'KELLEY, in her individual and**
**official capacities;**
**ERNEST CASE, in his individual and official capacities;**
**RICK HOYT, in his individual and official capacities;**
**STEVE ZEGA, in his official capacity;**
**BAUER PUBLISHING COMPANY, L.P.;**
**BAUER MAGAZINE, L.P.;**
**BAUER MEDIA GROUP, INC.;**
**BAUER, INC.;**
**HEINRICH BAUER NORTH AMERICA, INC.;**
**BAUER MEDIA GROUP USA, LLC; and**
**DOES 1-10, inclusive**

## NOTICE AND ENTRY OF APPEARANCE

Comes now, R. Justin Eichmann of Harrington, Miller, Kieklak, Eichmann & Brown, P.A. and for his Notice and Entry of Appearance, states:

1. That R. Justin Eichmann hereby enters his appearance as attorney of record for Separate Defendants City of Springdale, Ernest Cate, in his individual and official capacities, and Kathy O'Kelley, in her individual and official capacities (collectively referred to herein as the "Springdale Defendants").

2. Counsel respectfully requests this Court and all counsel of record take note of his appearance, and that he be copied with all pleadings, correspondence, and other pertinent documents in this action.

Respectfully Submitted,

City of Springdale, Ernest Cate, and
Kathy O'Kelley;
SPRINGDALE DEFENDANTS

<u>/s/ R. Justin Eichmann</u>
R. Justin Eichmann
Arkansas Bar No. 2003145
HARRINGTON, MILLER, KIEKLAK,
EICHMANN AND BROWN, P.A.
*Attorney for Springdale Defendants*
4710 S. Thompson, Suite 102
Springdale, AR 72764
(479)751-6464

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, do hereby certify that on the 29th day of June, 2017, a true and correct copy of the above and foregoing Notice and Entry of Appearance was filed with the Clerk via the CM/ECF system which will send notification of filing to the following:

Lauren S. Wulfe
Robert C. O'Brien
Steven E. Bledsoe
LARSON O'BRIEN, LLP
555 S. Flower Street
Suite 4400
Los Angeles, CA 90071
(213) 436-4888
 lwulfe@larsonobrienlaw.com
 robrien@larsonobrienlaw.com
 sbledsoe@larsonobrienlaw.com

Shawn B. Daniels
Sara C. Jewell
HARE, WYNN, NEWELL & NEWTON, LLP
129 W. Sunbridge Drive
Fayetteville, AR 72703
479-521-7000
Fax: 479-437-2007
shawm@hwnn.com
sjewell@hwnn.com

Cynthia W. Kolb
CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
500 President Clinton Avenue
Suite 200
Little Rock, AR 72201
(501) 371-9999
Fax: (501) 371-0035
ckolb@cgwg.com

                                            /s/ R. Justin Eichmann
                                            R. Justin Eichmann
                                            HARRINGTON, MILLER, KIEKLAK,
                                            EICHMANN AND BROWN, P.A.
                                            *Attorney for Springdale Defendants*
                                            4710 S. Thompson, Suite 102
                                            Springdale, AR 72764
                                            (479)751-6464