IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JILL DILLARD, JESSA SEEWALD,**                                                     **PLAINTIFFS**
**JINGER VUOLO, and JOY DUGGAR**

V.                                              CASE NO. 5:17-CV-05089-TLB

**CITY OF SPRINGDALE, ARKANSAS;**                                                    **DEFENDANTS**
**WASHINGTON COUNTY, ARKANSAS;**
**KATHY O'KELLEY, in her individual and**
**official capacities;**
**ERNEST CASE, in his individual and official capacities;**
**RICK HOYT, in his individual and official capacities;**
**STEVE ZEGA, in his official capacity;**
**BAUER PUBLISHING COMPANY, L.P.;**
**BAUER MAGAZINE, L.P.;**
**BAUER MEDIA GROUP, INC.;**
**BAUER, INC.;**
**HEINRICH BAUER NORTH AMERICA, INC.;**
**BAUER MEDIA GROUP USA, LLC; and**
**DOES 1-10, inclusive**

## NOTICE AND ENTRY OF APPEARANCE

Comes now, Susan Keller Kendall of Kendall Law Firm, PLLC and for her Notice and Entry of Appearance, states:

1.   That Susan Keller Kendall hereby enters her appearance as attorney of record for Separate Defendants City of Springdale, Ernest Cate, in his individual and official capacities, and Kathy O'Kelley, in her individual and official capacities (collectively referred to herein as the "Springdale Defendants").

2.   Counsel respectfully requests this Court and all counsel of record take note of her appearance, and that she be copied with all pleadings, correspondence, and other pertinent documents in this action.

          Respectfully Submitted,

          City of Springdale, Ernest Cate, and
          Kathy O'Kelley;
          SPRINGDALE DEFENDANTS

          <u>/s/ Susan Keller Kendall</u>
          Susan Keller Kendall
          Arkansas Bar No. 98119
          KENDALL LAW FIRM, PLLC
          3706 Pinnacle Hills Parkway, Suite 201
          Rogers, Arkansas 72758
          Email:  skk@kendalllawfirm.com
          Phone: (479) 464-9828
          Fax: (479) 464-9768


## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that on the 29th day of June, 2017, a true and correct copy of the above and foregoing Notice and Entry of Appearance was filed with the Clerk via the CM/ECF system which will send notification of filing to the following:

Lauren S. Wulfe
Robert C.  O'Brien
Steven E. Bledsoe
LARSON O'BRIEN, LLP
555 S. Flower Street
Suite 4400
Los Angeles, CA 90071
(213) 436-4888
 lwulfe@larsonobrienlaw.com
 robrien@larsonobrienlaw.com
 sbledsoe@larsonobrienlaw.com

Shawn B. Daniels
Sara C. Jewell
HARE, WYNN, NEWELL & NEWTON, LLP
129 W. Sunbridge Drive
Fayetteville, AR 72703
479-521-7000
Fax: 479-437-2007
shawm@hwnn.com
sjewell@hwnn.com

Cynthia W. Kolb
CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
500 President Clinton Avenue
Suite 200
Little Rock, AR 72201
(501) 371-9999
Fax: (501) 371-0035
ckolb@cgwg.com


        /s/ Susan Keller Kendall
        Susan Keller Kendall
        Arkansas Bar No. 98119
        KENDALL LAW FIRM, PLLC
        *Attorney for Springdale Defendants*
        3706 Pinnacle Hills Parkway, Suite 201
        Rogers, Arkansas 72758
        Email:  skk@kendalllawfirm.com
        Phone: (479) 464-9828