Jessa Seewald
1965 N. Porter Rd.
Fayetteville, AR 72704

April 12, 2017

VIA FAX

Lannie Coles
Custodian of Records
Springdale Police Department
201 Spring St.
Springdale, Arkansas 72764

Re: Arkansas Freedom of Information Act Request

Dear Ms. Coles:

Under the Arkansas Freedom of Information Act ("FOIA") § 25-19-101 et seq., I am requesting the following public records and information:

- All FOIA requests received by the Springdale Police Department in May 2015
- All FOIA requests received by the Springdale Police Department in 2015 from or on behalf of Abtin Mehdizadegan
- All FOIA requests received by the Springdale Police Department in 2015 from or on behalf of Cross, Gunter, Witherspoon & Galchus, P.C.
- All FOIA requests received by the Springdale Police Department in 2015 from or on behalf of In Touch Weekly or Bauer Publishing Company
- All FOIA requests received by the Springdale Police Department in 2015 from or on behalf of Access Hollywood or NBC Universal
- All Communications from May 2015 related to the FOIA request sent by Abtin Mehdizadegan to the Springdale Police Department on or about May 15, 2015 regarding Offense Report # 1-06-006986
- All Communications from May 2015 and June 2015 relating to or mentioning Josh Duggar
- All Communications from May 2015 and June 2015 relating to or mentioning to Offense Report # 1-06-006986
- All Communications from May 2015 and June 2015 relating to or mentioning In Touch Weekly or Bauer Publishing Company
- All Communications from May 2015 and June 2015 relating to or mentioning Access Hollywood or NBC Universal
- All Public Records from May 2015 related to the FOIA request sent by Abtin Mehdizadegan to the Springdale Police Department on or about May 15, 2015 regarding Offense Report # 1-06-006986
- All Public Records from May 2015 and June 2015 relating to or mentioning Josh Duggar
- All Public Records from May 2015 and June 2015 relating to or mentioning to Offense Report # 1-06-006986

Lannie Coles
April 12, 2017
Page 2

- All Public Records from May 2015 and June 2015 relating to or mentioning In Touch Weekly or Bauer Publishing Company
- All Public Records from May 2015 and June 2015 relating to or mentioning Access Hollywood or NBC Universal

For purposes of this request:

- "Communications" shall include any written letters, memorandum, electronic or computer mail, e-mail, text messages, instant messages, telephone calls, conversations, faxes, or any combination of the preceding forms of communication.
- "Public Records" shall have the same meaning as defined in Ark. Code Ann. § 25-19-101 and shall include all writings, recorded sounds, films, tapes, electronic or computer-based information, or data compilations in any medium as defined by.
- "Springdale Police Department" shall mean the Springdale Police Department and its officers, employees, agents, representatives, and anyone acting on its behalf.
- "In Touch Weekly" shall mean the magazine In Touch Weekly and its officers, employees, agents, representatives, and anyone acting on its behalf.
- "Bauer Publishing Company" shall mean the media company Bauer Publishing Company its officers, employees, agents, representatives, and anyone acting on its behalf.
- "Access Hollywood" shall mean the television program Access Hollywood and its officers, employees, agents, representatives, and anyone acting on its behalf.
- "NBC Universal" shall mean the media company NBC Universal and its officers, employees, agents, representatives, and anyone acting on its behalf.

I further request that the records sought be provided in electronic format to the extent that your office has the necessary software to do so. Although an electronic format is preferable, if that is not possible please contact me to make arrangements to review and the records and make the necessary copies.

If there are costs involved in obtaining a copy of the requested records, please contact me prior to incurring any costs in excess of $25.00. Further, if any fees are assessed for the searching or copying these records, please provide me with an itemized breakdown of the charges pursuant to Ark. Code Ann. § 25-19-105(d)(3)(B).

If you deny any or all of this request, please provide a detailed statement of the reasons for withholding any documents and cite each specific exemption you contend justifies the refusal to release the information. If any portion of the records responsive to this request contain exempt information that is commingled with nonexempt information, please provide redact copies. In the event that you redact or otherwise delete any information from any responsive record, I request that you provide a detailed list including the justification for each deletion or redaction.

The Arkansas Freedom of Information Act requires a response within three (3) business days. I, therefore, request a response from you by no later than three days from receipt of this letter. Please direct any response or questions to me, c/o Steven Bledsoe (sbledsoe@larsonobrienlaw.com or (213) 436-4866) or Lauren Wulfe (lwulfe@larsonobrienlaw.com or (213) 493-9133) at Larson O'Brien LLP.

Lannie Coles
April 12, 2017
Page 3

Thank you for considering my request.

Sincerely,

*Jessa Seewald*

Jessa Seewald

**TO:** **Springdale Police Dept.**
**Attn.:** **Lannie Coles**

**From:** **Lauren S. Wulfe, Esq.**
**Fax No.:** **(479) 750-8148**
**No. of page(s):** **3**

----------------------------------------------------------------

If all pages not received please call 213/ 493-7830. Thank you.

Please see the attached Arkansas Freedom of Information Act request sent on behalf of Arkansas resident Jessa Seewald.

**LARSON·O'BRIEN** LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
213.436.4888 Office
213.623.2000 Fax
jneal@larsonobrienlaw.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.