UNITED STATES DISTRICT COURT
WESTERN DISTRICT ARKANSAS

------------------------------------------------------------x

JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY DUGGAR,

              Plaintiffs,

- against -

CITY OF SPRINGDALE, ARKANSAS; WASHINGTON COUNTY, ARKANSAS; KATHY O'KELLEY, in her individual and official capacities; ERNEST CATE, in his individual and official capacities; RICK HOYT, in his individual and official capacities; STEVE ZEGA, in his official capacity; BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC; and DOES 1-10, inclusive,

              Defendants.

Civil Action No.: 17 Civ. 5089 (TLB)

**DEFENDANTS BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA SALES, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges of this Court to determine the need for recusal, Bauer Publishing Company, L.P. states that it is a New Jersey limited partnership and that no publicly traded corporation holds a ten percent or greater ownership interest in the partnership.

      Bauer Magazine L.P. states that it is a Delaware limited partnership and that no publicly traded corporation holds a ten percent or greater ownership interest in the partnership.

      Bauer Media Sales, Inc., formerly known as Bauer Media Group, Inc., states that it is a Delaware corporation, it is a wholly owned subsidiary of Bauer Media Group USA, LLC and that no publicly traded corporation holds a ten percent or greater ownership interest in the corporation.

Bauer, Inc. states that it is a Delaware corporation, it is a wholly owned subsidiary of Heinrich Bauer North America Inc. and that no publicly traded corporation holds a ten percent or greater ownership interest in the corporation.

Heinrich Bauer North America, Inc. states that it is a Delaware corporation, it is a wholly owned subsidiary of Bauer Media Group USA, LLC and that no publicly traded corporation holds a ten percent or greater ownership interest in the corporation.

Bauer Media Group USA, LLC states that it is a Delaware limited liability company and that no publically traded corporation hold a ten percent or greater ownership interest in the limited liability company.

Respectfully submitted,

By: /s/ Cythia W. Kolb

CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
Cythia W. Kolb
(ckolb@cgwg.com)
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 371-9999
Fax: (501) 371-0035

DAVIS WRIGHT TREMAINE LLP
Elizabeth A. McNamara (*pro hac vice* pending)
(lizmcnamara@dwt.com)
Jamie S. Raghu
JamieRaghu@dwt.com
1251 Avenue of the Americas, 21st Floor
New York, New York  10020-1104
Telephone: (212) 489-8230
Fax:  (212) 489-8340

*Attorneys for Defendants Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Sales, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer Media Group USA, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of June, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                              /s/ Cynthia W. Kolb
                                                Cynthia W. Kolb