UNITED STATES DISTRICT COURT
WESTERN DISTRICT ARKANSAS

---

JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY DUGGAR,

    Plaintiffs,

- against -

CITY OF SPRINGDALE, ARKANSAS; WASHINGTON COUNTY, ARKANSAS; KATHY O'KELLEY, in her individual and official capacities; ERNEST CATE, in his individual and official capacities; RICK HOYT, in his individual and official capacities; STEVE ZEGA, in his official capacity; BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC; and DOES 1-10, inclusive,

    Defendants.

---

Civil Action No.: 17 Civ. 5089 (TLB)

**NOTICE OF APPEARANCE OF JAMIE S. RAGHU**

  PLEASE TAKE NOTICE that Jamie S. Raghu of DAVIS WRIGHT TREMAINE LLP hereby appears as counsel for Defendants Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Sales, Inc., formerly known as Bauer Media Group, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer Media Group USA, LLC in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address stated below. I certify that I am authorized to practice in this court.

Dated: New York, New York
July 6, 2017

Respectfully submitted,

By: */s/ Jamie S. Raghu*

DAVIS WRIGHT TREMAINE LLP
Jamie S. Raghu
(jamieraghu@dwt.com)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
Telephone: (212) 489-8230
Fax:  (212) 489-8340
*Attorney for Defendants Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Sales, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer Media Group USA, LLC*