**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JILL DILLARD, JESSA SEAWALD,**
**JINGER VUOLO, and JOY DUGGAR**                                    **PLAINTIFFS**

**VS.**                                   **NO. 17-CV-05089-TLB**

**CITY OF SPRINGDALE, ARKANSAS;**
**WASHINGTON COUNTY, ARKANSAS;**
**KATHY O'KELLEY, in her individual**
**and official capacities;**
**RICK HOYT, in his individual and official capacities;**
**STEVE ZEGA, in his official capacity;**
**BAUER PUBLISHING COMPANY, L.P.;**
**BAUER MAGAZINE L.P.;**
**BAUER MEDIA GROUP, L.P.;**
**BAUER, INC.;**
**HENRICH BAUER NORTH AMERICA, INC.;**
**BAUER MEDIA GROUP USA, LLC; and**
**DOES 1-10, inclusive**                                    **DEFENDANTS**

**MOTION TO DISMISS**
**BY WASHINGTON COUNTY DEFENDANTS**

Comes now the Separate Washington County Defendants, Rick Hoyt, in his individual and official capacities, Steve Zega, in his official capacity only, and Washington County, Arkansas (referred to collectively herein as the "Washington County Defendants") and for their Motion to Dismiss Plaintiff's Complaint (Docket #1) do state the following:

1.      The Plaintiffs filed their Complaint in this case on May 18, 2017, alleging, *inter alia* and under state and federal law, that their statutory and constitutional privacy rights were violated when Washington County and a Major in its Sheriff Department, allegedly disclosed a redacted police report arising from the Plaintiffs' molestation by their brother.  Doc. # 1.

2.      For the reasons set forth in the accompanying brief in support and in the Separate Springdale Defendants' motion to dismiss brief (Doc. # 22), which are adopted and incorporated herein as if set forth word for word, the Defendants are entitled to qualified immunity and dismissal of the Plaintiff's Complaint as a matter of law.

3.      Per the Federal Rules of Civil Procedure, the Defendants reserve the right to file an Answer and do not waive any affirmative or other defenses, which are all raised, reserved, and/or

asserted herein.

        4.        The Defendants respectfully demand a trial by jury in this case.

        WHEREFORE, the Defendants respectfully request that the Plaintiff's Complaint be dismissed and that they be granted qualified immunity.

        Respectfully submitted,

        Rick Hoyt, in his individual and official capacities,
        Steve Zega, in his official capacity only, and
        Washington County, Arkansas,
        *Separate Washington County Defendants*

        RAINWATER, HOLT & SEXTON, P.A.
        P.O. Box 17250
        801 Technology Drive
        Little Rock, Arkansas  72222-7250
        Telephone (501) 868-2500
        Telefax (501) 868-2505
        email:owens@rainfirm.com

By:      /s/Jason E. Owens
        Michael R. Rainwater, #79234
        Jason E. Owens, #2003003

## CERTIFICATE OF SERVICE

        I hereby certify that on the 10th day of July, 2017,  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

        /s/ Jason E. Owens
        Jason E. Owens
        Attorney for Defendants
        RAINWATER, HOLT & SEXTON, P.A.
        P.O. Box 17250
        801 Technology Drive
        Little Rock, Arkansas  72222-7250
        Telephone (501) 868-2500