IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JILL DILLARD, JESSA SEEWALD,
JINGER VUOLO, and JOY DUGGAR                                                   PLAINTIFFS

vs.                              CASE NO. 5:17-cv-5089-TLB

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
KATHY O'KELLEY, in her individual and
official capacities;
ERNEST CATE, in his individual and official capacities;
RICK HOYT, in his individual and official capacities;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY, L.P.;
BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.;
BAUER INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; and
DOES 1-10, inclusive                                                            DEFENDANTS

**PLAINTIFFS' RESPONSE TO MOTION TO STAY ON BEHALF OF SEPARATE
DEFENDANTS CITY OF SPRINGDALE; ERNEST CATE, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITIES; and KATHY O'KELLEY,
IN HER INDIVIDUAL AND OFFICIAL CAPACITIES**

Plaintiffs Jill Dillard; Jessa Seewald; Jinger Vuolo; and Joy Duggar, for their Response to Motion to Stay on Behalf of Separate Defendants City of Springdale; Ernest Cate, in His Individual and Official Capacities; and Kathy O'Kelley, in Her Individual and Official Capacity[1] state as follows.

1.      In their Motion to Stay, Separate Defendants City of Springdale; Ernest Cate, in his individual and official capacities; and Kathy O'Kelley, in her individual and official capacities ask this Court to stay this entire lawsuit pending resolution of their Motion to Dismiss

---

[1] Doc. 23.

on immunity grounds and to stay proceedings during the pendency of any subsequent interlocutory appeals that may follow.

2. Plaintiffs do not object to a stay of proceedings during the pendency of the Motion to Dismiss on immunity grounds.

3. However, it is premature at this juncture for this Court to order a stay of proceedings during the pendency of any potential interlocutory appeals that may follow the Court's ruling on Defendants' pending Motion to Dismiss on immunity grounds.

4. Plaintiffs reserve the right to revisit the issue of staying proceedings during an interlocutory appeal after this Court has ruled on Defendants' pending Motion to Dismiss on immunity grounds and after a notice of appeal has been filed, when and if the issue becomes ripe for consideration.

5. Further, the requested stay seeks to stay requests for public records pursuant to the Freedom of Information Act ("FOIA requests") as well as discovery. Even if a stay of discovery might be appropriate at some point, FOIA requests should not be subject to a stay in these proceedings, as FOIA requests are not part of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs respectfully request this Court 1) defer any ruling on the issue of whether to stay proceedings during any appeal of the ruling on the Motion to Dismiss until the issue becomes ripe for consideration; and 2) in any case, further pray this Court determine that FOIA requests would not be subject to any stay in these proceedings.

Respectfully submitted,

By: /s/ Shawn B. Daniels
Shawn B. Daniels, AR Bar No. 99126
Sarah C. Jewell, AR Bar No. 2015169
HARE, WYNN, NEWELL & NEWTON, LLP
129 W. Sunbridge Drive
Fayetteville, AR 72703

2

Phone: (479) 521-7000
Facsimile: (479) 437-2007
shawn@hwnn.com
sjewell@hwnn.com

and

Robert C. O'Brien
Steven E. Bledsoe
Lauren S. Wulfe
LARSON O'BRIEN LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Phone: (913) 436-4888
robrien@larsonobrienlaw.com
sbledsoe@larsonobrienlaw.com
lwulfe@larsonobrienlaw.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY DUGGAR*

**CERTIFICATE OF SERVICE**

   I, Shawn Daniels, do hereby certify that on the 13th day of July, 2017, a true and correct copy of the above and foregoing Response to Motion to Stay was filed with the Clerk via the CM/ECF system, which will send notification of filing to the following:

Robert Justin Eichmann
Harrington Miller Neihouse Kieklak PA
113 E. Emma Ave.
P.O. Box 687
Springdale, AR 72764
jeichmann@arkansaslaw.com,cmiller@arkansaslaw.com

Susan Keller Kendall
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway
Suite 201
Rogers, AR 72758
skk@kendalllawfirm.com,joan@kendalllawfirm.com

Thomas N. Kieklak
Harrington, Miller & Kieklak, P.A.
P.O. Box 687
113 East Emma Avenue
Springdale, AR 72765-6765
tkieklak@arkansaslaw.com,cmiller@arkansaslaw.com

Cynthia W. Kolb
Cross, Gunter, Witherspoon & Galchus, P.
500 President Clinton Avenue
Suite 200
Little Rock, AR 72201
ckolb@cgwg.com,dclark@cgwg.com

Elizabeth Anne McNamara
Davis Wright Tremaine LLP

1251 Avenue of the Americas
21st Floor
New York, NY 10020
lizmcnamara@dwt.com,jamieraghu@dwt.com

Jamie Somoza Raghu
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
jamieraghu@dwt.com

                                                /s/ Shawn Daniels_____