IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JILL DILLARD, JESSA SEAWALD,
JINGER VUOLO, and JOY DUGGAR,**                                   PLAINTIFFS

VS.                       NO. 5:17-cv-5089-TLB

**CITY OF SPRINGDALE, ARKANDAS;
WASHINGTON COUNTY, ARKANSAS;
KATHY O'KELLEY, in her individual
and official capacities; RICK HOYT,
in his individual and official capacities;
STEVE ZEGA , in his official capacity;
BAUER PUBLISHING COMPANY, L.P.;
BAUER MAGAZINE L.P.; BAUER
MEDIA GROUP, L.P.; BAUER, INC.;
HENRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; and
DOES 1-10, inclusive**                                            DEFENDANTS

### MOTION TO ADOPT, INCORPORATE, AND JOIN
### SPRINGDALE DEFENDANTS' MOTION TO STAY PRE-TRIAL PROCEEDINGS

Comes Separate Defendants, Washington County, Arkansas, Rick Hoyt, and Steve Zega by and through their attorneys, and for their Motion to Adopt and Join the Motion to Stay Pre-trial Proceedings, states as follows:

1.   On June 29, 2017, the Separate City of Springdale Defendants filed a Motion to Stay Pre-Trial Proceedings and Brief in Support. Doc ## 23 & 24.

2.   The Separate Washington County Defendants - Washington County, Arkansas, Rick Hoyt, in his individual and official capacities, and Steve Zega, in his official capacity - adopt and incorporate by reference, as if set forth herein word, the form and substance of the Springdale Defendants' Motion for Stay and Brief in Support (Doc. ## 23 & 24), pursuant to Fed. R. Civ. P. 10(c), and hereby join in the same motion.

WHEREFORE, The Separate Washington County Defendants adopt, incorporate, and join in the Springdale Defendants' motion for stay and respectfully request a stay of this case for the same reasons set out in that motion.

Respectfully submitted,

WASHINGTON COUNTY, ARKANSAS;
RICK HOYT, in his individual and
official capacities; and STEVE ZEGA
in his official capacity, *Separate Defendants*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email:owens@rainfirm.com

By:     /s/Jason E. Owens
Michael R. Rainwater, #79234
Jason E. Owens, #2003003

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th  day of July, 2017,  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record.

  /s/ Jason E. Owens
Jason E. Owens