# EXHIBIT C



# Josh Duggar's Youngest Molestation Victim May Have Been As Young As 5-Years-Old

May 26, 2015 at 1:53 pm
By Carly Sitzer



Last week, **Josh Duggar** confessed to molesting young girls when he was only a teenager.

His confession came shortly after *In Touch Weekly* published a bombshell police report — obtained through a Freedom of Information Act — which revealed that four of the now-27-year-old's underage victims lived in his parents **Jim Bob** and **Michelle**'s Springdale, Ark. home at the time of incidents, meaning they were most likely his younger sisters.



Josh and his wife, Anna. (Photo Credit: Getty Images)

The first assault took place in July 2002, with a second occurring in March 2003.

Although many details in the police report are redacted, based on the ages of his siblings and the dates of the molestations as described to police, one of Josh's victims was as young as five-years-old when Josh touched her private parts. It was part of an escalating series of attacks by Josh.

Read the chilling details:



< Prev | 1/33 images | Next >

1,419,571 views

imgur

f SHARE    y TWEET    PIN IT