

April 21, 2017

*Via Email Correspondence sbledsoe@larsonobrienlaw.com and lwulfe@larsonobrienlaw.com*
Steven Bledsoe
Lauren S. Wulfe
Larson O'Brien, LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071

Re:   Freedom of Information Act ("FOIA") Request of April 12, 2017 by Jesse Seewald

Dear Steven and Lauren,

    Our law firm represents the City of Springdale, Arkansas. We have compiled all of the records responsive to the above listed FOIA request which we are permitted by law to release. As we discussed on the phone and confirmed via email correspondence on April 17, 2017, you provided us with additional time to respond to your request due to the voluminous records involved. You also amended the first bullet point of your request to limit our response to include only FOIA requests relating to the Duggar Family and the other information and the other subject matter areas of your current request. We appreciate this additional time and for working with us to narrow the scope of your request.

    We are providing you with all of the documents and records that we have been able to locate which are responsive to your client's request. This response includes documents that we compiled in 2015 in response to numerous FOIA requests at that time as well as additional searches that we performed this week using your requested search criteria in order to insure that we are providing you with all responsive documents. There will be numerous duplicate documents and emails in this response, but there is no efficient way of removing the exact duplicates. Out of an abundance of caution, we are providing you with all the responsive documents for your review.

    Please be advised that there was litigation in Washington County related to FOIA requests involving the subject matter of your request, namely, Case No. JV2007-038-3 and Case No. CV2015-1548-1. The pleadings for Case No. CV2015-1548-1 are available publically through the Washington County Circuit Clerk's Office and the Arkansas Administrative Office of the Courts website: www.caseinfo.aoc.arkansas.gov. We are not providing records relating to JV2007-038-3 as that matter has been sealed.

    This response includes thousands of documents, and the nature of requests with broad search criteria makes it difficult to determine if every document your client seeks has been included. If you wish to provide more specific search criteria related to a specific document that your client is seeking, we will be happy to work with you on that request.

4710 South Thompson, Suite 102 | Springdale, Arkansas 72764 | T: (479) 751-6464 | F: (  )    .com



EXHIBIT B

April 21, 2017
Page 2

Please do not hesitate to contact our office if you have any questions or concerns.

Sincerely,

R. Justin Eichmann