# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
# NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  -   FAYETTEVILLE DIVISION

## 17-5089, DILLARD et al  vs. CITY of SPRINGDALE, ARKANSAS et al

Length of Trial:         NONE

| | | | |
|---|---|---|---|
| Financial Status: | Fee Paid? | Yes  XX | No |
| | If NO, has IFP been granted? | Yes | No |
| | Is there a pending motion for IFP? | Yes | No |
| Are there any other post-judgment motions? | | Yes | No *** |

Please identify the court reporter.

   If no court reporter, please check

   Name        **DANA HAYDEN**
   Address     35 E MOUNTAIN, ROOM 559
               FAYETTEVILLE, AR 72701
   Telephone Number    479-695-4460

**CRIMINAL CASES ONLY:**
Is the defendant incarcerated?                Yes        No
Place of confinement, if known:

Please list all other defendants in this case, if there were multiple defendants.


SPECIAL COMMENTS:        ***Pending case - Filed as Interlocutory by Separate Defendants'
                         Kathy O'Kelley and Ernest Cate. Motion to Stay Pending