**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **JILL DILLARD, JESSA SEAWALD,** | | |
| **JINGER VUOLO, and JOY DUGGAR,** | | **PLAINTIFFS** |
| | | |
| VS. | NO. 5:17-cv-5089-TLB | |
| | | |
| **CITY OF SPRINGDALE, ARKANSAS;** | | |
| **WASHINGTON COUNTY, ARKANSAS;** | | |
| **KATHY O'KELLEY, in her individual** | | |
| **and official capacities; ERNEST CATE, in** | | |
| **his individual and official capacities; RICK HOYT,** | | |
| **in his individual and official capacities;** | | |
| **STEVE ZEGA , in his official capacity;** | | |
| **BAUER PUBLISHING COMPANY, L.P.;** | | |
| **BAUER MAGAZINE L.P.; BAUER** | | |
| **MEDIA GROUP, L.P.; BAUER, INC.;** | | |
| **HEINRICH BAUER NORTH AMERICA, INC.;** | | |
| **BAUER MEDIA GROUP USA, LLC; and** | | |
| **DOES 1-10, inclusive** | | **DEFENDANTS** |

**MOTION TO ADOPT, INCORPORATE, AND JOIN**
**SPRINGDALE DEFENDANTS' RENEWED MOTION TO STAY**

Comes now Separate Washington County Defendant Rick Hoyt, in his individual capacity, and for his Motion to Adopt and Join Springdale Defendants' Renewed Motion to Stay, states as follows:

1. On October 10, 2017, the Separate City of Springdale Defendants filed a Renewed Motion to Stay and Brief in Support. Doc ## 65 & 66.

2. Separate Washington County Defendant Rick Hoyt, in his individual capacity, adopts and incorporates by reference, as if set forth herein word for word, the form and substance of the Springdale Defendants' Renewed Motion for Stay and Brief in Support (Doc. ## 65 & 66), pursuant to Fed. R. Civ. P. 10(c), and hereby joins in the same motion.

WHEREFORE, Separate Washington County Defendant Rick Hoyt, in his individual capacity, adopts, incorporates, and joins in the Springdale Defendants' renewed motion for stay and respectfully requests a stay of this case for the same reasons set out in that motion.

Respectfully submitted,

RICK HOYT, in his individual capacity, *Separate Defendant*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email:owens@rainfirm.com

By:   /s/Jason E. Owens
Michael R. Rainwater, #79234
Jason E. Owens, #2003003

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record.

   /s/ Jason E. Owens
Jason E. Owens