U.S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  -  FAYETTEVILLE  DIVISION

## 17-5089, DILLARD et al vs. CITY OF SPRINGDALE, AR, et al

Length of Trial:        **NONE**

Financial Status:    Fee Paid?                                      Yes **XX**     No

      If NO, has IFP been granted?                Yes         No

      Is there a pending motion for IFP?           Yes         No

Are there any other post-judgment motions?               Yes         No **\*\*\***


Please identify the court reporter.

    If no court reporter, please check

    Name         **DANA HAYDEN**
    Address      **35 E. MOUNTAIN, ROOM 559**
                    **FAYETTEVILLE, AR 72701**
Telephone Number     **479-695-4460**

**CRIMINAL CASES ONLY:**
    Is the defendant incarcerated?                     Yes    No
Place of confinement, if known:

Please list all other defendants in this case, if there were multiple defendants.


SPECIAL COMMENTS:        **\*\*\*Pending case - Filed as Interlocutory Appeal by Separate Defendant Rick Hoyt.  Motion for Order to Join Motion to Stay Pending.**