# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 20, 2017

Mr. Jason E Owens
RAINWATER & HOLT
801 Technology Drive
P.O. Box 17250
Little Rock, AR  72222-7250

     RE:  17-3284  Jill Dillard, et al v. Rick Hoyt

Dear Counsel:

     The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     The court will established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

     Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

     The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans  
Clerk of Court

BNS

Enclosure(s)

cc:   Mr. Steven Bledsoe  
      Mr. Shawn Bradley Daniels  
      Ms. Dana Hayden  
      Ms. Sarah C. Jewell  
      Mr. Robert Charles O'Brien Jr.  
      Ms. Lauren Wulfe  
      Mr. Douglas F. Young

      District Court/Agency Case Number(s):   5:17-cv-05089-TLB

**Caption For Case Number:   17-3284**

Jill Dillard; Jessa Seewald; Jinger Vuolo; Joy Duggar

    Plaintiffs - Appellees

v.

City of Springdale, Arkansas; Washington County, Arkansas; Kathy O'Kelley; Ernest Cate

    Defendants

Rick Hoyt, in his individual and official capacities

    Defendant - Appellant

Steve Zega; Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Group, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; Bauer Media Group USA, LLC; Does, 1-10

    Defendants

**Addresses For Case Participants:   17-3284**

Mr. Jason E Owens
RAINWATER & HOLT
801 Technology Drive
P.O. Box 17250
Little Rock, AR  72222-7250

Mr. Steven Bledsoe
LARSON O'BRIEN LLP
Suite 4400
555 S. Flower Street
Los Angeles, CA  90071

Mr. Shawn Bradley Daniels
KINCAID & HORNE
Suite 100
21 S. Block
Fayetteville, AR  72701-0000

Ms. Dana Hayden
Room 559
John Paul Hammerschmidt Federal Building
35 E. Mountain Street
Fayetteville, AR  72701

Ms. Sarah C. Jewell
HARE & WYNN
129 W. Sunbridge Drive
Fayetteville, AR  72703

Mr. Robert Charles O'Brien Jr.
ARENT & FOX
48th Floor
555 W. Fifth Street
Los Angeles, CA  90013

Ms. Lauren Wulfe
LARSON O'BRIEN LLP
Suite 4400
555 S. Flower Street
Los Angeles, CA  90071

Mr. Douglas F. Young
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354