IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JILL DILLARD; JESSA SEEWALD;
JINGER VUOLO; and JOY DUGGAR                                      PLAINTIFFS

V.                              CASE NO. 5:17-CV-5089

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
KATHY O'KELLEY, in her individual and
official capacities; ERNEST CATE, in his
individual and official capacities; RICK HOYT,
in his individual and official capacities;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY, L.P.;
BAUER MAGAZINE, L.P.; BAUER MEDIA
GROUP, INC.; BAUER, INC.; HEINRICH BAUER
NORTH AMERICA, INC.; BAUER MEDIA GROUP
USA, LLC; and DOES 1–10, inclusive                                DEFENDANTS

## ORDER STAYING CASE

On September 29, 2017, this Court entered an Order denying qualified immunity to the individual-capacity defendants in this case, see Doc. 62, from which those defendants have filed interlocutory appeals to the Eighth Circuit, see Docs. 63, 64. On October 10, Defendants Kathy O'Kelley and Ernest Cate filed a Motion to Stay (Doc. 65), asking this Court to "stay this proceeding in its entirety pending the interlocutory appeal on the qualified and statutory immunity issues," (Doc. 66, p. 2). The following day, Defendant Rick Hoyt filed a Motion to Adopt, Incorporate, and Join (Doc. 68) Ms. O'Kelley's and Mr. Cate's Motion. The Eighth Circuit has consolidated these interlocutory appeals onto one unified briefing schedule. See Docs. 71, 72. The deadline for the

1

plaintiffs in this case to respond to Ms. O'Kelley's and Mr. Cate's Motion has passed, with no such response ever having been filed.

**IT IS THEREFORE ORDERED** that Ms. O'Kelley's and Mr. Cate's Motion to Stay (Doc. 65) is **GRANTED** pursuant to Local Rule 7.2(f). All proceedings in this case will be **STAYED** until this Court receives the Eighth Circuit's mandate regarding these interlocutory appeals. Accordingly, Mr. Hoyt's Motion (Doc. 68), which requests identical relief, is **MOOT**.

**IT IS SO ORDERED** on this 25th day of October, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE