IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JILL DILLARD, JESSA SEEWALD,
JINGER VUOLO, and JOY DUGGAR,                           Plaintiffs,

v.                                                      Case No. 5:17-CV-5089-TLB

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
KATHY O'KELLEY, in her individual and
official capacities;
ERNEST CATE, in his individual and official capacities;
RICK HOYT, in his individual and official capacities;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY, L.P.;
BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.;
BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; and
DOES 1-10, inclusive,                                   Defendants.

PLAINTIFFS' MOTION FOR LEAVE FILE REPLY BRIEF
IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT

Plaintiffs, for their Motion for Leave to File a Reply Brief in Support of Their Motion for Leave to File an Amended Complaint state as follows:

1. Plaintiffs filed their Motion for Leave to File an Amended Complaint on October 26, 2017.[1]

2. Defendants have filed responses to Plaintiffs' Motion.[2]

---

[1] Doc. 74

[2] City Defendants' Response: Docs. 75, 76; County Defendants' Response: Doc. 77; Bauer Defendants' Response: Doc. 78.

3. Defendants have raised issues in their responses that may be clarified by the filing of a reply to the response. Particularly, Plaintiffs wish to clarify the ways in which the proposed amendment is not barred by the First Amendment or otherwise futile, as Defendants allege.

4. Plaintiffs believe a reply brief will assist the Court in deciding the Motion.

5. Because of the importance of the issues at hand, Plaintiffs would like to reply to Defendants' responses and therefore request leave to file a reply brief on or before December 1, 2017.

WHEREFORE, Plaintiffs respectfully request the Court grant them leave to file a reply to the responses, and in support of their motion for leave to file an amended complaint, on or before December 1, 2017, along with all other proper relief.

Respectfully Submitted,

/s/ Shawn B. Daniels
Shawn B Daniels, AR Bar 96126
Sarah Coppola Jewell AR Bar 2005169
Hare, Wynn, Newell & Newton, L.L.P.
129 W Sunbridge Dr
Fayetteville, AR 72703
shawn@hwnn.com
sjewell@hwnn.com

Lauren Wulfe
Steven Bledsoe
Robert O'Brien
Larson O'Brien LLP
555 S. Flower Street
Suite 4400
Los Angeles, CA 90071
lwulfe@larsonobrienlaw.com
sbledsoe@larsonobrienlaw.com
RObrien@larsonobrienlaw.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

ATTORNEYS FOR CITY DEFENDANTS

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email:owens@rainfirm.com
Jason E. Owens
Michael R. Rainwater

ATTORNEYS FOR COUNTY DEFENDANTS

Susan Keller Kendall
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway
Suite 201
Rogers, AR 72758
skk@kendalllawfirm.com,joan@kendalllawfirm.com

Thomas N. Kieklak
Robert Justin Eichmann
Harrington, Miller, Kieklak, Eichmann & Brown, P.A.
P.O. Box 687
113 East Emma Avenue
Springdale, AR 72765-6765
tkieklak@arkansaslaw.com
jeichmann@arkansaslaw.com

Cynthia W. Kolb
Cross, Gunter, Witherspoon & Galchus, P.
500 President Clinton Avenue
Suite 200
Little Rock, AR 72201
ckolb@cgwg.com

Elizabeth Anne McNamara
Jamie Somoza Raghu
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
lizmcnamara@dwt.com
jamieraghu@dwt.com

ATTORNEYS FOR BAUER DEFENDANTS


/s/ Shawn Daniels