# TRANSMITTAL SHEET

TO: Clerk, 8th Circuit Ct of Appeals     Date: 11/29/2017

From: Clerk, District Court WD/AR Division

Appeal No. 17-3284 (LEAD) and 17-3287

District Court No. 17-5089

Case Style: Dillard et al v. City of Springdale, AR et al

**TRANSMITTED HEREWITH:**

|   | Original file |   | Designated Clerk's Record |
|---|---|---|---|
|   |   |   |   |
| X | Transcript: 9/25/2017 Motion Hearing |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

EXHIBITS:

| Plaintiffs | Defendants | Joint |
|---|---|---|
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |

Comments: SENT UPS

**ALL ARE COPIES... NO NEED TO RETURN**