IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JILL DILLARD, JESSA SEEWALD,
JINGER VUOLO, and JOY DUGGAR,                                Plaintiffs,

v.                                                           Case No. 5:17-CV-5089-TLB

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
KATHY O'KELLEY, in her individual and
official capacities;
ERNEST CATE, in his individual and official capacities;
RICK HOYT, in his individual and official capacities;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY, L.P.;
BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.;
BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; and
DOES 1-10, inclusive,                                        Defendants.

### NOTICE OF CHANGE OF FIRM AFFILIATION & Email ADDRESS

Effective immediately, the contact information for Shawn B. Daniels and

Sarah C. Jewell, attorneys representing the Plaintiff in this matter, is:

       Shawn B. Daniels
       shawn@danielsfirm.com

       Sarah C. Jewell
       sarah@danielsfirm.com

       DANIELS LAW FIRM, PLLC
       129 W. Sunbridge Drive
       Fayetteville, AR  72703
       Phone: 479-521-7000
       Fax: 479-437-2007

2

Date: July 13, 2018.　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　DANIELS LAW FIRM, PLLC

　　　　　　　　　　　　　　　　　　/s/      *Shawn B. Daniels*
　　　　　　　　　　　　　　　　　　By:  Shawn B. Daniels, AR Bar No. 99126
　　　　　　　　　　　　　　　　　　Sarah Coppola Jewell, AR Bar No. 2015169
　　　　　　　　　　　　　　　　　　129 W Sunbridge
　　　　　　　　　　　　　　　　　　Fayetteville, AR 72703
　　　　　　　　　　　　　　　　　　Phone: (479) 521-7000
　　　　　　　　　　　　　　　　　　Fax: (479) 437-2007
　　　　　　　　　　　　　　　　　　shawn@danielsfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2018 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Lauren Wulfe
Steven Bledsoe
Robert O'Brien
Larson O'Brien LLP
555 S. Flower St, Ste 4400
Los Angeles, CA 90071
lwulfe@larsonobrienlaw.com
sbledsoe@larsonobrienlaw.com
RObrien@larsonobrienlaw.com
*Co-counsel for Plaintiffs*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250, 6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
owens@rainfirm.com
Jason E. Owens
Michael R. Rainwater
*Attorneys For County Defendants*

Susan Keller Kendall
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway
Suite 201
Rogers, AR 72758
skk@kendalllawfirm.com
and

Thomas N. Kieklak
Robert Justin Eichmann
Harrington, Miller, Kieklak, Eichmann & Brown, P.A.
P.O. Box 687, 113 East Emma Avenue
Springdale, AR 72765-6765
tkieklak@arkansaslaw.com
jeichmann@arkansaslaw.com
*Attorneys For City Defendants*

Cynthia W. Kolb
Cross, Gunter, Witherspoon & Galchus, P.
500 President Clinton Avenue
Suite 200
Little Rock, AR 72201
ckolb@cgwg.com

Elizabeth Anne McNamara
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
lizmcnamara@dwt.com,

Jamie Somoza Raghu
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
jamieraghu@dwt.com

*Attorneys For Bauer Defendants*


/s/ Shawn Daniels