IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JILL DILLARD, JESSA SEEWALD,
JINGER VUOLO, and JOY DUGGAR                           PLAINTIFFS

vs.                       CASE NO. 5:17-5089-TLB

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
KATHY O'KELLEY, in her individual and
official capacities;
ERNEST CATE, in his individual and official capacities;
RICK HOYT, in his individual and official capacities;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY, L.P.;
BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.;
BAUER INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; and
DOES 1-10, inclusive                                   DEFENDANTS

## NOTICE OF WITHDRAWAL OF COUNSEL

Comes now, Plaintiff's Counsel Sarah Jewell for her Notice of Withdrawal of Counsel, and states:

1. Plaintiff's Counsel Sarah Jewell hereby notices the Court and all parties of her withdrawal as Plaintiff's Counsel.

2. Daniels Law Firm, PLLC and Attorney Shawn Daniels continue to represent Plaintiff in this matter, along with Robert C. O'Brien, Steven E. Bledsoe, and Lauren S. Wulfe of Larson O'Brien LLP.

Respectfully submitted,

By: /s/ Sarah Jewell
Sarah Jewell, AR Bar No. 2015169
Shawn Daniels, AR Bar No. 99126
Daniels Law Firm, PLLC
129 West Sunbridge Drive
Fayetteville, AR 72703
Phone: (479) 521-7000
Fax: (479) 437-2007
sarah@danielsfirm.com
shawn@danielsfirm.com

## CERTIFICATE OF SERVICE

I, Sarah Jewell, hereby certify that on the 18th day of December 2018, a true and correct copy of the above and foregoing was filed with the Clerk via the CM/ECF system, which will send notification of filing to the following:

Robert Justin Eichmann
Harrington Miller Neihouse Kieklak PA
113 E. Emma Ave.
P.O. Box 687
Springdale, AR 72764
jeichmann@arkansaslaw.com,cmiller@arkansaslaw.com

Susan Keller Kendall
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway
Suite 201
Rogers, AR 72758
skk@kendalllawfirm.com,joan@kendalllawfirm.com

Thomas N. Kieklak
Harrington, Miller & Kieklak, P.A.
P.O. Box 687
113 East Emma Avenue
Springdale, AR 72765-6765
tkieklak@arkansaslaw.com,cmiller@arkansaslaw.com

Cynthia W. Kolb
Cross, Gunter, Witherspoon & Galchus, P.
500 President Clinton Avenue, Ste. 200
Little Rock, AR 72201
ckolb@cgwg.com,dclark@cgwg.com

Elizabeth Anne McNamara
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
lizmcnamara@dwt.com,jamieraghu@dwt.com

Jamie Somoza Raghu
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
jamieraghu@dwt.com

*/s/ Sarah Jewell*
Sarah Jewell

3