IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JILL DILLARD, JESSA SEEWALD,
JINGER VUOLO, and JOY DUGGAR
PLAINTIFFS

vs.                                         CASE NO. 5:17-5089-TLB

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
KATHY O'KELLEY, in her individual and
official capacities;
ERNEST CATE, in his individual and official capacities;
RICK HOYT, in his individual and official capacities;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY, L.P.;
BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.;
BAUER INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; and
DOES 1-10, inclusive
DEFENDANTS

## MOTION TO WITHDRAW AS COUNSEL

Larson O'Brien LLP respectfully moves this Court for an Order permitting Robert C. O'Brien ("Mr. O'Brien"), who has appeared *pro hac vice* in these proceedings, to withdraw as counsel for Plaintiffs Jill Dillard, Jessa Seewald, Jinger Vuolo, and Joy Duggar ("Plaintiffs"), in the above-styled matter, pursuant to Local Rule 83.5 and Rule 1.16(b)(1) of the Arkansas Rules of Professional Conduct. In support thereof, the undersigned states as follows:

Pursuant to Rule 1.16(b)(1) of the Arkansas Rules of Professional Conduct, a lawyer may withdraw from the representation of a client if the withdrawal can be accomplished without material adverse effect on the interests of the client. Additionally, pursuant to Rule 1.16(b)(7), a lawyer may withdraw where other good cause for withdrawal exists.

Here, Plaintiffs will not be prejudiced or otherwise affected by Mr. O'Brien's withdrawal because Plaintiffs will remain represented by Larson O'Brien LLP and the Daniels Law Firm. The relief requested in this Motion is sought in good faith and not for the purposes of delay, and no other parties will be prejudiced by the relief sought. Further, good cause for the withdrawal exists because Mr. O'Brien has resigned from Larson O'Brien LLP.

Accordingly, Larson O'Brien LLP respectfully requests the Court issue an Order permitting Mr. O'Brien to withdraw as counsel.

Dated: October 17, 2019

Respectfully submitted,

By: /s/ Steven E. Bledsoe
Steven E. Bledsoe (admitted *pro hac vice*)
sbledsoe@larsonobrienlaw.com
Lauren S. Wulfe (admitted *pro hac vice*)
lwulfe@larsonobrienlaw.com
**LARSON O'BRIEN LLP**
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
Tel: (213) 436-4888
Fax: (213) 623-2000

- and –

Shawn B. Daniels, AR No. 99126
*shawn@danielsfirm.com*
**DANIELS LAW FIRM**
129 W. Sunbridge Drive
Fayetteville, AR 72703
Tel: (479) 521-7000
Fax: (479) 437-2007

**Attorneys for Plaintiffs**
**JILL DILLARD, JESSA SEEWALD,**
**JINGER VUOLO AND JOY DUGGAR**

# [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter having come before the Court on the Motion to Withdraw as Counsel and the Court having reviewed the pleadings filed herein and being fully advised of the premises contained therein, it hereby GRANTS the MOTION TO WITHDRAW AS COUNSEL and ORDERS that:

1. Robert C. O'Brien is hereby withdrawn from representing Plaintiffs in the above-referenced matter; and

2. The Clerk of the Court shall terminate the association of Robert C. O'Brien with the firm Larson O'Brien LLP.

Dated:

_____
U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I, Steven E. Bledsoe, do hereby certify that on this the 17th day of October, 2019, a true and correct copy of the above and foregoing MOTION OF WITHDRAWAL OF COUNSEL was filed with the Clerk via the CM/ECF system, which will send notification of filing to the following:


Robert Justin Eichmann, Esq.
Harrington Miller Neihouse Kieklak PA
113 E. Emma Avenue
P.O. Box 687
Springdale, AR 72764
jeichmann@arkansaslaw.com,cmiller@arkansaslaw.com

Susan Keller Kendall, Esq.
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway, Suite 201
Rogers, AR 72758
skk@kendalllawfirm.com,joan@kendalllawfirm.com

Thomas N. Kieklak, Esq.
Harrington, Miller & Kieklak, P.A.
P.O. Box 687
113 East Emma Avenue
Springdale, AR 72765-6765
tkieklak@arkansaslaw.com,cmiller@arkansaslaw.com

Cynthia W. Kolb, Esq.
Cross, Gunter, Witherspoon & Galchus, P.
500 President Clinton Avenue, Suite 200
Little Rock, AR 72201
ckolb@cgwg.com,dclark@cgwg.com

Elizabeth Anne McNamara, Esq.
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
lizmcnamara@dwt.com,jamieraghu@dwt.com

Jamie Somoza Raghu
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
jamieraghu@dwt.com

                                                                          /s/Steven E. Bledsoe
                                                                             Steven E. Bledsoe