# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-3284

Jill Dillard, et al.

Appellees

v.

City of Springdale, Arkansas, et al.

Rick Hoyt, in his individual and official capacities

Appellant

Steve Zega, et al.

No: 17-3287

Jill Dillard, et al.

Appellees

v.

City of Springdale, Arkansas and Washington County, Arkansas

Kathy O'Kelley, in her individual and official capacities and Ernest Cate, in his individual and official capacities

Appellants

Rick Hoyt, et al.

---

Appeals from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:17-cv-05089-TLB)

---

## MANDATE

In accordance with the opinion and judgment of 06/15/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matters.

July 07, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit