# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-3284
_____

Jill Dillard; Jessa Seewald; Jinger Vuolo; Joy Duggar

Plaintiffs - Appellees

v.

City of Springdale, Arkansas; Washington County, Arkansas; Kathy O'Kelley; Ernest Cate

Defendants

Rick Hoyt, in his individual and official capacities

Defendant - Appellant

Steve Zega; Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Group, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; Bauer Media Group USA, LLC; Does, 1-10

Defendants

_____

No: 17-3287
_____

Jill Dillard; Jessa Seewald; Jinger Vuolo; Joy Duggar

Plaintiffs - Appellees

v.

City of Springdale, Arkansas; Washington County, Arkansas

Defendants

Kathy O'Kelley, in her individual and official capacities; Ernest Cate, in his individual and official capacities

Defendants - Appellants

Rick Hoyt; Steve Zega; Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Group, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; Bauer Media Group USA, LLC; Does, 1-10

Defendants

Appeals from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:17-cv-05089-TLB)

# JUDGMENT

Before SMITH, Chief Judge, STRAS, and KOBES, Circuit Judges.

These appeals from the United States District Court were originally submitted on the record of the district court, briefs of the parties and were argued by counsel.

Upon reconsideration and rehearing before the court en banc, it is hereby ordered and adjudged that the order of the district court dated September 29, 2017 is affirmed in part and reversed in part, and the case is remanded for proceedings not inconsistent with this opinion.

June 15, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　/s/ Michael E. Gans