IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY DUGGAR,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SPRINGDALE; WASHINGTON COUNTY; KATHY O'KELLEY; ERNEST CATE; RICK HOYT; STEVE ZEGA; BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 5:17-5089-TLB |

## MOTION TO APPEAR *PRO HAC VICE*

COMES NOW attorney JEN C. WON who requests leave of Court to appear *pro hac vice* and participate in the above-styled case, and in support thereof, states:

1. I, JEN C. WON, am a licensed attorney in good standing and duly registered on the role of attorneys in the State of California, CA Bar No. 307807 and maintain an office for the practice of law at 555 South Flower Street, Suite 4400, Los Angeles, CA 90071; telephone 213.436.4888.  I am a member in good standing with the U.S. District Court for the Central District of California (admitted 1/29/2016); U.S. District Court for the Northern District of Illinois (admitted 12/10/2012).

2. I am an attorney for the plaintiffs in this case, now pending before this Court.

3. The above plaintiffs are also represented by Arkansas counsel, Shawn B. Daniels, of Daniels Law Firm, 129 West Sunbridge Drive, Fayetteville, Arkansas 72703; telephone 479-521-

1

7000; shawn@danielsfirm.com.  Attorney Shawn B. Daniels is a member of the Arkansas Bar and duly-registered attorney before this Court and readily available to opposing counsel for communication regarding the conduct of this case.

    4.  The State of California accords similar comity and courtesies to Arkansas attorneys who appear in her Courts.

    5.  By appearing herein, pursuant to Local Rule 83.5(e), I likewise agree to submit to all disciplinary procedures and applicable Uniform Federal Rules of Disciplinary Enforcement.

    WHEREFORE, I, JEN C. WON, pray that I be granted leave to appear *pro hac vice* and participate in all matters concerning the above styled case.

Date:  July 29, 2020

Respectfully submitted,

By: /s/ Jen C. Won
    Jen C. Won
    California State Bar No. 307807
    LARSON O'BRIEN LLP
    555 South Flower Street, Suite 4400
    Los Angeles, California 90071
    Telephone: 213.436.4888
    jwon@larsonllp.com