IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY DUGGAR, | CASE NO. 5:17-5089-TLB |
| Plaintiffs, | |
| v. | |
| CITY OF SPRINGDALE; WASHINGTON COUNTY; KATHY O'KELLEY; ERNEST CATE; RICK HOYT; STEVE ZEGA; BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

**MOTION TO WITHDRAW LAUREN S. WULFE AS COUNSEL**

Larson O'Brien LLP respectfully moves this Court for an Order permitting Lauren S. Wulfe ("Ms. Wulfe"), who has appeared *pro hac vice* in the above-captioned proceedings, to withdraw as counsel for Plaintiffs Jill Dillard, Jessa Seewald, Jinger Vuolo, and Joy Duggar ("Plaintiffs"), pursuant to Local Rule 83.5 and Rule 1.16(b)(1) of the Arkansas Rules of Professional Conduct. In support thereof, the undersigned states as follows:

Pursuant to Rule 1.16(b)(7) of the Arkansas Rules of Professional Conduct, a lawyer may withdraw where good cause for withdrawal exists. Moreover, Rule 1.16(b)(1) provides that a lawyer may withdraw from the representation of a client if the withdrawal can be accomplished without material adverse effect on the interests of the client.

Here, good cause for the withdrawal exists because Ms. Wulfe has resigned from Larson O'Brien LLP.  Further, Plaintiffs will not be prejudiced or otherwise affected by Ms. Wulfe's withdrawal because Plaintiffs will remain represented by Larson O'Brien LLP and the Daniels Law Firm.  The relief requested in this Motion is sought in good faith and not for the purposes of delay, and no other parties will be prejudiced by the relief sought.

Accordingly, Larson O'Brien LLP respectfully requests the Court issue an Order permitting Ms. Wulfe to withdraw as counsel for Plaintiffs.

Dated:  July 30, 2020

Respectfully submitted,

By:  /s/ Steven E. Bledsoe
Stephen G. Larson (admitted *pro hac vice)*
Steven E. Bledsoe (admitted *pro hac vice*)
Jen C. Won (admitted *pro hac vice*)
*slarson@larsonllp.com*
*sbledsoe@larsonllp.com*
*jwon@larsonllp.com*
**LARSON O'BRIEN LLP**
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
Tel:  (213) 436-4888
Fax:  (213) 623-2000

- and –

Shawn B. Daniels, AR No. 99126
*shawn@danielsfirm.com*
**DANIELS LAW FIRM**
129 W. Sunbridge Drive
Fayetteville, AR 72703
Tel: (479) 521-7000
Fax: (479) 437-2007

Attorneys for Plaintiffs
JILL DILLARD, JESSA SEEWALD, JINGER
VUOLO AND JOY DUGGAR

2

## CERTIFICATE OF SERVICE

I certify that, on July 30, 2020, I electronically filed this MOTION TO WITHDRAW LAUREN S. WULFE AS COUNSEL, to be served by operation of the Court's electronic filing system on the attorneys of record.

By: /s/Steven E. Bledsoe
Steven E. Bledsoe

3