# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 16, 2020

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

Re:  Jill Dillard, et al.
v. Kathy O'Kelley, et al.
No. 20-670
(Your No. 17-3284, 17-3287)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 10, 2020 and placed on the docket November 16, 2020 as No. 20-670.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst

# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 18, 2020

Mr. Clerk, U.S. District Court, Western Arkansas
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

      RE:  17-3284  Jill Dillard, et al v. Rick Hoyt
           17-3287  Jill Dillard, et al v. Kathy O'Kelley, et al

Dear Clerk:

     Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced cases.

                                        Michael E. Gans
                                        Clerk of Court

AMT

Enclosure(s)

      District Court/Agency Case Number(s):  5:17-cv-05089-TLB
                                                         5:17-cv-05089-TLB