# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 11, 2021

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

  Re: Jill Dillard, et al.
    v. Kathy O'Kelley, et al.
    No. 20-670
    (Your No. 17-3284, 17-3287)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk