## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**JILL DILLARD, JESSA SEEWALD,**                                      **PLAINTIFFS**
**JINGER VUOLO, and JOY DUGGAR**

vs.                           CASE NO. 5:17-5089-TLB

**CITY OF SPRINGDALE, ARKANSAS;**                                     **DEFENDANTS**
**WASHINGTON COUNTY, ARKANSAS;**
**KATHY O'KELLEY, in her individual and**
**official capacities;**
**ERNEST CATE, in his individual and official capacities;**
**RICK HOYT, in his individual and official capacities;**
**STEVE ZEGA, in his official capacity;**
**BAUER PUBLISHING COMPANY, L.P.;**
**BAUER MAGAZINE, L.P.;**
**BAUER MEDIA GROUP, INC.;**
**BAUER, INC.;**
**HEINRICH BAUER NORTH AMERICA, INC.;**
**BAUER MEDIA GROUP USA, LLC; and**
**DOES 1-10, inclusive**

## ENTRY OF APPEARANCE

On this 25th day of May, 2021, comes Morgan S. Doughty of Harrington, Miller, Kieklak, Eichmann & Brown, P.A., and enters her appearance as counsel for Separate Defendants, Kathy O'Kelley, in her individual and official capacities, Ernest Cate, in his individual and official capacities and the City of Springdale, Arkansas, (hereinafter referred to collectively as the "Springdale Defendants"), and by copy of this Entry of Appearance to the Plaintiffs' attorney, notifies all parties and the Court of her appearance.

Respectfully Submitted,

**SPRINGDALE DEFENDANTS**

BY:   Morgan S. Doughty
      Arkansas Bar No. 2010158
      **HARRINGTON, MILLER, KIEKLAK,**
      **EICHMANN & BROWN, P.A.**

4710 S. Thompson, Suite 102<br>
Springdale, Arkansas 72764<br>
Phone: (479) 751-6464<br>
Facsimile: (479) 751-3715

**CERTIFICATE OF SERVICE**

I, Morgan S. Doughty, hereby certify that on May 25th, 2021 I electronically filed the foregoing with the Clerk of Court, using the CM/ECF System, which will send notification of such filing to all CM/ECF participants listed below:

| | |
|---|---|
| Stephen G. Larson<br>Steven E. Bledsoe<br>Jen C. Won<br>LARSON LLP<br>555 South Flower Street, Suite 4400<br>Los Angeles, California 90071<br>Telephone: (213) 436-4888<br>slarson@larsonllp.com<br>sbledsoe@larsonllp.com<br>jwon@larsonllp.com | Shawn B. Daniels<br>HARE, WYNN, NEWELL & NEWTON, LLP<br>129 W. Sunbridge Drive<br>Fayetteville, AR 72703<br>479-521-7000<br>Fax: 479-437-2007<br>shawm@hwnn.com |
| Jason E. Owens<br>Jason Owens Law Firm, P.A.<br>P.O. Box 850<br>Conway, Arkansas 72033-0850<br>owens@jowenslawfirm.com | |

Morgan S. Doughty