IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JILL DILLARD; JESSA SEEWALD;
JINGER VUOLO; and JOY DUGGAR                                    PLAINTIFFS

V.                              CASE NO. 5:17-CV-5089

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
KATHY O'KELLEY, in her individual and
official capacities; ERNEST CATE, in his
individual and official capacities; RICK HOYT,
in his individual and official capacities; and
STEVE ZEGA, in his official capacity                            DEFENDANTS

## ORDER

On April 14, 2021, Defendants filed a Joint Motion for Expansion of Discovery Scope and Period (Doc. 107). On May 17, 2021, the parties appeared for a status hearing during which they presented oral argument on the Motion. After considering the parties' arguments, the Court ruled from the bench, **GRANTING IN PART AND DENYING IN PART** the Motion as follows:

(1) Plaintiffs were **ORDERED** to provide to Defendants by Monday, May 24 the name of the individual who found a letter, as was discussed during the hearing.

(2) The parties were **DIRECTED** to meet and confer in good faith by no later than May 24 regarding Defendants' request for the names of agents, employees, producers, reporters, and advisers with whom the Plaintiffs communicated or consulted directly or indirectly about the molestation allegations—including individuals working with "19 Kids and Counting," "Counting On," "The Megyn Kelly Show," the TLC network, and any news, political, or religious organizations to which the Plaintiffs gave formal interviews concerning the abuse allegations.

1

(3)  Plaintiffs were **ORDERED** to sign medical releases and provide a list of treating medical providers to Defendants by no later than May 31. The Court ordered that the Plaintiffs' medical information be designated "for attorneys' eyes only," with review limited to attorneys of record in this case and the parties' retained medical experts.

(4) Plaintiffs **STIPULATED** that they are dismissing any and all claims for past and future wage loss and for past and future loss of earning capacity and/or any similar types of claims for economic damages.

(5)  Defendants' request for Plaintiffs' employment records, list of current and prior employers, income verification information, tax returns, and W-2s was **DENIED**.

(6)  Defendants were granted leave to depose the Plaintiffs and their spouses, plus up to fifteen (15) additional fact-witnesses (to include witnesses designated under Federal Rule of Civil Procedure 30(b)(6)), plus Plaintiffs' expert or experts as defined by Federal Rule of Evidence 702.

**IT IS SO ORDERED** on this 2nd day of June, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE