IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY DUGGAR,<br><br>  Plaintiff,<br><br><br>CITY OF SPRINGDALE; WASHINGTON COUNTY; KATHY O'KELLEY; ERNEST CATE; RICK HOYT; STEVE ZEGA; BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC; and DOES 1-10, inclusive,<br><br>  Defendant. | Case No.: 5:17-CV-05089-TLB |

**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**

It hereby stipulated by the parties, Plaintiffs Jill Dillard, Jessa Seewald, Jinger Vuolo, Joy Forsyth (collectively, "Plaintiffs"), through their attorneys of record, Larson LLP and Daniels Firm, Defendants City of Springdale, Kathy O'Kelley, and Ernest Cate, through their attorneys of record Harrington, Miller, Kieklak, Eichmann & Brown, P.A., and Defendants Rick Hoyt and Washington County, through their attorneys of record, Jason Owens Law Firm, P.A. that the Court enter the attached Protective Order. (Exhibit A).

**IT IS SO STIPULATED, BY PARTIES AND THROUGH THEIR COUNSEL OF RECORD.**

1

By: /s/ R. Justin Eichmann                         Dated: 6/1/2021

Thomas N. Kieklak (Ark. Bar No. 92262)
Email: tkieklak@arkansaslaw.com
R. Justin Eichmann (Ark. Bar No. 2003145)
Email: rjeichmann@arkansaslaw.com
HARRINGTON, MILLER, KIEKLAK,
EICHMANN & BROWN, P.A.
4710 S. Thompson, Suite 102
Springdale, AR 72764
Telephone: (479) 751-6464
Fax: (479) 751-3715

Susan Keller Kendall (Ark. Bar No. 98119)
Email: skk@kendalllawfirm.com
KENDALL LAW FIRM, PLLC
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
Tel: (479) 464-9828
Fax: (479) 464-9768

*Attorneys for Defendants Kathy O'Kelley,
Ernest Cate and the City of Springdale*

**AND**

By: /s/ Jason Owens                                Dated: June 7, 2021

Jason Owens (Ark. Bar No. 2003003)
Email: owens@jowenslawfirm.com
JASON OWENS LAW FIRM, P.A.
1023 Main St., Suite 204
Conway, Arkansas 72033
Telephone: 501-764-4334

*Attorney for Rick Hoyt and Washington County*

**AND**

By: /s/ Steven E. Bledsoe                          Dated: June 7, 2021

Shawn B. Daniels (Ark. Bar No. 99126)
DANIELS FIRM
129 W. Sunbridge Drive
Fayetteville, AR 72703
Telephone: 479-521-7000
Fax: 479-437-2007
shawn@danielsfirm.com

2

Steven E. Bledsoe (admitted *pro hac vice*)
Email: sbledsoe@larsonllp.com
Stephen G. Larson (admitted *pro hac vice*)
Email: slarson@larsonllp.com
Jen C. Won (admitted *pro hac vice*)
Email: jwon@larsonllp.com
LARSON O'BRIEN, LLP
600 Anton Blvd., Suite 1270
Costa Mesa, CA 92626
Telephone: 949-516-7262

*Attorneys for Plaintiffs*

## **[PROPOSED] ORDER**

Upon consideration of the foregoing stipulation and good cause appearing thereto, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Stipulation and Protective Order is approved.

IT IS SO ORDERED.


Dated:_____                          _____
                                             TIMOTHY L. BROOKS
                                             UNITED STATES DISTRICT JUDGE