# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**JILL DILLARD, JESSA SEEWALD,**                                     **PLAINTIFFS**
**JINGER VUOLO, and JOY DUGGAR**

vs.                         **CASE NO. 5:17-5089-TLB**

**CITY OF SPRINGDALE, ARKANSAS;**                                    **DEFENDANTS**
**WASHINGTON COUNTY, ARKANSAS;**
**KATHY O'KELLEY, in her individual and**
**official capacities;**
**ERNEST CATE, in his individual and official capacities;**
**RICK HOYT, in his individual and official capacities;**
**STEVE ZEGA, in his official capacity;**
**And DOES 1-10, inclusive**

## MOTION FOR ORDER TO SHOW CAUSE

COME NOW Separate Defendants, Kathy O'Kelley, in her individual and official capacities; Ernest Cate, in his individual and official capacities; and City of Springdale, Arkansas (collectively referred to herein as the "Springdale Defendants"), by and through the undersigned attorneys, for their Motion for Order to Show Cause, state as follows:

1.  That on or about June 3, 2021, the Springdale Defendants served a Subpoena Duces Tecum upon Chad Gallagher ("Gallagher") requesting production of documents. The subpoena indicated that the documents were to be produced by June 17, 2021. The subpoena is attached as Exhibit "A" to this Motion.

2.  That Gallagher did not produce the documents as required by the subpoena.

3.  That on or about June 25, 2021, a letter was mailed via U.S. Mail to Gallagher in a good faith effort to resolve the discovery dispute.

4.  That to date, Gallaher has neither produced documents nor provided any response at all to the subpoena.

5. The Springdale Defendants have attempted to confer in good faith with Gallagher regarding the documents requested in the subpoena but believe that they will be unable to resolve this discovery dispute without the intervention of the Court.

6. That this case is set for trial on December 9, 2021, and the discovery cut off is October 4, 2021.

7. There is no substantial justification for the refusal to comply with the subpoena duces tecum or for opposing this Motion to Compel.

8. Having attempted to obtain the requested documentation in good faith, the Springdale Defendants request that Gallagher's time to respond to this motion and produce documentation should be three (3) days.

WHEREFORE, the Springdale Defendants respectfully request that the Court enter an Order compelling Gallagher to show cause as to why he has failed to produce documents requested in the Subpoena Duces Tecum.

Respectfully Submitted,

Morgan S. Doughty (Ark. Bar No. 2010158)
Email: mdoughty@arkansaslaw.com
Thomas N. Kieklak (Ark. Bar No. 92262)
Email: tkieklak@arkansaslaw.com
R. Justin Eichmann (Ark. Bar No. 2003145)
E-mail: jeichmann@arkansaslaw.com
HARRINGTON, MILLER, KIEKLAK,
EICHMANN & BROWN, P.A.
4710 S. Thompson, Suite 102
Springdale, AR  72764
Phone: (479) 751-6464
Fax: (479) 751-3715

and

Susan Keller Kendall (Ark. Bar No. 98119)

                                KENDALL LAW FIRM, PLLC
                                3706 Pinnacle Hills Parkway, Suite 201
                                Rogers, Arkansas 72758
                                Email:  skk@kendalllawfirm.com
                                Phone: (479) 464-9828
                                Fax: (479) 464-9768
                                **COUNSEL FOR SPRINGDALE**
                                **DEFENDANTS**

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that on the 13th day of August 2021, a true and correct copy of the above and foregoing Motion to Compel served upon the following via electronic mail:

| | |
|---|---|
| Steven E. Bledsoe<br>Stephen G. Larson<br>Jen C. Won<br>LARSON O'BRIEN, LLP<br>555 S. Flower Street<br>Suite 4400<br>Los Angeles, CA 90071<br>(213) 436-4888<br>sbledsoe@larsonobrienlaw.com<br>slarson@larsonllp.com<br>jwon@larsonllp.com | Shawn B. Daniels<br>DANIELS FIRM<br>129 W. Sunbridge Drive<br>Fayetteville, AR 72703<br>479-521-7000<br>Fax: 479-437-2007<br>shawn@danielsfirm.com |
| Jason Owens (Ark. Bar No. 2003003)<br>JASON OWENS LAW FIRM, P.A.<br>1023 Main St., Suite 204<br>Conway, Arkansas 72033<br>(501) 764-4334<br>owens@jowenslawfirm.com | |

                                            Morgan S. Doughty (Ark. Bar No. 2010158)