**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DHS
   Attn: Cindy Gillespie
   P.O. Box 1437 Slot S201
   Little Rock, AR 72203

   9590 9402 6396 0303 7119 04

2. Article Number (Transfer from service label)

   7020 3160 0000 8043 7906

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Brandon Adamson*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

Brandon Adamson

C. Date of Delivery
8-2-21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt