IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY DUGGAR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SPRINGDALE; WASHINGTON COUNTY; KATHY O'KELLEY; ERNEST CATE; RICK HOYT; STEVE ZEGA; BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 5:17-CV-05089-TLB |

**JOINT STIPULATION TO DISMISS DEFENDANT STEVE ZEGA WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED, by and among Plaintiffs Jill Dillard, Jessa Seewald, Jinger Vuolo, and Joy Forsyth and Defendant Steve Zega, through their respective counsel of record, that the entire action against him in the above-captioned matter be dismissed without prejudice.

IT IS FURTHER STIPULATED that each party shall bear its own costs and attorneys' fees.

/ / /

/ / /

/ / /

1

2

By: */s/ Steven E. Bledsoe*
Steven E. Bledsoe (admitted *pro hac vice*)
Email: sbledsoe@larsonllp.com
Stephen G. Larson (admitted *pro hac vice*)
Email: slarson@larsonllp.com
Jen C. Won (admitted *pro hac vice*)
Email: jwon@larsonllp.com
LARSON LLP
600 Anton Blvd., Suite 1270
Costa Mesa, CA 92626
Telephone: (949) 516-7262

Attorneys for Plaintiffs JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY FORSYTH


By: */s/ Jason Owens*
Jason Owens (Ark. Bar No. 2003003)
Email: owens@jowenslawfirm.com
JASON OWENS LAR FIRM, P.A.
1023 Main St., Suite 204
Conway, Arkansas 72033
Telephone: (501) 764-4334

Attorney for Defendant STEVE ZEGA