# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | |
|---|---|
| **Jill Duggar, et al** | **PLAINTIFF** |
| vs. | NO. 17-5089 |
| **City of Springdale, Arkansas, et al** | **DEFENDANT** |

## CLERK'S ORDER OF DISMISSAL

On this 6th day of October, 2021, the plaintiffs herein having filed their Joint Stipulation to Dismiss Defendant Steve Zega pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that separate defendant Steve Zega is hereby dismissed without prejudice.

AT THE DIRECTION OF THE COURT

JAMIE GIANI, CLERK

BY: /s/ *Teri Gunderson*
Deputy Clerk