## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**JILL DILLARD, JESSA SEAWALD,**
**JINGER VUOLO, and JOY DUGGAR**                                        **PLAINTIFFS**

**VS.**                                    **NO. 17-CV-05089-TLB**

**CITY OF SPRINGDALE, ARKANSAS;**
**WASHINGTON COUNTY, ARKANSAS;**
**KATHY O'KELLEY, in her individual**
**and official capacities;**
**RICK HOYT, in his individual and official capacities;**
**STEVE ZEGA, in his official capacity;**
**BAUER PUBLISHING COMPANY, L.P.;**
**BAUER MAGAZINE L.P.;**
**BAUER MEDIA GROUP, L.P.;**
**BAUER, INC.;**
**HENRICH BAUER NORTH AMERICA, INC.;**
**BAUER MEDIA GROUP USA, LLC; and**
**DOES 1-10, inclusive**                                        **DEFENDANTS**

## MOTION FOR SUMMARY JUDGMENT

Come now the Separate Washington County Defendants, and for their Motion for Summary Judgment, do state:

1.      The Plaintiffs in this case initially sued a host of Defendants under a number of legal causes of action, however, most of those claims against many of those Defendants have now been dismissed.  As against the "Separate Washington County Defendants" - Rick Hoyt and Washington County - the Plaintiffs' remaining claims are: 1) tort of invasion of privacy – public disclosure of private fact in violation of Arkansas law; 2) tort of invasion of privacy – intrusion upon seclusion in violation of Arkansas law; and 3) tort of outrage in violation of Arkansas law.  Doc. # 1.

2.      For the reasons set forth in the accompanying brief and statement of facts, which are adopted and incorporate herein by reference, as if set forth word for word, the Separate Washington County Defendants are entitled to qualified immunity, statutory tort immunity, vicarious liability immunity,  and summary judgment as a matter of law.

Wherefore, the Separate Washington County Defendants repectfully request that they be granted statutory tort immunity, qualified immunity, vicarious liability immunity, and summary

judgment as a matter of law and that Plaintiff's Complaint be dismissed.

                              Respectfully submitted,

                              Rick Hoyt & Washington County,
                              *Separate Washington County Defendants*

                  By:      /s/Jason E. Owens
                           Jason E. Owens, #2003003
                           Ark. Bar. No. 2003003
                           JASON OWENS LAW FIRM, P.A.
                           **Mailing Address:** P.O. Box 850
                           Conway, Arkansas 72033-0850
                           **Physical Address:** 1023 Main Street, Suite 204
                           Conway, Arkansas 72032
                           Telephone: (501) 764-4334
                           Telefax: (501) 764-9173
                           Email: owens@jowenslawfirm.com