## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT ARKANSAS
## FAYETTEVILLE DIVISION

------------------------------------------------ x

JILL DILLARD, JESSA SEEWALD, JINGER
VUOLO, and JOY DUGGAR,

                Plaintiffs,

        - against -

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
KATHY O'KELLEY, in her individual and
official capacities; ERNEST CATE, in his
individual and official capacities; RICK HOYT,
in his individual and official capacities; STEVE
ZEGA, in his official capacity; BAUER
PUBLISHING COMPANY, L.P.; BAUER
MAGAZINE, L.P.; BAUER MEDIA GROUP,
INC.; BAUER, INC.; HEINRICH BAUER
NORTH AMERICA, INC.; BAUER MEDIA
GROUP USA, LLC; and DOES 1-10, inclusive,

                Defendants.

------------------------------------------------ x

Civil Action No.: 17 Civ. 5089 (TLB)

## DECLARATION OF ELIZABETH A. McNAMARA IN SUPPORT OF MOTION BY DEFENDANTS BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA SALES, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; AND BAUER MEDIA GROUP USA, LLC TO DISMISS PLAINTIFFS' COMPLAINT

I, Elizabeth A. McNamara, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the law firm of Davis Wright Tremaine LLP, attorneys for Defendants

Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Sales, Inc., formerly

known as Bauer Media Group, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer

Media Group USA, LLC (collectively, the "Bauer Defendants") in the above-captioned matter.

2. I submit this declaration to annex documents relevant to the Bauer Defendants' motion to

dismiss Plaintiffs' Complaint. These documents, the articles at issue in Plaintiffs' invasion of



privacy and tort of outrage claims, are integral to Plaintiffs' claims, and are thus properly before the Court on the Bauer Defendants' Rule 12(b)(6) motion.

3. Annexed hereto as **Exhibit A** is a true and correct copy of the article titled *19 Kids and Counting Son Named in Underage Sex Probe* published on May 19, 2015 on the *In Touch* website and the companion print article titled *Josh Duggar Named in Underage Sex Probe* dated June 1, 2015 and available for sale May 20, 2015.

4. Annexed hereto as **Exhibit B** is a true and correct copy of the article titled *Bombshell Duggar Police Report: Jim Bob Duggar Didn't Report Son Josh's Alleged Sexual Offenses For More Than A Year* published on May 21, 2015 on the *In Touch* website and the companion print article titled *Inside the Duggars' Twisted World – House of Horrors* dated June 8, 2015 and available for sale on May 27, 2015.

5. Annexed hereto as **Exhibit C** is a true and correct copy of the article titled *Josh Duggar's Youngest Molestation Victim May Have Been As Young As 5-Years-Old* published on May 26, 2015 on the *In Touch* website.

6. Annexed hereto as **Exhibit D** is a true and correct copy of the article titled *Josh Duggar's Chilling Molestation Confession in New Police Report* published on June 3, 2015 on the *In Touch* website and the companion print article titled *Bombshell New Police Report* dated June 15, 2015 and available for sale on June 3, 2015.

7. Annexed hereto as **Exhibit E** is a true and correct copy of the article titled *Josh Duggar Resurfaces Looking Heavier, Unkempt* published on April 28, 2017 on the *In Touch* website.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      August 22, 2017

                                ELIZABETH A. McNAMARA

# EXHIBIT A



## '19 Kids and Counting' Son Named in Underage Sex Probe

May 19, 2015 at 3:12 pm
By In Touch Weekly







**Josh Duggar** of the TLC hit reality show *19 Kids and Counting* was named in a police report as the "alleged offender" in an underage sexual abuse probe, *In Touch* magazine is reporting exclusively.

The charge being pursued while Josh was a minor was sexual assault in the fourth degree, multiple sources who have seen the police report and are familiar with the case told *In Touch*. According to the report, Josh was brought into the Arkansas State Police by his father, **Jim Bob**, who said he caught him leaving a young girl's bedroom and "learned something inappropriate happened," one source said.

The charge being pursued while Josh was a minor was sexual assault in the fourth degree, multiple sources who have seen the police report and are familiar with the case told *In Touch*. According to the report, Josh was brought into the Arkansas State Police by his father, **Jim Bob**, who said he caught him leaving a young girl's bedroom and "learned something inappropriate happened," one source said.



Josh and his wife, Anna. (Photo Credit: Getty Images)

A bizarre turn of events prevented police and prosecutors from finishing their investigation and possibly prosecuting. The state trooper who originally took the report about Josh shortly before 2005 never followed up. That state trooper was later convicted on child pornography charges and is serving a 56-year prison sentence.

RELATED: Josh and Anna Duggar Reveal Gender of Baby No. 4

When the state trooper ran into trouble, someone from the Arkansas State Police alerted the Child Abuse Hotline about the Duggar situation that had been sitting inactive. That's when the Crimes Against Children Division and Springdale Police Department got involved. By then the three-year statute of limitations had passed and it would not have been possible to pursue prosecution of Josh if the allegations warranted, so the investigation was discontinued. "A technicality prevented any further action," a source familiar with the case told *In Touch*. "That's been the biggest regret in all of this." (The statute of limitations has since been lengthened.)

Sgt. Darrel Hignite — identified by multiple sources as the officer who led the investigation into the allegations about Josh — told *In Touch*: "I can't comment or discuss [this case] because of the sensitive nature and because it involved a juvenile."



The Duggar family. (Photo Credit: Getty Images)

Rumors about Josh have swirled for years, but *In Touch*'s investigation has uncovered the secret he has been hiding. "I saw and read the report and it clearly stated that Jim Bob brought his son Josh into the Arkansas State Police and spoke to a state trooper about Josh's involvement in alleged inappropriate touching with a minor," one source told *In Touch*.

RELATED: Anna Duggar Congratulates Pregnant Jessa Duggar

The first report was filed shortly before 2005. Josh and his wife, Anna, have three children and live in Washington, D.C., where he is a lobbyist for the Family Research Council.

For all the latest inside Josh Duggar's shocking past, pick up the new issue of *In Touch Weekly*, on newsstands tomorrow!

f SHARE    🐦 TWEET    📌 PIN IT

Case 5:17-cv-05089-TLB   Document 45-1   Filed 08/22/17   Page 5 of 5 PageID #: 371

crimenews

**IN TOUCH WORLD EXCLUSIVE**

The dark secret that *19 Kids and Counting*'s **Josh Duggar**'s been hiding

## JOSH DUGGAR NAMED IN
# UNDERAGE SEX PROBE

Josh Duggar had a confession to make. "As I became a teenage young man I was constantly tempted to have lots of wrong thoughts and often battled to keep my heart right," he admits on his website, hinting that the wholesome image often showcased on TLC's *19 Kids and Counting* isn't always accurate. "One of the greatest things that helped me in my struggles was my parents' commitment to accountability. I found I had a clear conscience only when I was willing to confess my thoughts and temptations quickly to God and my parents."

