IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JILL DILLARD, JESSA SEEWALD,
JINGER VUOLO, and JOY DUGGAR,          )
                  PLAINTIFFS,                 )
    VS.                                   )
                              )
CITY OF SPRINGDALE, ARKANSAS;          )          CASE NO.
WASHINGTON COUNTY, ARKANSAS;           )          17-CV-05089-TLB
KATHY O'KELLEY, in her Individual      )
and Official Capacities; ERNEST        )
CATE, in his Individual and            )
Official Capacities; RICK HOYT,        )
in his Individual and Official         )
Capacities; STEVE ZEGA, in his         )
Official Capacity;                     )
Does 1-10, Inclusive,                  )
                DEFENDANTS.                     )

--------------------------------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

KAELEIGH TULL

(DRAFT TRANSCRIPT)

September 29, 2021



DRAFT TRANSCRIPT

A.     Go back to it?

Q.     Yeah.  That's okay.

A.     Okay.

Q.     And so when these families and your family and the Duggars, when y'all would gather, was it just parents and kids or were there also grandparents, aunts and uncles, that would attend as well?

A.     I believe only Jim Bob's parents came.

Q.     Okay.

A.     I think very occasionally, a grandparent was in town maybe would come.  But it was definitely not a regular event.  Mary would come frequently, and the McPhersons is my aunt.

Q.     Okay.

A.     Shawna and Mike are my -- are my aunt and uncle. But as far as I can remember, I think that's the only relatives in that category that came.

Q.     And I think I understood that occasionally the kids would -- and maybe even, like, adults as well, would bring friends to the gathering on Sundays as well?

A.     Yeah.  Very occasionally.

Q.     So honing in on a time that we can mark, I'd like to talk about the time that you learned, if you

DRAFT TRANSCRIPT

1
2  did learn, that there had been an incident in the
3  Duggar family where Josh, the oldest, had molested his
4  sisters and possibly others.  Do you recall becoming
5  aware of that?
6  A.     Yes.
7              MR. BLEDSOE:  I'll object to the form.
8  Q.     Go ahead and tell me.  I did not hear your
9  answer.  Forgive me.
10 A.     I said yes.
11 Q.     Okay.  And do you recall about when that was?
12 And I know that's a hard question, but do you know?
13 A.     I know.
14 Q.     Okay.  Please.
15 A.     It was March 30th of 2003.
16 Q.     What was the occasion that you would have
17 learned this information?
18 A.     That's a -- that's a hard answer.  I was in a
19 relationship, romantic relationship, with Josh at that
20 time.  And my parents told me what had happened
21 because an incident had happened again.
22              So my parents became aware and then they
23 told me because they felt it best that the
24 relationship should end for the time being because of
25 what was going on in their family.



```
 1                      DRAFT TRANSCRIPT
 2    Q.      May I say first, Ms. Holt, I take absolutely no
 3    pleasure in talking about things that are difficult,
 4    and I will do so as quickly and efficiently as we can.
 5              But I want you to know that if you want
 6    to take a break at any time, I hope you will just say,
 7    "Hey, can I just take a break and gather my thoughts
 8    again," or anything else you need to do.  Okay?
 9    A.      I will.  Thank you.
10    Q.      Yes, ma'am.  So it's interesting that you said
11    that it had happened again.  So this makes me think
12    that they knew it happened before, maybe it had
13    stopped and it happened again.  Is that what your
14    understanding was?
15    A.      That was my understanding, yes.
16    Q.      And my understanding is, and you can tell me if
17    I'm wrong, that when you were in a relationship with
18    Josh, that would be -- do you call it courting?
19    A.      Courting?
20    Q.      Yes.
21    A.      Well, at the time, we called it betrothal.
22    Q.      Okay.
23    A.      But yes, technically.
24    Q.      All right.  And then my understanding is that
25    that betrothal would be approved by both Josh's father
```