**But just how bad were his sins?** An *In Touch* investigation has uncovered that shortly before 2005, the Duggars' oldest son, now 27, was named as the "alleged offender" in a police report accusing Josh (who was then slightly underage) of "inappropriate touching" of a female minor, according to multiple sources. The charge being pursued was sexual assault in the fourth degree. (*In Touch* is not naming the alleged victim of the sexual assault.) "I saw and read the report, and it clearly stated that [Duggar patriarch] Jim Bob brought

his son Josh into the Arkansas State Police and spoke to a state trooper about Josh's involvement in inappropriate touching with a minor," says a source, explaining that the report stated that Jim Bob caught his son leaving a young girl's "bedroom and learned that something inappropri-

> "The incident happened before the Duggars were household names"
> —A SECOND INSIDER

ate occurred. It wasn't rape, but it wasn't good. Jim Bob was mortified and took Josh down to the station to have the authorities look into it."

**Then, an unexpected (and unfortunate) twist:** The trooper who Jim Bob, 49, and Josh spoke to at the station — later identified as Joseph Hutchens — did not follow protocol and never reported the case to the Child Abuse Hotline. Several sources, who have seen the police report, tell *In Touch* that Hutchens buried it

and didn't follow up. Says an insider, "Hutchens really dropped the ball."

**It took years for the report to end up with the Springdale Police Department.** The report likely would have stayed hidden if not for a bizarre twist. Hutchens was twice convicted on child pornography charges and is currently serving a 56-year sentence. It was only after he was investigated for one of his crimes that a member of the Troop L Arkansas State Police called the Child Abuse Hotline with the Duggar accusations. A report from that call was then sent to the Crimes Against Children Division, which then alerted the Springdale Police Department (the Duggars live in Tontitown, which is located in Springdale's jurisdiction). "I can't comment or discuss [this case] because of the sensitive nature and because it involved a juvenile," Sgt. Darrel Hignite — an officer who sources say worked on the case — told *In Touch* when asked if he had knowledge of the investigation. "Sorry, there's nothing I can say."

**A police investigation was launched, but by then, Arkansas' three-year statute of limitations had run out.** Springdale police liaised with the local prosecutor, who confirmed that no charges could be brought because of the statute of limitations expiring. It's unclear if the CACD continued to investigate. "Arkansas law prohibits any comment about confidential information regarding a minor," Ken Hunt of Washington County's CACD told *In Touch* when asked about the investigation against Josh. Whitney Taylor, who sources told *In Touch* worked at the CACD on the Duggar case, echoed Hunt. "I'm sorry," Taylor told *In Touch*. "I can't give you any

information." Police were frustrated that they had to stop their investigation due to the statute of limitations, says the source. "A technicality prevented any further action. That's been the biggest regret in all of this." (The statute has since been lengthened.)

**Rumors about a sex crime have swirled over the years.** In 2013, Josh, his wife, Anna, 26, and their kids, Mackynzie, 5, and Michael, 3 (they later welcomed Marcus, 11 months, and have another girl due in July), moved over 1,000 miles away to Washington, D.C. Josh accepted a high-profile lobbying job with conservative group Family Research Council, and he is a political affiliate of presidential hopeful Mike Huckabee, Senator Ted Cruz, Senator Rick Santorum, Indiana Governor Mike Pence and Wisconsin Governor Scott Walker. He also seems to have made peace with his dark past. "I often had failures in my early teenage years," Josh writes on his site. "[But] I learned quickly that great freedom can be achieved by accountability, and great accountability requires humility and openness." ∎



**TOUGH DECISION**
Jim Bob brought Josh to the Arkansas State Police, where he spoke with former state trooper Joseph Hutchens (right), after suspecting that his son had sexually assaulted a minor. "Jim Bob did what he thought was right," says a source.



**GOOD VS. EVIL**
The Duggars seem like a close-knit family on camera, but according to a family source, "There's a lot of resentment behind the scenes."

# EXHIBIT B



Sweepstakes   Got a hot tip?                                           Contact Us   Subscribe & Save!

In Touch  FLIP OR FLOP   TEEN MOM   KARDASHIANS   DUGGARS                FOLLOW US!



# Bombshell Duggar Police Report: Jim Bob Duggar Didn't Report Son Josh's Alleged Sex Offenses For More Than a Year

May 21, 2015 at 11:10 am
By In Touch Weekly





You seriously need to sign up for
our newsletter.
More celeb gossip awaits!

Email

☑ By signing up I agree to the Privacy Policy. I also agree to receive periodic emails with offers and promotional marketing messages from In Touch Weekly.

Sign up!

WARNING: Graphic descriptions contained in police report.

**Jim Bob Duggar** waited more than a year after his son, **Josh**, confessed to **sexually molesting** several female minors before contacting police, *In Touch Magazine* is reporting exclusively, based on information contained in the official police report.



(Photo Credit: Getty Images)

What's more, Jim Bob informed the elders of his church about Joshua's actions and they waited three months before contacting authorities. The explosive new information is contained in a Springdale, Ark., police report obtained by *In Touch* magazine.

RELATED: Josh Duggar Breaks His Silence Regarding Child Molestation Allegations

The report has been hidden since 2006 and was just obtained by the mag through a Freedom of information Act request. Jim Bob also refused to allow police to interview Josh when they opened a felony investigation in 2006. The Duggars star on TLC's hit show *19 Kids and Counting.*

*In Touch* magazine first broke the news of the Duggars' underage sexual molestation scandal in this week's magazine. (Note: Josh's name is redacted from the police report but *In Touch* has confirmed the passages that refer to him.)



```
Date:  5/19/15              SPRINGDALE POLICE DEPARTMENT              Page:      1
Time: 14:49:26                   Offense Report                 Program: CMS301L
--------------------------------------------------------------------------------
RDS . . . . : 1-06-006986
Crime/Incident : SEX OFFENSE-FORCIBLE FONDLING .
County . . . . : WASHINGTON            MIS/FEL .  .  . : FELONY
Report Date . : 12/07/06 11:25         Day Of Week . . : TUESDAY
Occur From Date: 12-07-06 11:25        Occur To Date . : 12-07-06 11:35
Common Name  . : JIM BOB DUGGAR RESIDENCE, 3101 JOHNSON RD
City . . . .  : SPRINGDALE, AR 72764
Area AGR/Beat . : C.I.D. Only          Location Type . : RESIDENCE
Alcohol Related:                       Drug Related?
DOCUMENTS ATTAC: 1 Attachment          Report Officer : DENNEY, BRENDA
CASE STATUS  . : ASSIGNED/REVIEWED     CID STATUS . . . : REF WARRANT
CID Reviewed . : ANDREADIS, LEE  12/23/06
Offenses?  . . :                       Names?
Narrative?  . . :                      Photos?  .  . . :
Property?  . . :                       Vehicles? .  . :
Relationships? :                       Case Management?
Related Cases? :                       Addtl Time? .  :
CAD Info? . . :

****************** A D D I T I O N A L   T I M E S ******************
Case Number   : 1-06-006986            Date Dispatched: 12/07/06 11:25
Date Responded : 0/00/00               Date Arrived . : 12/07/06 11:35
Date Cleared  . : 12/07/06 11:35

************ C A S E   M A N A G E M E N T   I N F O R M A T I O N ************
Case Number   : 1-06-006986            Common Memo  . :
Location . . . :                       Occur Date/Time:
Rpt Date/Off  . :
Dept Class . . . : SEX OFFENSE-FORCIBLE FONDLING
Case Status . . : REF WARRANT          Case Status Dt : 12/23/06
Forwarded To  : WASHINGTON COUNTY JUV COURT
Investigator  : HIGNITE, D. .          Add'tns? .  . . :
Ticklers?  . . :

               ***ASSIGNMENT HISTORY***
Case Number   : 1-06-006986            Dept Unit . . . : ASSIGNED PRIORITY 1
Dept Priority :                        Investigator  . : HIGNITE, DARRELL
Inv Priority  :                        Supervisor . . : DENNEY, BRENDA
Assignment Date: 12/07/06              Add'l Officer  :
Add'l Officer  :                       Add'l Officer  :
Notify Investig:

****************** O F F E N S E   R E P O R T  #  1 ******************
Case Number   : 1-06-006986
State Class   . : SEXUAL ASSAULT 2ND-Sex Contact-Forc
Federal Class  . : SEX OFFENSE         Attempt/Commit : COMPLETED
Attack Reason . : KNWN (NO BIAS)       Weapon Type .  :  GUN-HAND
Weapon Type  . :                       Weapon Type .  :
How Entry Made . :                     Forced Entry . :
Structure Occup:                       Evid Collected :
Crim Activity . :                      Crim Activity  :
Crim Activity  :                       Location Type  :
UCR Disposition: CLOSED                Dispo Date .  . : 12/23/06
Exception Clear: NOT APPLICABLE        Arrest Case No.:
```