DRAFT TRANSCRIPT

1
2  and your father; is that --
3  A.      And our mothers.
4  Q.      And your mothers.  Okay.  Fair enough.  And on
5  March 30th, when you were told, did the betrothal, did
6  it go on hiatus?  Did it stop?
7  A.      I -- I believe that at the time they thought
8  that it was over but with a potential to work things
9  out in the future.  So kind of maybe on hold is how
10  you would say that.
11  Q.      Okay.  Did it ever get restarted again, the
12  betrothal?
13  A.      No.
14  Q.      Did your parents take that occasion to discuss
15  with you sort of what had happened and what had --
16  what had happened between -- in the Duggar family?
17  A.      Yes.
18  Q.      Did they discuss -- do you know if they
19  discussed those things with any of your brothers and
20  sisters as well?
21  A.      Yes.
22  Q.      Okay.  And did they talk about safety and being
23  safe and situations to avoid if that ever happened to
24  any of you?
25  A.      Yes, they did.



DRAFT TRANSCRIPT

1
2  Mr. Duggar, and Josh Duggar?

3  A.    My -- Josh did not tell me, and I don't believe

4  Jim Bob told me either.  I think it was my dad who

5  told me that the police officer was, "Well, thank you

6  for coming to us and talking about it, and we trust

7  that you won't ever do it again," and they let him

8  leave.  That's my understanding of how that went.

9  Q.    And to your knowledge, did the trooper ever make

10  a report, as a mandatory reporter, to the Arkansas,

11  you know, hotline?  Did he call the hotline?

12  A.    As far as I know, he did not communicate this to

13  anyone else.

14  Q.    Okay.  Did -- did you have the occasion to talk

15  to any of his sisters who would have been victims

16  about what they did afterwards?

17  A.    You mean how they were -- how they were

18  emotionally handled?

19  Q.    Sure.  Yes.

20  A.    I know they -- they had a lot of conversations

21  with their parents.  I spoke to them briefly, mostly

22  in a comforting way.  Not for counseling, just because

23  we were friends.  And I was just 15 at the time.  I

24  don't recall any specific conversations that we had.

25  Yeah.  I'm sorry.  I'm not real helpful.



DRAFT TRANSCRIPT

1
2 did your families continue to have the same kind of
3 relationship that they had prior?
4 A.    No.
5 Q.    Okay.  Can you just describe what happened to
6 the relationship between the families?
7 A.    I'm trying to figure out a good way to say it
8 without giving you a lot of the story.  Well, simply
9 put, there was -- after what happened with Josh, there
10 was a lot of distrust between our families and our
11 communication with each other.
12        We still went to the same church
13 gathering, family gatherings, whatever you want to
14 call it; and we did for several years.  But the
15 relationship was always strained.  It never -- it
16 never went back to where it was before.
17 Q.    Ms. Tull, do you recall at any of the gatherings
18 this incident or -- well, the incident being discussed
19 or brought up in any way at a gathering?
20        MR. BLEDSOE:  Object to the form.
21 A.    Not amongst the children.  I do know that the
22 fathers got together and talked about it.  But the
23 children -- the children didn't talk about it.
24 Q.    Do you recall Josh ever going forward or coming
25 forward to -- if not the children, to the older

DRAFT TRANSCRIPT

1
2 attendees of the gathering, the parents?

3 A.     I do.  I know that he did attend some of those

4 meetings, yes.

5 Q.     Did he tell you about those or did your dad tell

6 you about those?

7 A.     I know he told me some of them.  I'm trying to

8 remember some things 'cause I know, like, timeline of

9 events.  But I can't remember for sure who told me

10 what when it came to Josh or my dad 'cause there were

11 times that Josh would tell me things.

12 Q.     Okay.  You are pretty darn good with dates.

13 A.     I think it was because I was romantically

14 involved that you remember those kind of things.

15 Q.     The ones -- yeah.  The ones that stick in my

16 mind, you mentioned March 30th right away, 2003.  And

17 then April, you mentioned that you think that's when

18 Josh either went to the trooper or went away for the

19 summer.