1/33 images    Next >

imgur

Other bombshells in the police report are:

Josh Duggar was investigated for multiple sex offenses — including forcible fondling — against five minors. Some of the alleged offenses investigated were felonies. Jim Bob and **Michelle Duggar** were interview by the Springdale Police department on Dec. 12, 2006.

The report says that James told police he was alerted in March, 2002 by a female minor that Josh — who turned 14-years-old that month — had been touching her breasts and genitals while she slept. This allegedly happened on multiple occasions.

In 2006, Jim Bob told police that in July, 2002 Josh admitted to fondling a minor's breasts while she slept. "James said that they disciplined (redacted, Josh) after this incident." The family did not alert authorities.

Jim Bob told police that about nine months later in March, 2003 "there was another incident." Josh was again accused by a female minor of touching her breasts and genitals. Josh was accused by several minors of touching their genitals, often when they slept, but at times when they were awake.

RELATED: *19 Kids and Counting* Crew Member Arrested For Child Pornography

Jim Bob then "met with the elders of his church and told them what was going on." No one alerted the police or any other law enforcement agency. Instead they decided to send Josh to a "program [that] consisted of hard physical work and counseling. James said that [redacted, Josh] was in the program from March 17, 2003 until July 17, 2003."

He said the program was a "Christian program." Michelle Duggar later admitted to police that Josh did not receive counseling and instead had been sent during that time to a family friend who was in the home remodeling business.

Asked about the training center that Jim Bob said Josh was sent to, Michelle told police, according to the report, "it was not really a training center. Det. [Darrell] Hignite asked if the guy [redacted, Josh] talked to was a certified counselor. She said no. She said it was a guy they know in Little Rock that is remodeling a building. Det. Hignite asked if the guy was more of a mentor. She said "kind of."

The Duggars told police that Josh "apologized" to the female minors and that they had "forgiven" him.

An alleged victim told police in 2006 that Josh had told "mother and dad what had happened... (and) asked for forgiveness." The report notes the alleged victim says Josh "sought after God and had turned back to God.

Jim Bob told police that "several members of their church were aware of the situation and had been supportive of the family."

Police interviewed several of the alleged minor victims in December, 2006. They told police that Josh had touched their breasts and sex organs.



The Duggar family. (Photo Credit: Getty Images)

Jim Bob told police in 2006 that when Josh returned home in 2003, Jim Bob, accompanied by some of his church elders, took Josh to Arkansas State Trooper, Jim Hutchens. Jim Bob knew Hutchens personally. Hutchens did not take any official action and instead gave Josh a "very stern talk." As *In Touch* magazine reports exclusively in this week's issue, Hutchens is now serving 56-years in prison for child pornography. He took no action on the Duggar case.

The Duggars told police that at the time Josh was accused of, and admitting to, these sexual acts, "a family friend aware of what had happened had written down in a letter what he knew of [redacted, Josh's] actions...That letter had been placed in a book and had subsequently been forgotten about. Just recently [in 2006] the book had been loaned to someone else with the letter in it and another person discovered the letter.

The Duggars refused to tell police who wrote the letter and who found it.

When the family was scheduled to appear on Oprah Winfrey's talk show in 2006, an email was sent to the show warning them about the alleged molestation. The email was written by a 61-year-old female who is not identified.

Harpo Studios faxed the letter to the Department of Human Services hotline. The report was then opened for investigation, leading to the investigation by Springdale police.

When police asked Jim Bob to bring Josh in for an interview in 2006, he attempted to hire a lawyer and refused to produce his son for questioning. At least two lawyers refused to take his case. "Det. Hignite received a voice mail from Mr. Duggar stating that [redacted] had hired an attorney and would not be coming in for an interview."

*In Touch* magazine broke the story of Josh Duggar's dark past in the issue currently on sale. The magazine obtained the police report, hidden since 2006, through a Freedom of Information Act request.

Police had to abandon pursuing charges because the [then] three-year statute of limitations had expired.

The alleged victims all described a consistent scenario of Josh touching their breasts and genitals and later apologizing. They said Jim Bob was aware of the situation and did not go to authorities for more than a year.

 



coverstory

## Inside the Duggars' TWISTED World

What really went on in that house as **Josh Duggar** molested his victims – and how his parents, **Jim Bob** and **Michelle**, covered it up

# HOUSE OF HORRORS

**J**osh Duggar was desperate for forgiveness. Hours after *In Touch* broke the news that the *19 Kids and Counting* star had molested five female minors, he released what he believed to be a heartfelt apology for his actions. "Twelve years ago, as a young teenager, I acted inexcusably for which I am extremely sorry and deeply regret," said the 27-year-old reality star. "I hurt others, including my family and close friends. I confessed this to my parents who took several steps to help me address the situation. We spoke with the authorities where I confessed my wrongdoing."

But now, in a bombshell twist, *In Touch* has learned that Josh and his parents, Jim Bob, 49, and Michelle, 48, haven't told the whole truth and are covering up more details about what really went on in their house. Joseph Hutchens, the former state trooper that Jim Bob brought Josh to speak with a year after learning he had inappropriately been touching five female minors, tells *In Touch* that he recalls the events far differently than what Jim Bob later told police. "He told me [the molestation] had only happened one time," Hutchens tells *In Touch* exclusively (see story on p. 32). But the police report — which came years later after Oprah Winfrey-owned Harpo Studios tipped off local authorities after receiving an email from someone who alerted them of Josh's crimes — proves that Jim Bob was told there were multiple incidents right from the first time he was alerted to Josh's behavior in 2002.