20 A.     The trooper.

21 Q.     The trooper?

22 A.     He went away for a couple months March, I think,

23 31st or something, whichever it was that year.  I

24 don't remember.  It was April 1st or if it was March,

25 whichever one -- whichever of those two days it was



DRAFT TRANSCRIPT

1
2 because I had found out about it on March 30th.  And
3 he said it had happened that same night or the night
4 before, something like that.
5          And there was a day or two where my family
6 was traveling, and they ended up telling me very soon
7 after the incident had happened.  And then Josh left
8 and he went out of town.  Jim Bob took him to a
9 facility in Little Rock, and he wanted him to come
10 back for his birthday on July 18th.  So he drove down
11 and got him and brought him back.  So that's how I
12 remember those dates.
13 Q.     So the times that Josh would go to speak with
14 the older people, the parents at least, at these
15 gatherings, was that before he went down to Little
16 Rock until July 18th, or was that after July 18th when
17 he came back?
18 A.     It was after.  As far as I know, my dad is the
19 only person that knew.  Well, there was one other
20 family that knew during the time that he was away.
21 Q.     That he was in Little Rock?
22 A.     Right.
23 Q.     And could I be so bold to assume that your
24 father would discuss it with your mother as well?
25 A.     Yes, they did.

DRAFT TRANSCRIPT

1

2  Q.     Okay.  And then who was the other family that

3  you know that knew?

4  A.     The Butcher family.

5  Q.     Now, I've been -- there has been testimony that

6  the Duggar family visited Josh on at least one

7  occasion, perhaps more than one occasion in Little

8  Rock.  They would travel together to Little Rock to

9  visit Josh.  Did you ever go on any of those visits?

10 A.     I did not.

11 Q.     Do you think any of your --

12 A.     I waited -- I waited to see him until he came

13 back.

14 Q.     Did your brothers and sisters ever go on any of

15 those visits?

16 A.     No.

17 Q.     And do you know if any of the other families

18 that you mentioned, did they all go -- did any of

19 those go visit him that you are aware of?

20 A.     No.  Not that I'm aware of.  It was pretty quiet

21 at the time, at that time when Josh was away.

22 Q.     Well, can you contrast that with after he came

23 back?  Was it -- was that the time that it became more

24 known amongst the people in the gathering?

25 A.     Yes.



www.ArkansasRealtimeReporting.com

DRAFT TRANSCRIPT

1

2   A.    I believe that was done privately actually.  I

3   think he was alone.

4   Q.    Oh, okay.  And was that after he came back in

5   July of 2003 or was that before he left; do you know?

6   A.    This -- that was in a different year entirely.

7   Q.    Oh, okay.

8   A.    Like I said, it was quiet for probably two

9   years.  And then they got turned in to DHS from The

10  Oprah Winfrey Show, I believe, and then it became far

11  more well known at that point.

12        But I think that may have been in 2006 or

13  2005 is when Josh shaved his head.  I didn't go over

14  those dates, so I can't give you a specific one.

15  Q.    Were you still as in close touch with any of the

16  Duggars or Josh at that time, in 2005 or '6 when he

17  shaved his head?

18  A.    Yes.

19  Q.    Okay.  Were you mostly more in touch with Jill

20  or Joy, or were there others in the family?

21  A.    No.  I was actually more in contact with Jim Bob

22  and Michelle at that time.  We were still in family

23  gatherings with them.  But I haven't had as close of

24  contact with the girls at that time until more

25  recently, as we've become adults.

1              DRAFT TRANSCRIPT

2              We were friends as kids, but we weren't --

3    we didn't actually talk to each other about things

4    that had happened when we were children.  Not -- not

5    specifics or details.  I talked far more with Jim Bob

6    and Michelle than the girls.

7    Q.     What was the nature of that relationship,

8    Ms. Tull?  Was it family friends or were they more

9    counseling you, or what was the -- how would you --

10   I'm so sorry.  Could you describe that relationship

11   between you and Jim Bob and Michelle after, let's say,

12   you know, July of 2003?

13   A.     I think -- I mean, I had expected to marry their

14   son and they had expected me to be their

15   daughter-in-law.  And this was a lot of -- a lot of

16   heartache that happened for me when I was --

17   especially that young.