What happened inside their home is unimaginable. According to the police report, which was obtained exclusively by *In Touch* through the Freedom of Information Act, Josh first began molesting his victims at night, while they slept innocently in their bedroom. Jim Bob said that in

## Giving in to Temptation

In the absence of doing good, Josh once said, "evil comes in to fill the void." He added that evil done to children is "one of its worst forms."

---

**It Took Years for the Truth to Come Out**

**2002** Josh molests his victims

**MARCH 2003** He does it again

**JULY 2003** He completes four months of "counseling" (reportedly at the Christian Ministry in Little Rock, Arkansas)

**LATE 2003** Jim Bob goes to state trooper Joseph Hutchens, who does nothing

**DECEMBER 2006** After being alerted to the abuse, Oprah Winfrey's camp calls the hotline, and police investigate

**2007** Secret trial: Josh sues DHS

**MAY 2015** *In Touch* breaks the story

**MAY 21, 2015** Josh and his parents issue statements

**MAY 22, 2015** TLC yanks show from the lineup

**cover**story

# JIM BOB'S STORY
# SHOT DOWN BY COP

Hutchens' account conflicts with Jim Bob's.

**INTOUCH EXCLUSIVE INTERVIEW**

When *In Touch* obtained the 2006 police report revealing the disturbing details of Josh's crimes against five female minors, the bombshell report clearly stated that the then-14-year-old inappropriately touched his victims multiple times during 2002 and 2003. But former state trooper Joseph Hutchens says that's not what Jim Bob told him in 2003 when he brought Josh to the Arkansas State Police station. In an interview held at the Arkansas Department of Corrections' Wrightsville Hawkins Unit, Hutchens — who was twice convicted on child pornography charges and is currently serving a 56-year sentence — opened up about what he was told. The interview was conducted and recorded by a representative from a local law firm for *In Touch* and was promised nothing in return for his cooperation. He was told only that he was being questioned as part of an investigation.

Jim Bob and Josh were accompanied by two unidentified individuals when they met with Hutchens. "[When they arrived,] Jim Bob explained to me that Josh inappropriately touched [a victim] while she was asleep," recalls Hutchens, who believes Jim Bob reached out to him because they had a working relationship at the time. "Jim Bob sat down and Josh was crying. He said he touched [a victim] through her clothing and he said it only happened one time. [They said] the girl was asleep and didn't know anything had happened. They also told me that the

Hutchens, who at the time worked for Troop L, didn't know what to expect when Jim Bob called him about "a matter" involving his eldest son, Josh.

pastor had already been involved" and that Josh was going to get counseling. Based on Jim Bob and Josh's account, Hutchens made the decision not to report the case to the Child Abuse Hotline, as the law requires. "I thought what I did was right — obviously it wasn't," confesses Hutchens. "The young girl should have been my first priority. I feel terrible. I have lost lots of sleep over this. I am a Christian myself and I worry that if something else had happened I would have been responsible for it in my opinion by not reporting it. I did what I did and there was no personal gain involved." Hutchens said in the interview that he knows "my reputation is shot" but "the way I understood it, it was just a one-time incident," so he gave Josh a stern warning about what could happen to him. Given the chance to go back, the disgraced trooper says he would have "immediately" called the child abuse hotline. If his recollection is accurate, Jim Bob could be on the hook for criminal charges of child endangerment.

March 2002, someone whose name is redacted in the police report "came to him very upset and crying" and said "that [redacted, Josh] had been sneaking into [the] room at night and had been touching [her] on the breasts and vaginal area," states the police report, adding that the young girl told Jim Bob that this had occurred four to five times. Jim Bob did not go to the police and there is no indication on the police report that he took any action.

**Four months later, it happened again — out in the open.** In July 2002, Jim Bob was told again that Josh had committed another act of sexual fondling. The assault, states the police report, involved Josh fondling the victim's breasts as she slept on the family's couch. Jim Bob still did not go to the police but later claimed he disciplined Josh after this. Soon after that, Josh's behavior became more aggressive. In March 2003, one of the girls was sitting on Josh's lap as he read her a book when Josh began touching her "breasts and vaginal areas." (*In Touch* believes that one of Josh's victims was no more than 5 years old when touched.) Jim Bob later told police that he sent Josh away for four months until July 2003 for "counseling," reportedly at Christian Ministry in Little Rock, Arkansas. But Michelle told police Josh did not see a certified counselor and instead was

> "The biggest crime of all is **the innocent victims never had a voice — and they still don't**"
>
> —A FAMILY INSIDER

with a family friend who remodels homes (see police report, p. 35).

**Josh's aggression raged on.** Also around this time, another victim had been standing in the laundry room when Josh suddenly "put his hand under [her] dress," states the report. "That was showing a pattern of increasing aggression," says Dr. Paula Bruce, a clinical psychologist who specializes in sexual abuse and has not treated the Duggars. "So it's very hard to imagine a situation where you have someone who has multiple victims with increasing aggression over time that he just goes away, reads the Bible and is no longer sexually compulsive the way he clearly was." Adds the insider: "It was literally a house of horrors. On TV they try to make their family seem perfect, but behind closed doors, it's absolutely insane."

**But the truth couldn't stay hidden forever.** In 2006, after Harpo received the shocking email regarding Josh's dark past and alerted authorities, an in-

vestigation was opened by the Springdale Police Department, which interviewed all the victims, Jim Bob, Michelle (who had been voted Young Mother of the Year in Arkansas in 2004) and others. But the case was dropped because the statute of limitations had expired. (The email also stated Jim Bob had gotten into trouble for lying to his church about this matter.) The case was then referred to the Families in Need of Services. Closed-door proceedings against the Duggars were held by the Arkansas Department of Human Services. Unhappy with the outcome — which was never disclosed because records are sealed — in 2007, Josh then sued that department and a trial was held on Aug. 6. The Duggars refuse to comment on whether the family was subsequently monitored or if the victims were ever counseled by a licensed professional. They are still covering up what happened in those cases.