18             So I think that we had a lot of

19   conversations, mostly to see how I was doing and to

20   see how Josh was doing.  And so I guess still kind of,

21   like, in-law relationship in a way.  But we just cared

22   about each other as, you know, friends as well as

23   that, you know, parental/daughter relationship.

24   Q.     How old were you in July of 2003?

25   A.     I was 15.



DRAFT TRANSCRIPT

1
2  Q.     Okay.  Is it fair to say that there was still
3  some hope amongst Jim Bob and Michelle that the
4  betrothal would be able to continue and y'all would be
5  able to be married?
6  A.     At that time, yes.
7  Q.     You had a time in your mind when that issue was
8  closed for good, in your mind and theirs as well?
9  A.     I'm not sure about them.  I came that to that
10 conclusion much sooner.  I believe I was 17, maybe 18.
11 And I had -- I had just had enough of the issues that
12 were happening that -- and Josh made a comment to me
13 about that made me feel as if he took advantage of my
14 feelings for him, and I -- it made me aware that I
15 just felt really used emotionally, and I was just
16 done.

17         But I do -- I do recall that, and I think
18 I just -- I shut myself off emotionally to them after
19 that.  I kind of just knew that it was never going to
20 happen, and I didn't want it to happen anymore.  And
21 so yeah.
22 Q.     Ms. Tull, you mentioned that was there -- was
23 there an incident?  Was there a thing that sort of
24 brought that understanding that you had, that you came
25 to, or was it just that conversation that you had had

1                          DRAFT TRANSCRIPT

2    with Josh?

3    A.     There was something that happened.

4    Q.     And may I ask?

5    A.     Josh was still looking at pornography and was

6    lying about it, and it was -- it was more the lies

7    that I was -- I was done with.  I understand it, you

8    know, people look at pornography and people are okay

9    with doing that.

10            But for us in our relationship, it wasn't.

11   And I was not okay with being lied to about it.  And I

12   think that I couldn't trust him anymore was -- and

13   that I also felt taken advantage of.  The combination

14   of that made me feel like I was just -- it was

15   resolved in my heart.

16   Q.     Was you -- I'm assuming you were still living at

17   home at this time?

18   A.     My whole family was actually living in Little

19   Rock at that time.

20   Q.     Okay.  Were you -- but you stayed in northwest

21   Arkansas?

22   A.     No.  Actually, Josh was there with us.

23   Q.     In Little Rock?

24   A.     Yes.

25   Q.     Okay.



DRAFT TRANSCRIPT

1

2  A.     He stayed in a different -- I'm sorry.

3  Q.     Please.  I'm so sorry I interrupted.

4  A.     Oh, he stayed -- he stayed close by in another,

5  like, a dorm room, a room that another family was

6  loaning him.  But he came down to Little Rock with us

7  to help out my dad while my dad was in the

8  legislature.

9  Q.     Oh, right.  But he was -- was he still -- did he

10 come to Little Rock from his family home or had he

11 moved out of his family home by then?

12 A.     He was temporarily --

13 Q.     Yeah.

14 A.     -- living there.  So he fully intended to go

15 back to living with his family at the time.

16 Q.     Gotcha.  And when -- when you had this sort of

17 revelation and realization, was it Josh who told you

18 what he had been doing or did someone else tell you,

19 or did you discover that some other way?

20 A.     He told my parents first and then he told me

21 also.

22 Q.     Do you think he had been found out by someone

23 else and was compelled to tell them or did something

24 else bring him to tell them?