**Josh seemed to be off the hook.** According to Ohio-based criminal defense attorney Carmen V. Roberto, who doesn't represent any of the parties in the case, if authorities had been alerted when Jim Bob first brought Josh to speak with trooper Hutchens in 2003, Josh could have faced serious punishment. "It's possible he would have been labeled a sexual offender if convicted and could have been sent to a



## Experts: Josh Still Won't Face What He Did

Josh Duggar's official statement gained him some supporters, but LA-based psychologist Julie Armstrong tells *In Touch* the apology is grossly insufficient and misguided. "It is extremely self-centered and narcissistic," she says, noting that by classifying his conduct as a religious failure rather than pathological behavior, Josh fails to truly take responsibility for what his victims experienced. "He talks about it as if it's a simple mistake. But he was intentionally victimizing others." The statement from Josh's wife, Anna, 26, was similarly disappointing. "It's sterile," says Dr. Armstrong. "Like Josh's, it's a blanket statement designed to shut down the media." Dr. Paula Bruce, a Beverly Hills clinical psychologist, says Josh's statement shows "a complete failure to understand that that sexual behavior was abuse and that he was a sexual predator, it's classic. It's got dominance and exploitation." The doctor also says Anna's supportive statement is troubling. "There is no awareness about this being a psychological problem," she says. "It is framed from her perspective as a religious failing, that he humbled himself before God and it's all done. She frames it as a teenage mistake like stealing your neighbor's bike." Josh and Anna have three children, Mackynzie, 5, Michael, 3, and Marcus, 2, and Anna is pregnant and expecting a girl.

cover story

detention facility," says Roberto. "The fact there were multiple victims is an indication his problem is serious (psychologically speaking) based on what I have seen in reports concerning his clients, and for therapy to work it would need to be intense, probably inpatient, and for a long period of time. The court also would most likely removed him from the home while the case was pending, so he would likely have been held in a juvenile facility."

> "I can imagine the shock many of you are going through ... **I remember feeling that same shock**"
>
> —JOSH'S WIFE, ANNA

But Jim Bob may have to pay for a dire mistake. If Hutchens' recollection is correct that Jim Bob told him there was only one incident when he knew there were many more, "his actions could be perceived as Child Endangering, one count for each child," warns Roberto. "The original actions of not making reports are crimes by anyone involved and those parties could possibly still be charged." In addition, Josh could face multiple lawsuits, adds Roberto. "The victims or their parents could have sued him in civil court and may yet be able to."

While Jim Bob and Michelle are still not telling the whole story about Josh's crimes and what really happened, the five victims were left to suffer alone without getting any professional treatment for an extended period of time. (The family says they did get treatment but doesn't specify where or for how long.) "Josh was a sexual predator," says Dr. Bruce. "Each and every one of the girls [he molested] needs to be in therapy." If not, it could lead to larger problems later in life, like borderline personality disorder, depression, anxiety, body shame and even hypersexuality. "They need to have their owns space away from the family to talk about their experience," she adds. "This was not some teenager mistake; these girls were victims] of sexual predatory behavior. The whole family didn't and don't recognize the significant psychological damage done to victims of sexual abuse."

The truth will haunt them forever. "The Duggar home has never been the perfect Christian household that fans have come to know over years," says the family insider. "Behind those doors, the walls are filled with secrets and tears." ∎



THE BOMBSHELL POLICE REPORT

IN TOUCH EXCLUSIVE

CHILD ABUSE HOTLINE CALL

THE EMAIL TO OPRAH

JIM BOB'S 2006 POLICE INTERVIEW

MICHELLE CONTRADICTS JIM BOB IN POLICE INTERVIEW

JIM BOB TALKS ABOUT HIS FIRST CONTACT WITH POLICE



Got Stretch Marks? We can help



Apothederm
Stretch Mark Cream
with SmartPeptides® Biotechnology

* Helps reduce the appearance of red & silver stretch marks
* Helps improve skin texture
* Non-greasy and fast absorbing
* See results in as little as 2 weeks*

Say goodbye to stretch marks.

Save $10 with code SWIM10
Offer valid until 7/31/15

www.apothederm.com

Order online or call Customer Service
877-496-0038 or 425-686-1017

# EXHIBIT C



FLIP OR FLOP   TEEN MOM   KARDASHIANS   DUGGARS

Contact Us   Subscribe & Save!

FOLLOW US!



baaa.site
memes, quizzes, inspiration

Have fun now!
baaa.site

# Josh Duggar's Youngest Molestation Victim May Have Been As Young As 5-Years-Old

May 26, 2015 at 1:53 pm
By Carly Sitzer



You seriously need to sign up for our newsletter.
More celeb gossip awaits!

Email

Sign up!

☑ By signing up I agree to the Privacy Policy. I also agree to receive periodic emails with offers and promotional marketing messages from In Touch Weekly.

Last week, **Josh Duggar** confessed to molesting young girls when he was only a teenager.



Every box on your list, emphatically checked.

The Cayenne Platinum Edition

Built the way you'd build it at $66,700 MSRP*.

LEARN MORE ›

PORSCHE



Ad closed by Google

His confession came shortly after *In Touch Weekly* published a bombshell police report — obtained through a Freedom of Information Act — which revealed that four of the now-27-year-old's underage victims lived in his parents **Jim Bob** and **Michelle**'s Springdale, Ark. home at the time of incidents, meaning they were most likely his younger sisters.



Josh and his wife, Anna. (Photo Credit: Getty Images)

The first assault took place in July 2002, with a second occurring in March 2003.

Although many details in the police report are redacted, based on the ages of his siblings and the dates of the molestations as described to police, one of Josh's victims was as young as five-years-old when Josh touched her private parts. It was part of an escalating series of attacks by Josh.

Read the chilling details:



```
Date: 5/15/15                SPRINGDALE POLICE DEPARTMENT                    Page:    1
Time: 14:49:26                     Offense Report                        Program: CW8101L

RDE
Crime/Incident : SEX OFFENSE-FORCIBLE FONDLING
County         : WASHINGTON                    Mis/FEL . . . . . . . . : FELONY
Report Date    : 12/07/06 11:25                Day of Week . . . . . . : THURSDAY
Occur From Date: 12-07-06 11:25                Occur To Date . . . . . : 12-07-06 11:25
Common Name    : 1226 NORTH DOUGAN RESIDENCE, 2101 JOHNSON RD
City           : SPRINGDALE, AR 72764
Area ROR/Beat  : C.I.D. Only                   Location Type . . . . . : RESIDENCE
Alcohol Related:                               Drop Related? . . . . . :
DOCUMENTS ATTAC: 1 Attachment                  Report Officer  . . . . : KENNEY, BRENDA
CASE STATUS    : ASSIGNED/REVIEWED             CID STATUS  . . . . . . : REP WARRANT
CID Reviewed   : ANDERSON, LEE      12/23/06
Offenses?                                      Names?
Narrative?                                     Photos?
Property?                                      Vehicles?
RelaiconShips?                                 Case Management:
Related Cases?                                 Addtnl Times?
CAD Info? . . . . . :

********** A D D I T I O N A L   T I M E S ******************
Case Number  : 1-06-006986                    Date Dispatched: 12/07/06 11:25
Date Responded : 0/00/06                      Date Arrived  . : 12/07/06 11:25
Date Cleared . : 12/07/06 11:25

********** C A S E   M A N A G E M E N T   I N F O R M A T I O N ****************
Case Number  : 1-06-006986                    Common Name . . :
Location . . .                                Occur Date/Time :
Rpt Date/Off . :
Dept Class . . : SEX OFFENSE-FORCIBLE FONDLING
Case Status  . : REP WARRANT                  Case Status Da. : 12/23/06
Forwarded To . : WASHINGTON COUNTY CID        Count . . . . . :
Investigator : HIGBITE, D.                    Action? . . . . :
Tickler#?  . . :

****ASSIGNMENT HISTORY***
Case Number  : 1-06-006986                    Dept. Unit . . . . . . : ASSIGNED PRIORITY 1
Dept Priority  :                              Investigator . . . . . : HIGBITE, DAVID
Inv Priority . :                              Supervisor . . . . . . : KENNEY, BRENDA
Assignment Date: 12/23/06                     Addtl Officer  . . . . :
Addtl Officer  :                              Addtl Officer  . . . . :
Notify Investig:

********** O F F E N S E   R E P O R T  #   1 *******************
Case Number  : 1-06-006986                    Contact-Forc . . . . . :
State Class  . : SEXUAL ASSAULT 2ND-Sex       Attempt/Commit . . . . : COMPLETED
Federal Class  : SEX OFFENSES                 Weapon Type  . . . . . : OFF-NONE
Attack Ramson  : NONE (NO RISK)               Weapon Type  . . . . . :
Weapon Type    :                              Forced Entry . . . . . :
How Entry Made :                              Evid Collected . . . . :
Structure Occup:                              Crim Activity  . . . . :
Crim Activity  :                              Location Type  . . . . :
UCR Disposition: CLOSED                       Dispo Date . . . . . . : 12/23/06
Exception Clear: NOT APPLICABLE               Arrest Case No.: 
```