25 A.     I don't remember if he got caught or not in that

DRAFT TRANSCRIPT

1
2  specific instance.  I know that he had a pretty open
3  relationship, accountability relationship with my dad
4  at that point, with both of my parents, too.  But I
5  don't -- I don't remember if he willingly confessed or
6  not.
7  Q.     Your dad had been in the legislature.  Was that
8  his first term, Ms. Tull?  I'm trying to remember the
9  years that he served.
10 A.     I think it was -- I think it was first term in
11 the Senate.
12 Q.     Yeah.
13 A.     He had already served a term in the House of
14 Representatives, if I remember correctly.
15 Q.     Did -- did he term out of the Senate or did he
16 run for something else?
17 A.     Both.
18 Q.     Okay.
19 A.     He had a four-year term with the Senate and he
20 ran in between terms.  So...
21 Q.     And he did not succeed in that election, that
22 midterm election; is that correct?
23 A.     That's correct.
24 Q.     And then he served out his term as senator, and
25 I don't remember if he went back to being a senator

1                        DRAFT TRANSCRIPT

2  again after that or not?

3  A.     No, he did not.

4  Q.     This would be, then -- help me with the year,

5  Ms. Tull.  This would have been more like 2005 or '6

6  when you were in Little Rock with your family and Josh

7  came down to live there as well?

8  A.     I'm trying to remember the years that he served.

9  I think -- I think they were -- I can't remember if

10 it's odd years or even years that they run and then

11 serve.  So one of those.  One of those.  It was

12 probably 2005 or 2006.

13 Q.     Let us mark it with the -- you had mentioned the

14 incident -- or the occurrence of The Oprah Show and

15 what happened and how the -- how it ended up being

16 told after that.  Do you remember about what year that

17 was?  I may know.  I don't want to catch you --

18 just --

19 A.     I don't remember the year 'cause I did not

20 refresh my memory to that degree before this

21 deposition.

22 Q.     Okay.

23 A.     But I do know that it was at least two years

24 after I found out initially.

25 Q.     Okay.  Do you think that could have been around

```
 1                          DRAFT TRANSCRIPT
 2   December of 2006 when the Duggars went up to Chicago
 3   to be on The Oprah Show?
 4   A.      That sounds about right.  I was thinking it was
 5   around three years after is what I was thinking.  But
 6   that's why I said at least two.  I can't remember for
 7   sure.
 8   Q.      Ms. Tull, I meant to ask you.  Do you believe
 9   that the March -- the occurrence in March 30th or 29th
10   or so of 2003, was that involving Joy on the chair?
11   A.      (Witness nodding head.)
12   Q.      Okay.
13   A.      Yes, it was.
14   Q.      All right.  So going back To the Oprah Show,
15   tell me what you remember about that.  What did you
16   learn about what happened with The Oprah Show?
17   A.      What do you mean my what did I learn?
18   Q.      Sure.  That's a sloppy question.  What do you
19   know?  I should just say what do you know about what
20   happened at The Oprah Show?
21   A.      I don't know much about -- like, about them
22   traveling or about, like, what happened while they
23   were there.  I don't -- I was not there and I did not
24   talk to them about what happened while they were
25   there.
```



**www.ArkansasRealtimeReporting.com**

DRAFT TRANSCRIPT

1

2   Q.     There has been testimony that they went up

3   there, filmed, but the show was not shown.  Their

4   episode was not aired.  The episode wasn't aired.

5           And that somebody from Harpo Production

6   or The Oprah Show called the Arkansas child abuse

7   hotline.  Is that your recollection?  Have you ever

8   heard that?

9   A.     I have.  I did know that.

10  Q.     Okay.  And you had mentioned earlier that there

11  was a time when it became more well known, and I

12  thought you mentioned that around the same time as The

13  Oprah Show?

14  A.     That's correct.

15  Q.     Is that what you mean?  Okay.  So tell me what

16  you mean by that, that it became more well known.  And

17  when I say "it," I mean the occurrence of the

18  molestation by Josh.

19          MR. BLEDSOE:   Object to the form.

20  A.     I -- I wrote a letter to an author kind of

21  getting my emotions out.  It was more like a journal

22  page, but just so happened to be to the author of a

23  book I was reading at that time.  And I -- I guess I

24  put it back in the book.  I don't remember doing this.