< Prev    1/33 images    Next >

imgur

f SHARE    🐦 TWEET    @ PIN IT

1,419,571 views

# EXHIBIT D



# Josh Duggar Chilling Molestation Confession In New Police Report

Jun 3, 2015 at 8:29 am
By In Touch Weekly





You seriously need to sign up for our newsletter. More celeb gossip awaits!

Email      Sign up!

By signing up I agree to the Privacy Policy. I also agree to receive periodic emails with offers and promotional marketing messages from In Touch Weekly.

**Josh Duggar** confessed to his father **Jim Bob Duggar** on THREE separate occasions to multiple acts of **sexual molestation** against his sisters and a family friend, according to a new police report obtained exclusively by *In Touch magazine*.

**Josh Duggar** confessed to his father **Jim Bob Duggar** on THREE separate occasions to multiple acts of **sexual molestation** against his sisters and a family friend, according to a new police report obtained exclusively by *In Touch magazine*.

The document also makes clear that Josh was 15 years old when he molested his 5-year-old sister and committed at least SEVEN acts of sexual molestation.



Josh Duggar. (Photo Credit: Getty Images)

The new report is from the Washington County Sheriff's Office and was obtained by In Touch using the Freedom of Information Act. In Touch broke the story about Josh's dark past and previously obtained and published a Springdale Police Department report about the molestations, also by using FOIA.

With fewer redactions than the first report, the Washington County Sheriff's document makes it clear that despite Josh's chilling confessions the Duggars waited at least 16 months before contacting authorities about the molestations, even though the behavior was continuing and growing worse. During that period they did not get professional counseling for Josh or his victims. Legal experts tell *In Touch* that Jim Bob and Michelle could have faced six years in prison for their inaction, if the statute of limitations had not expired.

WASHINGTON COUNTY SHERIFFS OFFICE
Incident Report

DATE: 05/19/2015
TIME: 04:01:41PM

Case Number: 200625443                              Page 5 of 8

Case Segment

APPROVING OFFICER: 6332 - JOHNSON, FREIAR          Date: 01/02/2007
ASSIGNED OFFICER: 2847 - CONNER, GARY              Date: 12/07/2006

Others Involved Segment

NAME: DUGGAR, JAMES ROBERT
INVOLVEMENT: PERSON OF INTEREST
ADDRESS: 600 ARBOR ACRES ROAD
HOME PHONE: (479) 466-9453
EMPLOYER: FATHER OF VICTIM/OFFENDER

NAME: DUGGAR, MICHELLE ANNETT
INVOLVEMENT: PERSON OF INTEREST
ADDRESS: 600 ARBOR ACRES ROAD
HOME PHONE: (479) 466-9453
EMPLOYER: MOTHER OF VICTIM/OFFENDER

Narrative

Officer's Report.
Det. Gary Conner #606
Agency Audit - Springdale Police Department
Case #200625443

On Thursday, 12/07/06, Det. Hignite of the Springdale Police Department contacted me and told me that a report had been received by the Arkansas State Police hotline regarding the Duggar family. Det. Hignite said that the hotline report indicated that ... had sexually abused ... Det. Hignite said that it was unclear when or where the abuse had occurred, but that the Duggars live at 600 Arbor Acres Road in Tontitown. Hignite said that Inv. Whitney Taylor of the Arkansas State Police CAC Unit was attempting to set up interviews with the children in the family.

Det. Hignite later contacted me and told me that the Duggar family was currently in Chicago and was expected to return next Monday. Hignite told that tentatively, the interviews would be scheduled on Tuesday, 12/12/06.

Supplement

Officer              Date           Case
CONNER, GARY         12/12/2006     200625443
     Witness Interview:
     Det. Gary Conner #606
     Washington County Sheriff's Office
     Criminal Investigation Division
     James Robert Duggar
     D.O.B.: 07/18/65

     Michelle Duggar
     D.O.B.: 09/13/66

Form_Incident_WCSO

1/4 images    Next >

116,188 views                                                imgur

"James said that in March of 2002 [redacted, Josh] who had just turned 14, came to him very upset and crying," the new report reads. "James said that [redacted, Josh] had told him that he had been sneaking into [redacted, his sisters'] room at night and had been touching [redacted, his sisters] on the breasts and vaginal areas while they were sleeping."

The report details that Josh went from sister to sister, stating, "Apparently all of the girls were sleeping in a common room at this time."



Jim Bob and Michelle Duggar. (Photo Credit: Getty Images)

The sheriff's document also shows the extent of Josh's abuse. "[Redacted, Josh] told James that this had occurred 4 to 5 times and had occurred as [redacted] was sleeping on the couch."

As *In Touch* reports exclusively in its new issue, despite Josh's confession, Jim Bob and Michelle did not get him – or their daughters -- counseling from a licensed mental health professional for at least 16 months. They have said the children did receive counseling but refuse to say if it was court ordered after the Families In Need of Services and the Arkansas Department of Human Services became involved in the Duggar case.

RELATED: Jim Bob Duggar Stopped Cooperating With Police During Josh's Investigation

Several legal experts tell In Touch that Jim Bob and Michelle Duggar could have faced up to six years in prison for their actions and been charged with Permitting Abuse of a Minor (Arkansas Code 5-27-221).

The new police report continues to raise questions about why Jim Bob and Michelle Duggar failed to act in alerting authorities despite Josh's repeated confessions of sexual molestation and why they didn't do more to protect their daughters.



(Photo Credit: Getty Images)

By the time police launched their investigation in 2006, the statute of limitations had expired and police turned the matter over to social services. The Duggars did eventually take Josh to a a state trooper **Joseph Hutchens**. But Hutchens, who is serving 56 years in prison, said in an interview from behind bars that Jim Bob and Josh told him about only one incident and that's why he didn't report it to the child abuse hotline. The new police report states only that Jim Bob said when they visited Hutchens Josh "had admitted to Cpl Hutchins (sic) what he had done." The police did not independently verify that.