25  But I put it back in the book and put it back -- put

```
 1                    DRAFT TRANSCRIPT
 2   the book on my shelf from the first initial 2003
 3   event.
 4              And so it had been in there for many
 5   years.  And then I lent the books out to a friend in
 6   2006, not remembering that that letter was in there.
 7   And when that letter was discovered, the girl that I
 8   had lent it to told her parents, and her parents told
 9   other parents.  And then there was a whole group of
10   people that knew about it at the time.  And they kind
11   of just left the family church gathering.
12              And then some people kind of pursued them,
13   like, "Hey, we miss you.  What's going on?  Why
14   haven't you been coming?"  And then people kind of
15   kept talking about it, about what had happened.  And
16   it was all around that same time.
17              And I can't remember if Oprah was alerted
18   by DHS or if a private person alerted her.  I can't
19   remember for sure how that happened.  But I do know
20   that they were turned in on information that was going
21   around in the church at that time.  And it became --
22   I'm pretty sure everyone that was going at that time
23   knew.  So...
24   Q.    May I ask if you recall the name of the friend
25   you loaned the series to?
```



```
 1                    DRAFT TRANSCRIPT
 2  A.     Her name was Gabbi Reno.
 3  Q.     I'm so sorry, Ms. Tull.  I didn't hear the last
 4  name.
 5  A.     Reno.
 6  Q.     Okay.  And did she live in Cave Springs or
 7  Elm Springs; do you recall?
 8  A.     I know it was not in the same area as us, but I
 9  don't remember.
10  Q.     Okay.  Is -- I'm interested that you wrote to an
11  author.  What was -- what the series?  Who was the
12  author?
13  A.     The author was Janette Oke, and the series
14  was -- gosh.  I know the title of the books, but I
15  don't know the title of the series.
16  Q.     What was the title that I could find the series?
17  A.     I believe they were A Searching Heart, A Quiet
18  Strength.  There's a third one.  The last one is Like
19  Gold Refined.  And I don't remember the third one -- a
20  fourth book, but I don't remember what that was
21  called.  I still have them.  I could look them up if
22  you want that.
23  Q.     Oh, no.  No.  I was curious.  And so when you
24  wrote the letter, it wasn't so much -- I don't know if
25  you intended to send it to the author or not, but you
```

1                           DRAFT TRANSCRIPT

2    didn't send it to the author.

3    A.    I didn't intend to.  It was -- because I write.

4    I write a lot.  You know, I journal and so I write my

5    feelings.  And that was basically a journal page but

6    to the author of the book that I had read.  So I had

7    not intended on sending it.

8    Q.    Do you recall what you wrote that would cause

9    people to, you know, talk about it and talk to each

10   other about it, and then eventually somebody would

11   report to The Oprah Show or to DHS?

12   A.    Yeah.  I wrote his name.  I did.  I wrote that

13   Josh had molested his sisters.

14   Q.    And did you ask anyone to get the letter back?

15   Did anyone ever offer to give the letter back to you?

16   A.    I did.  I asked for it back.

17   Q.    To the -- to Ms. Renos?

18   A.    Yes.  And her parents.  But they said that they

19   burned it.

20   Q.    Oh.

21   A.    I'm not sure if that's true, but that's what I

22   was told.

23   Q.    Were the Renos at that time attending the

24   gatherings as well?

25   A.    They were.  They had not been long though.  They

```
                        DRAFT TRANSCRIPT
 1
 2  were a newer -- a newer family.
 3  Q.    Okay.  Did this information, once it went
 4  through the families, the families knew at the
 5  gatherings, did it change the nature of those
 6  gatherings of the service?
 7  A.    It did.
 8              MR. BLEDSOE:  Object to the form.
 9  Q.    Can you describe that, how it changed?
10  A.    There was basically three groups of people.
11  People -- well, because the Duggars were turned in at
12  that time when information came out, there was
13  basically three groups of people: People that felt
14  like they should not have been turned in, people that
15  felt like they should have been, and then the group of
16  people who wanted to stay out of it entirely.  And so
17  it kind of split from there.
18  Q.    And did that cause the -- the -- a splintering
19  of the group itself or did they continue to meet
20  together?
21  A.    No.  They -- it was several families I don't
22  think I've even seen again ever.  So it was definitely
23  permanent.  Some people have kind of come back around,
24  and especially the people that stayed out of it kind
25  of came back around and fellowshiped with either side.
```