The Washington County Sheriff's Office turned their investigation over to Springdale police for jurisdiction reasons.

  



coverstory

**Bombshell New Police Report**   45-4   Filed 08/22/17   Page 7 of 8 PageID #: 392

# PRISON FOR THE DUGGARS

**WORLD EXCLUSIVE** — From the Magazine That Broke the Story

The shocking confession from **Josh Duggar** that could have landed him — and his parents — behind bars

**PROTECTING THEIR OWN** "Jim Bob never wanted Josh's dirty secret to get out, that's why he and Michelle never pursued any further action," says a source.

30 IN TOUCH JUNE 15, 2015

The Duggars were desperate. For years, Jim Bob and his wife, Michelle, had tried to bury the scandal surrounding their son Josh. But after *In Touch* exclusively published the shocking police report, obtained through the Freedom of Information Act, detailing how the *19 Kids and Counting* star had molested five female minors — four of whom were his sisters — when he was a teen, the backlash was instant. Fans turned on them, TLC pulled the show off the air (but did not outright cancel it immediately) and advertisers abandoned the family whose wholesome image was in tatters, exposing their ugly secret. Unable to stop the bleeding, Jim Bob and Michelle turned to a small group of political advisors and made the decision to appear on right wing-friendly Fox to save the show — and try to save their gravy check, which is rumored to be as high as $45,000 per episode.

But now *In Touch* has exclusively obtained a second, even more shocking, police report. The new report is from the Washington County Sheriff's Office in Arkansas and was also obtained through the Freedom of Information Act. It fills in gaps from the first heavily redacted report, and details Jim Bob recounting how Josh, now 27, made a full confession to him about the crimes against his four sisters and

one family friend that could have landed him in prison. It also presents a case that could have sent Jim Bob, 49, and Michelle, 48, to prison for up to six years for permitting the abuse of a minor as well as child endangerment. "Because they failed to take action and prevent the abuse of a minor in their care, they would have been responsible," says Arkansas-based criminal defense lawyer William O. "Bill" James Jr., who doesn't represent any of the parties in the case. The Duggars waited roughly a year and a half after learning of Josh's behavior of repeated molestations before going to authorities. They never called the Division of Children and Family Services — even after learning that Josh, then 15, had molested his 5-year-old sister, a fact that is made clear in the new police report. "Outside of permitting abuse of a minor, Jim Bob

could have been charged with endangering the welfare of a minor," adds James. "The abuse was happening in his home — reporting it would have been the best course of action."

**Jim Bob and Michelle knew what was going on and did nothing at first.** From 2002 through 2006, they never got Josh or his victims help from a mental heath professional, according to police reports. Josh molested his victims four times in March 2002 and again in July 2002. Then, according to the newly obtained police report, in March 2003 he confessed to Jim Bob that he fondled his 5-year-old sister while she sat on his lap reading a book. Jim Bob met with church elders and Josh was sent away for four months of "counseling" (Michelle later admitted that Josh did not see a certified counselor and instead

was with a family friend who remodeled homes). Only after July 2003 did Jim Bob bring his son to speak with former Arkansas state trooper Joseph Hutchens. He also brought along an elder of the church who fits the description of the Duggars family friend, Jim Holt. (Holt did not return calls for comment from *In Touch*.) Hutchens — who was convicted twice on child pornography charges and is currently serving a 56-year sentence — claims that during the meeting, Jim Bob reported only one incident to him, and Hutchens made the decision not to report the case to the ChildAbuse Hotline. When authorities were alerted in 2006 to what had happened, the two police re-



**Josh's Full Confession** In a disturbing new police report obtained by *In Touch*, Josh admitted to molesting four of his sisters on multiple occasions, and a female family friend.

WASHINGTON COUNTY SHERIFFS OFFICE

**coverstory**

# EXPOSING THE SECRET COVER-UP
## The Timeline Doesn't Add Up

[redacted] said that they had two [redacted] meetings about [redacted] said that during the first meeting they talked about [redacted] touching [redacted] inappropriately. [redacted] said that one year later [redacted] did it again to [redacted]. [redacted] went away for three months. [redacted] said that the [redacted] told the State Police what happened, and then [redacted] went to Little Rock for training.

The police report describes how Josh and Jim Bob went to see former state trooper Joseph Hutchens after he received treatment from March 2003 to July 2003. But the same documents contain a conflicting statement from one of the victims: "[Redacted] said that [sic] told the State Police what happened, and then [redacted] went to Little Rock for training." Hutchens also recalls being told by Jim Bob that Josh was going to seek treatment, not that he had already been in treatment.

## Hutchens Told His Superior

After the meeting, where Jim Bob told Hutchens that Josh had only carried out one offense, Hutchens claims he asked his supervisor, retired state trooper Bill Carver, for advice over lunch. "He asked me what I thought and I told him that the pastor had already been involved and that they were setting up therapy," Hutchens says, adding that Carver advised him to let it go. Carver denies advising Hutchens on the case.

## Zimmerman Destroyed the Report

On May 21, Judge Stacey Zimmerman ordered the Springdale Police Department to destroy all copies of their reports, granting a motion on behalf of one of the underage victims. In Touch has learned the lawyer who brought the motion is working for the Duggars. The ruling was criticized by Michael Johnson, former U.S. Attorney for the Eastern District of Arkansas, who says the judge cited a law that does not apply to this case.

## Huckabee Is Tied to Everything



Republican presidential candidate Mike Huckabee has close ties to the Duggar family. Not only is he their most famous defender, but he and the family share the same lawyer, Kevin A. Crass. The controversial politician is also a close alley of Judge Zimmerman, who ordered the police report be destroyed.

ports obtained by In Touch were made, but the statute of limitations had expired and neither Josh nor his parents could be prosecuted for any crimes. "In this case the evidence was all there, 100 percent solid," says an insider. "A prosecutor couldn't ask for anything more. Josh confessed and the girls corroborated what happened. But the statute of limitations had expired."

The newly obtained police report, in which Jim Bob details how his son came to him and said he molested four of his sisters and another minor, is chilling. According to Josh's confession, he started sneaking into his sisters' bedroom at night as they slept. "James [Jim Bob] said that in March of 2002, [redacted, Josh], who had just turned 14, came to him very upset and crying. James said that [redacted, Josh] had told him that he had been sneaking into [redacted] room at night and had been touching [redacted] on the breasts and vaginal areas while they were sleeping," reads the report, which was filed on Dec. 12, 2006, after Oprah Winfrey's Harpo Studios tipped off local authorities (they'd gotten an email from someone alerting them to Josh's crimes). "[Redacted, Josh] told James that this had occurred four to five times. James said that when they later told the girls what had occurred, one of the girls, [redacted], had said that she remembered one time when she woke up and [redacted, Josh] was 'taking her blanket away,' but she did not remember anything else." There is no mention of Jim Bob taking any official action at this point.