1                    DRAFT TRANSCRIPT
2  But it took time.  It definitely wasn't an immediate
3  thing.  We were pretty separate for a while.
4  Q.     Eventually, they were turned in.  The hotline
5  was eventually called.  Do you know who did that, who
6  called the hotline eventually?
7  A.     Yes.
8  Q.     Who was that?
9  A.     Her name is Dasha Nichols.
10 Q.     And was she in the gathering as well?  Was
11 she --
12 A.     She was.
13 Q.     Okay.  And Ms. Tull, were there people who
14 blamed you for that?
15 A.     Yes.
16 Q.     And how did they express that?  I'm sorry.  You
17 know what, we have been going an hour, and this is a
18 good time for a break.  So why don't we -- you want to
19 take about 10 minutes?
20 A.     That would be nice.  Thank you.
21 Q.     Yes.  All right.  We'll come back in 10 minutes.
22 And you can cut your camera and your sound.
23 A.     Okay.
24                    THE VIDEOGRAPHER:  The time is 4:05.  We
25              are now off the record.

ARKANSAS
REALTIME REPORTING                    www.ArkansasRealtimeReporting.com

DRAFT TRANSCRIPT

1

2 parents?

3 A.      Yes.  Yes.

4 Q.      Did -- was there ever an occasion where the

5 young people who would attend the services, the

6 gatherings, were instructed by any of the parents not

7 to talk about the incident of the molestation of the

8 Duggars?

9                  MR. BLEDSOE:  Object to the form.

10 A.      I know the Butcher children were told not to

11 talk about it and the Duggar children were told not to

12 talk about it and the Baker children were told not to

13 talk about it.  But I don't know anyone else, whether

14 they were or not.

15 Q.      Okay.  Did -- was there ever the occasion in

16 those gatherings, or other times that the families

17 were together, where y'all would discuss it amongst

18 yourselves?  Other -- I don't mean just parents to

19 child, but the children around the parents and it was

20 discussed amongst different families?

21                  MR. BLEDSOE:  Object to the form.

22 A.      As far as I know, I talked to -- I talked about

23 it with Jim Bob and Michelle, and I believe some of

24 the Butcher girls talked to Jim Bob and Michelle.

25 There may have been an occasion or two that I -- I

1                    DRAFT TRANSCRIPT
2   believe that I remember talking to some of the moms,
3   particularly the Butcher mom, Janice, and Candy
4   Millsap because the mothers -- I talked to the adults
5   more than I talked to the children just because I was
6   more encouraged from a place of, like, the adults were
7   the people to talk to about it, not the children.
8   Then my aunt and uncle, the McPhersons.
9           As far as I know, I believe that I was the
10  child who was talked to more.  Mostly because
11  everybody knew of my relationship with Josh, and so a
12  lot of people were, you know, talking to me about the
13  situation.
14  Q.     You mean the situation of the betrothal or the
15  incident of abuse in the Duggar family?
16          MR. BLEDSOE:  Object to the form.
17  A.     Well, they were linked.
18  Q.     Yes, ma'am.  So both?
19  A.     Yes.
20  Q.     Ms. Tull, you recall we talked about how your
21  parents used what they learned of the incident in the
22  Duggar family to -- as an occasion to discuss it with
23  you and your brothers and sisters about being safe and
24  about preventing things like this.  Was -- did anyone
25  ever take that occasion with the younger people in the