Four months later, Josh confessed again. "James said that in July of 2002, [redacted, Josh] admitted to him that one night as a female friend of the family's was sleeping over, he had gone to the couch where she was sleeping and had fondled her breasts as she slept," the report continues. "James said that they disciplined [Josh] after this incident." Again, no official action was taken and there is no evidence that Josh received professional counseling after this incident.

It shows. "James said that about nine months later, in March of 2003, there was another incident. James said

that [redacted, Josh] was reading to his 5-year-old sister and as she was sitting on his lap, he had touched her breasts and vaginal area," states the report. "James said that [redacted, Josh] then ran out of the room and called him and told him what he had done. James also said that sometime during this time frame, his daughter had been standing in the laundry room and [redacted, Josh] had put his hand under her dress." Once again, Jim Bob and Michelle did not call authorities and there is no evidence that Josh or the victims were given professional counseling.

In late 2006, the Springdale Police Department referred the case to the Families in Need of Services agency. The Arkansas Department of Human Services was also brought in to investigate. Unhappy with the outcome, Josh sued that department, and a trial was held on Aug. 6, 2007, according to reports. The Duggars never disclosed that they were investigated or the outcome of the case and never informed their network, TLC, about any of it. An online commenter who had all of the facts correct about the scandal in 2007 said at the time that the family was forced to report to DHS every six months and that the victims were put in counseling per court order. Weeks before they agreed to a TV interview with Fox, Michelle and Jim Bob claimed their kids received counseling, but did not say if it was court-ordered.

Jim Bob and Michelle — who have now hired a lawyer, Kevin A. Crass, from the Little Rock, Arkansas-based firm Friday, Eldredge & Clark — seemed to try to protect Josh every step of the way. "He admitted to molesting four family members and a friend of the family. It's a very clear confession," says the insider of Josh. "The Duggars played the role of judge and jury when it came to this situation. And that is just insane when it comes to the welfare of any child."

If Jim Bob and Michelle had faced charges of child endangerment, they would have been looking at up to six years in prison. Law professor Michael Johnson, a former United States Attorney for the Eastern District of Arkansas, tells In Touch: "It is

> ## It's clear the Duggars **wanted something to stay quiet**
> – A SOURCE

possible that investigators looking into this case could have cited the parents Jim Bob Duggar and Michelle Duggar with Arkansas Code 5-27-221 'Permitting Abuse of a Minor.' Having once learned of the behavior, they recklessly allowed it to continue. This crime is a class D felony because the abuse consisted of sexual contact with a minor. The maximum penalty for permitting this type of abuse under Arkansas Code 5-4-401 is six years imprisonment and a $10,000 fine." Arkansas-based attorney John Wesley Hall adds that he believes Josh would have been charged as a juvenile and also would be subject to appear on the sex offender registry in Arkansas: "The statute 12-12-903 doesn't seem

to distinguish between adults and minors. It says [a person would stay on the list for] 15 years from whether you're released from prison and placed on parole or placed on probation."

But the trouble may not be over yet. Now that Jim Bob and Michelle have started to give interviews about Josh's dark past, it could give authorities the evidence they need to launch a fresh investigation, warns legal expert and attorney Goldie Schon. "Through their interviews, law enforcement and prosecutors may very well find the loophole to prosecute," Schon tells In Touch. "Someone may want to show that this type of behavior will not be tolerated."

No matter what happens, it will never take away the emotional pain Josh caused his victims. "The four Duggar girls 'forgave' Josh for his sins, but that's not how you get over sexual abuse," says the insider. "It's undoubtedly changed their lives forever, and that's something that no jail sentence can ever fix." ■



## Are There More Victims?

According to two police reports, Josh inappropriately touched five female minors, but LA-based psychologist Julie Armstrong tells In Touch she believes there could be many more victims. "I would be very concerned about the possibility of more victims who were equally taught to keep quiet," she says, citing the fact that Josh never received proper treatment. (Jim Bob told police that Josh got four months of "counseling," but Michelle told police that Josh did not see a certified counselor and instead was with a family friend who remodels homes.) "All the evidence we know about child molesters is that this isn't something you can just will away. It stays in the perpetrator's head," adds Armstrong. Dr. Helen Friedman, who specializes in child sexual abuse and works with both perpetrators and victims, agrees: "It's like alcoholism — there's no cure. But people can be in recovery from it where they can have really good lives."

# EXHIBIT E



Sweepstakes   Got a hot tip?                                                          Contact Us   Subscribe & Save!

InTouch   FLIP OR FLOP    TEEN MOM    KARDASHIANS    DUGGARS                          FOLLOW US!

## Josh Duggar Resurfaces Looking Heavier, Unkempt

Apr 28, 2017 at 10:48 am
By Carly Sitzer

Recent years have taken a toll on Josh Duggar.

The controversial reality star, 29, resurfaced while at a homeschooling convention with his entire family in Big Sandy, TX, and even though the disgraced oldest child doesn't appear in any of the photos posted by his family, he was spotted by a fan, who shared the picture with a blog known as *Duggar Family News: Life Is Not All Pickles and Hairspray.*

MORE: Jana Duggar Has Been Linked to Tim Tebow — Again!

In the pic, Josh is sporting a full beard and a noticeable weight gain.



Josh has been largely out of the spotlight for the past two years; it began when *In Touch* exclusively revealed that when he was underage, he was investigated and admitted he forcibly fondled four of his younger sisters. Shortly after his molestation scandal came to light, it was revealed that he not only had an Ashley Madison account but also cheated on his wife.

MUST SEE: Check out How Much Jessa Duggar's Son Henry Has Grown!



baaa.site
memes, quizzes, inspiration
Have fun now!
baaa.site



baaa.site
memes, quizzes, inspiration
Have fun now!
baaa.site

It was then that he admitted his addiction to pornography and sex and entered rehab, where he remained for six months.

"I have been the biggest hypocrite ever. While espousing faith and family values, I have secretly over the last several years been viewing pornography on the Internet and this became a secret addiction and I became unfaithful to my wife," he said at the time.

He continued, "I am so ashamed of the double life that I have been living and am grieved for the hurt, pain, and disgrace my sin has caused my wife and family, and most of all Jesus and all those who profess faith in Him."



Earlier this week, it was revealed that Josh was still in treatment.

"Josh is still in counseling after his rehab stay for sex addiction. He is going to a family pastor," a source said. "It's religious counseling, so it's not like he's getting actual help for his issues."

**Scroll through the gallery to see all the times the Duggar family has broken their strict rules.**

1 of 8



## Premarital sex

It was reported back in January that engaged couple Joy-Anna Duggar and Austin Forsyth have already consummated their relationship — a BIG Duggar family no-no.

"Despite this 'courting' nonsense, Joy-Anna and Austin have actually been having sex together for a year!" a source told *Radar Online*.

This allegedly even led to a pregnancy scare, so she had to come clean to her parents.

"Of course, that alone is something the family has had to hide from the public," said the source, adding it was a "huge sigh of relief when she wasn't."

"That was obviously a huge sigh of relief for everyone concerned, but it didn't erase the horror for Jim Bob and Michelle that they had come closer than close to having another family scandal on their hands!"

Credit: Instagram