1                          DRAFT TRANSCRIPT
2     Q.      And do you respond to those or do you decline to
3     speak to those?
4     A.      Some of them I've not responded to at all, as in
5     like I delete the message or ignore the message.  And
6     some of them, like, specifically phone calls that I
7     have gotten and been unaware of who they were, I've
8     just told them I was uninterested.  It's definitely
9     not something I want to be known for in my life, so...
10    Q.      Ms. Tull, it's, like, about 4:45.  If I may ask
11    just for a -- five minutes to go off the record.  And
12    the reason is, I may be able to just wrap up and end
13    questioning.  But I'd like to take a look at notes
14    real quickly.  Is that okay?
15    A.      Uh-huh.
16    Q.      Let's go off and come back at, like, 4:51.
17                    THE VIDEOGRAPHER:   The time is for 4:47.
18           We're off the record.
19           (Recess from 4:47 p.m. to 4:52 p.m.)
20                    THE VIDEOGRAPHER:   The time is 4:52.   We
21           are now on the record.
22    Q.      Okay.  Ms. Tull, I have a little gap in my
23    notes.  You mentioned that Gabbi found the note and
24    then somehow your letter got to Dasha Nichols, who you
25    think got it to either The Oprah Show or reported it

1                        DRAFT TRANSCRIPT

2    to authorities.  And I'm just not clear on that.  Can

3    you talk about that for me?

4                    MR. BLEDSOE:  Object to the form.

5    A.      I don't think Dasha actually gave it to anyone.

6    As far as I know, the Renos just showed it to her, and

7    they kept it.  And they say, when I asked for it back,

8    they said that they had burned it.  But I know that

9    Dasha read it.

10                   THE WITNESS:  Thank you.

11   Q.      That's a good husband.

12   A.      Yeah.  He stayed home from work today for me.

13   That's one of the reasons why we had moved it, so that

14   he could come and help take care of them.

15   Q.      So you know that Dasha read it.  And then how do

16   you know that she reported to Oprah or to DHS or both?

17   A.      She called my parents and told them that she was

18   going to do that.

19   Q.      All right.  Well, that's all the questions I

20   have.  I want to thank you again for your time.  The

21   other attorneys may have questions for you.  But at

22   this time, I don't have any others.  And thank you

23   very much.

24   A.      You're welcome.

25                   EXAMINATION

**ARKANSAS** REALTIME REPORTING

**www.ArkansasRealtimeReporting.com**

1                    DRAFT TRANSCRIPT

2  BY MR. OWENS:

3  Q.    Ms. Tull, good afternoon.  My name is

4  Jason Owens.  I've got just a few questions for you.

5  I'll try to be quick.  Okay?  Can you hear me okay?

6  A.    I can.

7  Q.    Okay.  I'm on my laptop and I don't have great

8  audio, but I'll try to speak up.  Okay?  You had

9  mentioned in your testimony with Mr. Kieklak that at

10  first, several folks knew about this after -- after it

11  came to light in the Duggar house.  And then later on,

12  whether as a function of the letter that was left in

13  the book or the report to DHS or otherwise that

14  basically everybody in the church knew.  Do you

15  remember that?

16  A.    Yes.

17                MR. BLEDSOE:  Object to the form.

18  Q.    Okay.  How many folks were attending the church

19  at that time?

20  A.    I'm not -- I'm not certain.  I don't remember

21  counting or keeping track.  But I do remember someone

22  mentioning to me at one point, that it was over 100.

23  That would be including children though.

24  Q.    Sure.

25  A.    Not all adults.



www.ArkansasRealtimeReporting.com

                          DRAFT TRANSCRIPT

1

2   Q.     And -- and your recollection was that most of

3   the folks who knew were adults, right?

4   A.     Yes.

5   Q.     Certainly at that point, you knew that dozens of

6   adults in the church knew about the molestations,

7   right?

8   A.     Yes.

9              MR. BLEDSOE:   Object to the form.

10  Q.     Okay.  And you also knew at that time that some

11  of the families who found out immediately or shortly

12  thereafter left the church, right?

13  A.     That's correct.

14  Q.     Okay.  You mentioned that you learned about the

15  molestations, at least in the first instance, from

16  your parents; is that right?

17  A.     That's right.

18             MR. BLEDSOE:   Object to the form.

19  Q.     And I think you testified that it wasn't just

20  the three of you in the conversation; that some of

21  your brothers and sisters were there as well?

22  A.     For some of it, yeah.

23  Q.     Okay.  Would that have been all of your brothers

24  and sisters or just a few of them, maybe the older

25  ones, or how did that work?



**www.ArkansasRealtimeReporting.com**