## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**JILL DILLARD, JESSA SEEWALD,**                   **PLAINTIFFS**
**JINGER VUOLO, and JOY DUGGAR**

vs.                  **CASE NO. 5:17-5089-TLB**

**CITY OF SPRINGDALE, ARKANSAS;**          **DEFENDANTS**
**WASHINGTON COUNTY, ARKANSAS;**
**KATHY O'KELLEY, in her individual and**
**official capacities;**
**ERNEST CATE, in his individual and official capacities;**
**RICK HOYT, in his individual and official capacities;**
**STEVE ZEGA, in his official capacity;**
**And DOES 1-10, inclusive**

### DECLARATION OF RON HRITZ

      I, Ron Hritz, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

      1.     I am over the age of 18 years of age and have personal knowledge of the information

stated in this Declaration.

      2.     I was employed as a police officer for over 27 years with the Springdale Police

Department ("SPD").  I retired from the SPD in April of 2021.  At the time of my retirement, I

held the position of Captain.  I am currently employed by the City of Springdale as a planning

technician/inspector.

      3.     In May of 2015, I was a Captain over the Administrative Division, which included

responsibilities for responding to Arkansas Freedom of Information Act ("FOIA") requests.

      4.     On or about May 15, 2015, Abtin Mehdizadegan, an attorney with Cross, Gunter,

Witherspoon & Galchus, P.C., sent a request to the SPD for certain records pursuant to the FOIA.

The FOIA request was faxed to a shared fax machine with the City of Springdale, and erroneously

routed to the incorrect SPD employee who was out of the office.  As a result, the SPD was not



aware of the FOIA request until May 19, 2015, following a phone call by Abtin Mehdizadegan that the request was due per Arkansas law.

5.      On May 19, 2015, I advised then Chief Kathy O'Kelley that the SPD had received a FOIA for the SPD Offense Report and that the response may be past due.

6.      On May 19, 2015, I provided a copy of the SPD Offense Report to Chief O'Kelley to read the document that night.

7.      Also on May 19, 2015, I forwarded to Chief O'Kelley an email from a producer with NBC Universal/Access Hollywood to Sergeant Darrell Hignite.  The email indicated that there was a tabloid article regarding sexual misconduct allegations against Josh Duggar.  Sgt. Hignite was mentioned in the article as being involved in the investigation, and the article included a number of details of the investigation from the SPD Offense Report.  A copy of the email is attached as Exhibit A.

8.      Also on May 19, 2015, In Touch Weekly published a story regarding the allegations contained in the SPD Offense Report.

9.      Chief O'Kelley instructed me and others with SPD not to release the report until she had an opportunity to discuss the FOIA request with the City Attorney, Ernest Cate.  Chief O'Kelley also asked me to begin making redactions to the SPD Offense Report in the event that we were required to release the report and to provide the redactions to Ernest Cate to review.

10.     Prior to release of the report, I was advised by Chief O'Kelley to notify the Duggar family of the FOIA request and that the SPD may be required to release a redacted version of the SPD Offense Report.

11.      I spoke with Jim Bob Duggar on the morning of May 20, 2015 and advised him that SPD had received the FOIA request and that it may be required to release a redacted version of the SPD Offense Report.

12.      Prior to release of the SPD Offense Report, Chief O'Kelley referred the matter to the City Attorney for an opinion as to whether the requested records were subject to public disclosure under the FOIA.   As part of due diligence and in order to thoroughly analyze the request, Chief O'Kelley and Ernest Cate also contacted the Arkansas Municipal League, the Arkansas State Police, the Washington County Juvenile Prosecuting Attorney within the Washington County Prosecuting Attorney's Office and made unsuccessful attempts to contact appropriate officials within the Arkansas Department of Human Services.

13.      Chief O'Kelley, Ernest Cate and I made multiple additional redactions prior to the release of the SPD Offense Report.   We redacted all information that identified the victims.

14.      On May 20, 2015, at approximately 9:00 p.m., Chief O'Kelley released a redacted version of the SPD Offense Report in response to Mehdizadegan's FOIA request.  A true and correct copy of the SPD Offense Report is attached as Exhibit B.

15.      Following release of the report, the City of Springdale was provided with orders from Judge Zimmerman in Washington County Circuit Court Case No. J 2007-38 ordering the destruction of the Police Report. The City of Springdale was not a party to this case and, prior to receipt of Judge Zimmerman's orders, the SPD was not aware of the existence of this case.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated:  October 4, 2021

RON HRITZ

## Kathy O'Kelley

| | |
|---|---|
| **From:** | Ron Hritz <rhritz@springdalear.gov> |
| **Sent:** | Tuesday, May 19, 2015 7:51 PM |
| **To:** | Mike Peters; Kathy O'Kelley |
| **Subject:** | Fwd: Access Hollywood |

Sounds like we have a leak

Sent from my iPhone

Begin forwarded message:

> **From:** Scott Lewis <slewis@springdalear.gov>
> **Date:** May 19, 2015 at 7:23:03 PM CDT
> **To:** Hritz Ron <rhritz@springdalear.gov>
> **Subject: Fwd: Access Hollywood**

> Sent from my iPhone

> Begin forwarded message:

>> **From:** Darrell Hignite <dhignite@springdalear.gov>
>> **Date:** May 19, 2015 at 7:01:36 PM CDT
>> **To:** "Lt. Scott Lewis #117" <slewis@springdalear.gov>, "Capt. Derrick Hudson #116"
>> <dhudson@springdalear.gov>
>> **Subject: Fwd: Access Hollywood**

>> Good morning Captain Hudson,

>> I woke up from my nap and found this in my inbox. Looks like they Access Hollywood is
>> running this story on Josh Dugger. I did not reply to this email. Looks like they are
>> publishing my name in the article anyways.

>> Hignite 128

>> Begin forwarded message:

>>> **From:** "Wong, Genevieve (NBCUniversal)"
>>> <Genevieve.Wong@nbcuni.com>
>>> **Date:** May 19, 2015 at 16:45:09 CDT
>>> **To:** "'dhignite@springdalear.gov'" <dhignite@springdalear.gov>
>>> **Subject: Access Hollywood**

>>> Dear Sgt. Hignite,

>>> Nice to meet you. I am fact checking a story for the NBC entertainment
>>> news television show "Access Hollywood" and I need your help.

1

EXHIBIT

tabbies®

A

An article about reality star Josh Duggar will come out in the magazine
In Touch tomorrow. It is a piece that alleges that Josh was named in an
underage sex probe shortly before 2005. In the article, In Touch names
you as having been involved in Josh's case.

Can you confirm or deny this?  Feel free to give me a statement as well.

Is there any way that we can get a police report or some sort of
documentation that's tied to the case? (Names blacked out is okay.)

Would you be interested in doing an on-camera interview? I have
pasted the article below my signature for your convenience.

Thank you.


**Genevieve Wong**   News Producer   NBCUniversal
3000 W. Alameda Avenue  360-M, Burbank, CA 91523
818 526 7038 w  646 221 6261 c  @genhwong
Follow Access Hollywood @accesshollywood @ahlive

——Original Message——
From: Blaine Todfield
Sent: Tuesday, May 19, 2015 12:16 PM
To: Blaine Todfield
Subject: IN TOUCH EXCLUSIVE: 19 KIDS AND COUNTING SON NAMED IN
UNDERAGE SEX PROBE

[cid:3F27F773-EBF1-4BE3-A973-1A15A7208E9F]
**EXCLUSIVE**

19 KIDS AND COUNTING SON NAMED IN UNDERAGE SEX PROBE

Josh Duggar of the TLC hit reality show 19 Kids and Counting was named
in a police report as the "alleged offender" in an underage sexual abuse
probe, In Touch magazine is reporting exclusively.

The charge being pursued while Josh was a minor was sexual assault in
the fourth degree. Multiple sources who have seen the police report
and are familiar with the case told In Touch. According to the report,
Josh was brought into the Arkansas State Police by his father, Jim Bob,
who said he caught him leaving a young girl's bedroom and "learned
something inappropriate happened," one source said.

A bizarre turn of events prevented police and prosecutors from finishing
their investigation and possibly prosecuting. The state trooper who
originally took the report about Josh shortly before 2005 never followed
up. That state trooper was later convicted on child pornography charges
and is serving a 56-year prison sentence.

When the state trooper ran into trouble, someone from the Arkansas
State Police alerted the Child Abuse Hotline about the Duggar situation
that had been sitting inactive. That's when the Crimes Against Children

2

Division and Springdale Police Department got involved. By then the three-year statute of limitations had passed and it would not have been possible to pursue prosecution of Josh if the allegations warranted, so the investigation was discontinued. "A technicality prevented any further action," a source familiar with the case told In Touch. "That's been the biggest regret in all of this." (The statute of limitations has since been lengthened.)

Sgt. Darrel Hignite — identified by multiple sources as the officer who led the investigation into the allegations about Josh — told In Touch: "I can't comment or discuss [this case] because of the sensitive nature and because it involved a juvenile."

Rumors about Josh have swirled for years but In Touch's investigation has uncovered the secret he has been hiding. "I saw and read the report and it clearly stated that Jim Bob brought his son Josh into the Arkansas State Police and spoke to a state trooper about Josh's involvement in alleged inappropriate touching with a minor," one source told In Touch.

The first report was filed shortly before 2005. Josh and his wife, Anna, have three children and live in Washington, D.C., where he is a lobbyist for the Family Research Council.

FOR ALL THE LATEST INSIDE JOSH DUGGAR'S SHOCKING PAST, PICK UP THE NEW ISSUE OF IN TOUCH WEEKLY, ON NEWSSTANDS TOMORROW!

*MUST CREDIT IN TOUCH WEEKLY**

MUST LINK TO: http://www.intouchweekly.com/posts/19-kids-and-counting-son-named-in-underage-sex-probe-58751

FOLLOW IN TOUCH ON TWITTER & FACEBOOK!

Twitter: @intouchweekly

```
----------------------------------------------------------------------
Date:  5/19/15              SPRINGDALE POLICE DEPARTMENT          Page:      1
Time: 14:49:26                   Offense Report               Program: CMS301L
----------------------------------------------------------------------
RD# . . . . . : 1-06-006986
Crime/Incident : SEX OFFENSE-FORCIBLE FONDLING
County . . . . : WASHINGTON           MIS/FEL  . . . : FELONY
Report Date  . : 12/07/06 11:25       Day Of Week  . : THURSDAY
Occur From Date: 12-07-06 11:25       Occur To Date  : 12-07-06 11:25
Common Name  . : JIM BOB DUGGAR RESIDENCE, 2101 JOHNSON RD
City . . . . . : SPRINGDALE, AR 72764
Area AOR/Beat  : C.I.D. Only          Location Type  : RESIDENCE
Alcohol Related:                      Drug Related?  :
DOCUMENTS ATTAC: 1 Attachment         Report Officer : DENNEY, BARBRA
CASE STATUS  . : ASSIGNED/REVIEWED    CID STATUS . . : REF WARRANT
CID Reviewed . : ANDREADIS, LEE  12/23/06
Offenses?  . . :                      Names? . . . . :
Narrative? . . :                      Photos? . . . :
Property?  . . :                      Vehicles? . . :
Relationships? :                      Case Management:
Related Cases? :                      Addtnl Times?  :
CAD Info?  . . :

********************** A D D I T I O N A L    T I M E S **********************
Case Number  . : 1-06-006986          Date Dispatched: 12/07/06 11:25
Date Responded : 0/00/00              Date Arrived . : 12/07/06 11:25
Date Cleared . : 12/07/06 11:26

*********** C A S E   M A N A G E M E N T   I N F O R M A T I O N *************
Case Number  . : 1-06-006986          Common Name  . :
Location . . . :                      Occur Date/Time:
Rpt Date/Off . :
Dept Class . . : SEX OFFENSE-FORCIBLE FONDLING
Case Status  . : REF WARRANT          Case Status Dt : 12/23/06
Forwarded To . : WASHINGTON COUNTY JUV COURT
Investigator . : HIGNITE, D.          Actions? . . . :
Ticklers?  . . :
                                                       :
                    ***ASSIGNMENT HISTORY***
Case Number  . : 1-06-006986          Dept Unit  . . : ASSIGNED PRIORITY 1
Dept Priority  :                      Investigator . : HIGNITE, DARRELL
Inv Priority . :                      Supervisor . . : DENNEY, BARBRA
Assignment Date: 12/07/06             Addtl Officer  :
Addtl Officer  :                      Addtl Officer  :
Notify Investig:

******************** O F F E N S E    R E P O R T  #  1 ******************
Case Number  . : 1-06-006986
State Class  . : SEXUAL ASSAULT 2ND-Sex Contact-Forc
Federal Class  : SEX OFFENSES         Attmpt/Committ : COMPLETED
Attack Reason  : NONE (NO BIAS)       Weapon Type  . : OFN-NONE
Weapon Type  . :                      Weapon Type  . :
How Entry Made :                      Forced Entry . :
Structure Occup:                      Evid Collected :
Crim Activity  :                      Crim Activity  :
Crim Activity  :                      Location Type  :
UCR Disposition: CLOSED               Dispo Date . . : 12/23/06
Exception Clear: NOT APPLICABLE       Arrest Case No.:
                                                       :
```

EXHIBIT

B

tabbies

```
Date:   5/19/15            SPRINGDALE POLICE DEPARTMENT          Page:       2
Time:  14:49:26                 Offense Report                  Program: CMS301L
```

                                        1-06-006986  (Continued)

People Arrested: 0                 Domestic Viol. :
Homicide/Asslt?:                   MO / Crime Spec:
Solvability? . :                   Statute Desc . :

************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 1 **
Case Number  . : 1-06-006986       Prompt valid in:
Adult / Juvenil:
Street Number  :
City . . . . . : SPRINGDALE, AR 72762
HOME . . . . . :                   More phone?  . :
E-mail Address :                   More E-Contacts:
Birth Date . . :                   Maximum Age  . :
Birth City . . :                   Social Security: 0
Oper Lic No. . :            AR     Race . . . . . : WHITE
Sex  . . . . . :                   Ethnic Origin  : NOT OF HISPANIC ORIGIN
Minimum Height :                   Maximum Height : 0
Minimum Weight :                   Maximum Weight : 0
Occupation . . : N/A               Misc. ID#  . . :
Other ID . . . :                   Aliases? . . . :
Employer?  . . :                   MO/Crime Spec? :
Be On Look Out?:                   Photos?  . . . :
Hair Color . . :                   Hair Length  . :
Hair Style . . :                   Eye Color  . . :
Glasses  . . . :                   Complexion . . :
Facial Hair  . :                   Teeth  . . . . :
Build  . . . . :                   Speech . . . . :
Citizenship  . :                   Weapon Held  . :
Right/Left Hand:                   Caution  . . . :
Marital Status :                   Status . . . . :
More clothing? :                   NCIC Number  . :
NCIC Entry Date: 0/00/00           NCIC Cancel Dt : 0/00/00
FBI Number . . :                   State Number . :
ID Number  . . :                   Photo Number . :
Arrest Case No.:                   Alt Address? . :
Body Marks?  . :

************** W I T N E S S   I N F O R M A T I O N - # 1 ***************
Case Number  . : 1-06-006986       Prompt valid in:
Adult / Juvenil:
Street Number  :
City . . . . . : SPRINGDALE, AR
HOME . . . . . :                   More phone?  . :
E-mail Address :                   More E-Contacts:
Birth Date . . : 0/00/0000         Social Security: 0
Oper Lic No. . :                   Race . . . . . : WHITE
Sex  . . . . . :                   Ethnic Origin  : NOT OF HISPANIC ORIGIN
Occupation . . : UNKNOWN           Aliases? . . . :
Employer?  . . :                   Hair Color . . :
Hair Length  . :                   Hair Style . . :
Eye Color  . . :                   Alt Address? . :
Body Marks?  . :

************** W I T N E S S   I N F O R M A T I O N - # 2 ***************

```
Date:  5/19/15            SPRINGDALE POLICE DEPARTMENT           Page:      3
Time: 14:49:26                 Offense Report              Program: CMS301L
```

```
                                       1-06-006986  (Continued)
Case Number  . : 1-06-006986      Prompt valid in: ▓▓▓▓▓▓▓▓
Adult / Juvenil:
Street Number  : ▓▓▓▓▓▓▓▓▓▓
City . . . . . : ROGERS, AR
HOME . . . . . :                  WORK . . . . . : ▓▓▓▓▓▓▓▓
More phone?  . :                  E-mail Address :
More E-Contacts:                  Birth Date . . :
Social Security: 0                Oper Lic No. . : ▓▓▓▓▓      AR
Race . . . . . : WHITE            Sex  . . . . . :
Ethnic Origin  : NOT OF HISPANIC ORIGIN Occupation . . : UNKNOWN
Aliases? . . . :                  Employer?  . . :
Hair Color . . :                  Hair Length  . :
Hair Style . . :                  Eye Color  . . :
Alt Address? . :                  Body Marks?  . :

************** V I C T I M     I N F O R M A T I O N - # 1 ********************
Case Number  . : 1-06-006986      Prompt valid in: ▓▓▓▓▓▓▓▓
Adult / Juvenil:
Street Number  :
City . . . . . : SPRINGDALE, AR 72762
HOME . . . . . : ▓▓▓▓▓           More phone?  . :
E-mail Address : ▓▓▓             More E-Contacts:
Birth Date . . : ▓▓▓▓▓           Birth City . . :
Social Security: ▓▓▓▓▓           Oper Lic No. . :
Race . . . . . : WHITE            Sex  . . . . . : ▓▓▓▓▓
Ethnic Origin  : NOT OF HISPANIC ORIGIN Height . . . . : 0
Weight . . . . : 0                Occupation . . : N/A
Misc. ID#  . . :                  Other ID . . . :
Aliases? . . . :                  Employer?  . . :
Photos?  . . . :                  Hair Color . . :
Hair Length  . :                  Hair Style . . :
Eye Color  . . :                  Glasses  . . . :
Complexion . . :                  Facial Hair  . :
Teeth  . . . . :                  Build  . . . . :
Speech . . . . :                  Citizenship  . :
Caution  . . . :                  Marital Status :
More clothing? :                  Victim Type  . : INDIVIDUAL
File Charges . :                  Can Identify . :
Victim Sobriety:                  Injury Extent  :
Injury Type 1  :                  Injury Type 2  :
Med Treatment  :                  Hospital ID  . :
Phys Last Name :                  Phys First Name:
Alt Address? . :                  Body Marks?  . :

************** V I C T I M     I N F O R M A T I O N - # 2 ********************
Case Number  . : 1-06-006986      Prompt valid in: ▓▓▓▓▓▓▓▓
Adult / Juvenil:
Street Number  :
City . . . . . : SPRINGDALE, AR 72762
HOME . . . . . : ▓▓▓▓▓           More phone?  . :
E-mail Address : ▓▓▓▓▓           More E-Contacts:
Birth Date . . : ▓▓▓▓▓           Birth City . . :
```

```
------------------------------------------------------------------------
Date:   5/19/15          SPRINGDALE POLICE DEPARTMENT          Page:    4
Time:  14:49:26                 Offense Report            Program: CMS301L
------------------------------------------------------------------------
```

```
                                          1-06-006986   (Continued)
Social Security: ▓▓▓▓▓▓         Oper Lic No. . :
Race . . . . . : WHITE          Sex  . . . . . : ▓▓▓▓
Ethnic Origin  : NOT OF HISPANIC ORIGIN  Height . . . . : 0
Weight . . . . : 0              Occupation . . : N/A
Misc. ID#  . . :                Other ID . . . :
Aliases? . . . :                Employer? . . . :
Photos?  . . . :                Hair Color . . :
Hair Length  . :                Hair Style . . :
Eye Color  . . :                Glasses  . . . :
Complexion . . :                Facial Hair  . :
Teeth  . . . . :                Build  . . . . :
Speech . . . . :                Citizenship  . :
Caution  . . . :                Marital Status :
More clothing? :                Victim Type  . : INDIVIDUAL
File Charges . :                Can Identify . :
Victim Sobriety:                Injury Extent  :
Injury Type 1  :                Injury Type 2  :
Med Treatment  :                Hospital ID  . :
Phys Last Name :                Phys First Name:
Alt Address? . :                Body Marks?  . :

************** V I C T I M     I N F O R M A T I O N - # 3 ******************
Case Number  . : 1-06-006986    Prompt valid in: ▓▓▓▓▓▓▓
Adult / Juvenil: ▓▓▓▓▓
Street Number  : ▓▓▓▓▓▓▓▓▓▓
City . . . . . : SPRINGDALE, AR 72762
HOME . . . . . : ▓▓▓▓▓▓         More phone?  . :
E-mail Address :                More E-Contacts:
Birth Date . . : ▓▓▓▓▓▓▓        Birth City . . :
Social Security: ▓▓▓▓▓          Oper Lic No. . :
Race . . . . . : WHITE          Sex  . . . . . : ▓▓▓▓▓
Ethnic Origin  : NOT OF HISPANIC ORIGIN  Height . . . . : 0
Weight . . . . : 0              Occupation . . : N/A
Misc. ID#  . . :                Other ID . . . :
Aliases? . . . :                Employer?  . . :
Photos?  . . . :                Hair Color . . :
Hair Length  . :                Hair Style . . :
Eye Color  . . :                Glasses  . . . :
Complexion . . :                Facial Hair  . :
Teeth  . . . . :                Build  . . . . :
Speech . . . . :                Citizenship  . :
Caution  . . . :                Marital Status :
More clothing? :                Victim Type  . : INDIVIDUAL
File Charges . :                Can Identify . :
Victim Sobriety:                Injury Extent  :
Injury Type 1  :                Injury Type 2  :
Med Treatment  :                Hospital ID  . :
Phys Last Name :                Phys First Name:
Alt Address? . :                Body Marks?  . :

************** V I C T I M     I N F O R M A T I O N - # 4 ******************
Case Number  . : 1-06-006986    Prompt valid in: ▓▓▓▓▓▓▓
```

```
---------------------------------------------------------------------------------------
Date:   5/19/15              SPRINGDALE POLICE DEPARTMENT              Page:        5
Time:  14:49:26                    Offense Report              Program: CMS301L
---------------------------------------------------------------------------------------
                                                1-06-006986   (Continued)
Adult / Juvenil:
Street Number  :
City . . . . . : SPRINGDALE, AR 72762
HOME . . . . . :                          More phone?   . :
E-mail Address :                          More E-Contacts:
Birth Date . . :                          Birth City . . :
Social Security:                          Oper Lic No. . :
Race . . . . . : WHITE                    Sex  . . . . . :
Ethnic Origin  : NOT OF HISPANIC ORIGIN   Height . . . . : 0
Weight . . . . : 0                        Occupation . . : N/A
Misc. ID#  . . :                          Other ID . . . :
Aliases? . . . :                          Employer? . . :
Photos?  . . . :                          Hair Color . . :
Hair Length  . :                          Hair Style . . :
Eye Color  . . :                          Glasses  . . . :
Complexion . . :                          Facial Hair  . :
Teeth  . . . . :                          Build  . . . . :
Speech . . . . :                          Citizenship  . :
Caution  . . . :                          Marital Status :
More clothing? :                          Victim Type  . : INDIVIDUAL
File Charges . :                          Can Identify . :
Victim Sobriety:                          Injury Extent  :
Injury Type 1  :                          Injury Type 2  :
Med Treatment  :                          Hospital ID  . :
Phys Last Name :                          Phys First Name:
Alt Address? . :                          Body Marks?  . :

************** V I C T I M     I N F O R M A T I O N  - # 5 ********************
Case Number  . : 1-06-006986              Prompt valid in:
Adult / Juvenil:
Street Number  :
City . . . . . : FAYETTEVILLE, AR 72704
HOME . . . . . :                          More phone?   . :
E-mail Address :                          More E-Contacts:
Birth Date . . :                          Birth City . . :
Social Security:                          Oper Lic No. . :
Race . . . . . : WHITE                    Sex  . . . . . :
Ethnic Origin  : NOT OF HISPANIC ORIGIN   Height . . . . : 0
Weight . . . . : 0                        Occupation . . : UNKNOWN
Misc. ID#  . . :                          Other ID . . . :
Aliases? . . . :                          Employer? . . :
Photos?  . . . :                          Hair Color . . :
Hair Length  . :                          Hair Style . . :
Eye Color  . . :                          Glasses  . . . :
Complexion . . :                          Facial Hair  . :
Teeth  . . . . :                          Build  . . . . :
Speech . . . . :                          Citizenship  . :
Caution  . . . : NONE KNOWN               Marital Status : SINGLE
More clothing? :                          Victim Type  . : INDIVIDUAL
File Charges . :                          Can Identify . :
Victim Sobriety:                          Injury Extent  : NONE
Injury Type 1  : NONE                     Injury Type 2  :
```

```
Date:  5/19/15            SPRINGDALE POLICE DEPARTMENT            Page:      6
Time: 14:49:26                  Offense Report              Program: CMS301L
-----------------------------------------------------------------------------
```

                                      1-06-006986  (Continued)

Med Treatment   :                    Hospital ID  . :
Phys Last Name :                     Phys First Name:
Alt Address? . :                     Body Marks?  . :

                        ***ALIAS NAMES***
Case Number  . : 1-06-006986         Prompt valid in:
Birth Date . . :                     Alias Number . :

********* O T H E R    P E R S O N     I N F O R M A T I O N  - # 1 *********
Case Number  . : 1-06-006986         Prompt valid in: DUGGAR, JAMES ROBERT
Adult / Juvenil: ADULT               Person Type  . : NEAREST RELATIVE
Street Number  : 600 ARBOR ACRES
City . . . . . : SPRINGDALE, AR 72762
County . . . . : WASHINGTON          HOME . . . . . :
WORK . . . . . :                     More phone?  . :
E-mail Address :                     More E-Contacts:
Birth Date . . : 7/18/1965 41        Birth City . . :
Social Security:                     Oper Lic No. . :
Race . . . . . : WHITE               Sex  . . . . . : MALE
Ethnic Origin  : NOT OF HISPANIC ORIGIN Height . . . . : 0
Weight . . . . : 0                   Occupation . . :
Misc. ID# . . :                      Other ID . . . :
Aliases? . . . :                     Employer? . . . :
MO/Crime Spec? :                     Be On Look Out?:
Photos? . . . :                      Hair Color . . :
Hair Length  . :                     Hair Style . . :
Eye Color  . . :                     Alt Address? . :
Body Marks?  . :

********* O T H E R    P E R S O N     I N F O R M A T I O N  - # 2 *********
Case Number  . : 1-06-006986         Prompt valid in: DUGGAR, MICHELLE
Adult / Juvenil: ADULT               Person Type  . : NEAREST RELATIVE
Street Number  : 600 ARBOR ACRES
City . . . . . : SPRINGDALE, AR 72762
County . . . . : WASHINGTON          HOME . . . . . :
More phone?  . :                     E-mail Address :
More E-Contacts:                     Birth Date . . : 9/13/1966 40
Birth City . . :                     Social Security:
Oper Lic No. . :                     Race . . . . . : WHITE
Sex  . . . . . : FEMALE              Ethnic Origin  : NOT OF HISPANIC ORIGIN
Height . . . . : 0                   Weight . . . . : 0
Occupation . . :                     Misc. ID# . . :
Other ID . . . :                     Aliases? . . . :
Employer? . . . :                    MO/Crime Spec? :
Be On Look Out?:                     Photos? . . . :
Hair Color . . :                     Hair Length  . :
Hair Style . . :                     Eye Color  . . :
Alt Address? . :                     Body Marks?  . :

********* O T H E R    P E R S O N     I N F O R M A T I O N  - # 3 *********
Case Number  . : 1-06-006986         Prompt valid in:
Adult / Juvenil:

```
------------------------------------------------------------------------
Date:  5/19/15            SPRINGDALE POLICE DEPARTMENT          Page:     7
Time:  14:49:26                Offense Report               Program: CMS301L
------------------------------------------------------------------------
```

                                           1-06-006986   (Continued)

```
Person Type  . : OTHER PERSON OR BUSINESS
Street Number :  ▓▓▓▓▓▓▓▓▓▓
City . . . . . : SPRINGDALE, AR 72762
County . . . . : WASHINGTON            HOME . . . . . :  ▓▓▓▓▓
More phone?  . :                       E-mail Address :
More E-Contacts:                       Birth Date . . :  ▓▓▓▓▓
Birth City . . :                       Social Security:  ▓▓▓▓▓
Oper Lic No. . :                       Race . . . . . : WHITE
Sex  . . . . . : ▓▓▓▓▓                  Ethnic Origin  : NOT OF HISPANIC ORIGIN
Height . . . . : 0                     Weight . . . . : 0
Occupation . . :                       Misc. ID#  . . :
Other ID . . . :                       Aliases? . . . :
Employer?  . . :                       MO/Crime Spec? :
Be On Look Out?:                       Photos?  . . . :
Hair Color . . :                       Hair Length  . :
Hair Style . . :                       Eye Color  . . :
Alt Address? . :                       Body Marks?  . :

********* O T H E R    P E R S O N     I N F O R M A T I O N  - # 4 *********
Case Number  . : 1-06-006986           Prompt valid in: ▓▓▓▓▓▓▓▓▓▓▓
Adult / Juvenil: ▓▓▓▓▓▓
Person Type  . : OTHER PERSON OR BUSINESS
Street Number :  ▓▓▓▓▓▓▓
City . . . . . : SPRINGDALE, AR 72762
County . . . . : WASHINGTON            HOME . . . . . : ▓▓▓▓▓
More phone?  . :                       E-mail Address :
More E-Contacts:                       Birth Date . . : ▓▓▓▓▓
Birth City . . :                       Social Security: ▓▓▓▓▓
Oper Lic No. . :                       Race . . . . . : WHITE
Sex  . . . . . : ▓▓▓▓                   Ethnic Origin  : NOT OF HISPANIC ORIGIN
Height . . . . : 0                     Weight . . . . : 0
Occupation . . :                       Misc. ID#  . . :
Other ID . . . :                       Aliases? . . . :
Employer?  . . :                       MO/Crime Spec? :
Be On Look Out?:                       Photos?  . . . :
Hair Color . . :                       Hair Length  . :
Hair Style . . :                       Eye Color  . . :
Alt Address? . :                       Body Marks?  . :

********* O T H E R    P E R S O N     I N F O R M A T I O N  - # 5 *********
Case Number  . : 1-06-006986           Prompt valid in: ▓▓▓▓▓▓▓
Adult / Juvenil: ▓▓▓▓▓
Person Type  . : OTHER PERSON OR BUSINESS
Street Number :  ▓▓▓▓▓▓
City . . . . . : SPRINGDALE, AR 72762
County . . . . : WASHINGTON            HOME . . . . . : ▓▓▓▓▓
More phone?  . :                       E-mail Address :
More E-Contacts:                       Birth Date . . : ▓▓▓▓▓
Birth City . . :                       Social Security: ▓▓▓▓▓
Oper Lic No. . :                       Race . . . . . : WHITE
Sex  . . . . . : ▓▓▓                    Ethnic Origin  : NOT OF HISPANIC ORIGIN
Height . . . . : 0                     Weight . . . . : 0
```

```
Date:  5/19/15                SPRINGDALE POLICE DEPARTMENT              Page:       8
Time: 14:49:26                      Offense Report                 Program: CMS301L
```

```
                                            1-06-006986  (Continued)
Occupation . . :                      Misc. ID#  . . :
Other ID . . . :                      Aliases? . . . :
Employer?  . . :                      MO/Crime Spec? :
Be On Look Out?:                      Photos?  . . . :
Hair Color . . :                      Hair Length  . :
Hair Style . . :                      Eye Color  . . :
Alt Address? . :                      Body Marks?  . :

********* O T H E R   P E R S O N      I N F O R M A T I O N  - # 6 *********
Case Number  . : 1-06-006986          Prompt valid in:
Adult / Juvenil:
Person Type  . : OTHER PERSON OR BUSINESS
Street Number  :
City . . . . . : SPRINGDALE, AR 72762
County . . . . : WASHINGTON           HOME . . . . . :
More phone?  . :                      E-mail Address :
More E-Contacts:                      Birth Date . . :
Birth City . . :                      Social Security:
Oper Lic No. . :                      Race . . . . . : WHITE
Sex  . . . . . :                      Ethnic Origin  : NOT OF HISPANIC ORIGIN
Height . . . . : 0                    Weight . . . . : 0
Occupation . . :                      Misc. ID#  . . :
Other ID . . . :                      Aliases? . . . :
Employer?  . . :                      MO/Crime Spec? :
Be On Look Out?:                      Photos?  . . . :
Hair Color . . :                      Hair Length  . :
Hair Style . . :                      Eye Color  . . :
Alt Address? . :                      Body Marks?  . :

********* O T H E R   P E R S O N      I N F O R M A T I O N  - # 7 *********
Case Number  . : 1-06-006986          Prompt valid in:
Adult / Juvenil:
Person Type  . : OTHER PERSON OR BUSINESS
Street Number  :
City . . . . . : SPRINGDALE, AR 72762
County . . . . : WASHINGTON           HOME . . . . . :
More phone?  . :                      E-mail Address :
More E-Contacts:                      Birth Date . . :
Birth City . . :                      Social Security:
Oper Lic No. . :                      Race . . . . . : WHITE
Sex  . . . . . :                      Ethnic Origin  : NOT OF HISPANIC ORIGIN
Height . . . . : 0                    Weight . . . . : 0
Occupation . . :                      Misc. ID#  . . :
Other ID . . . :                      Aliases? . . . :
Employer?  . . :                      MO/Crime Spec? :
Be On Look Out?:                      Photos?  . . . :
Hair Color . . :                      Hair Length  . :
Hair Style . . :                      Eye Color  . . :
Alt Address? . :                      Body Marks?  . :

********* O T H E R   P E R S O N      I N F O R M A T I O N  - # 8 *********
Case Number  . : 1-06-006986          Prompt valid in:
```

```
----------------------------------------------------------------------
Date:   5/19/15            SPRINGDALE POLICE DEPARTMENT        Page:     9
Time:  14:49:26                   Offense Report             Program: CMS301L
----------------------------------------------------------------------
                                          1-06-006986  (Continued)
Adult / Juvenil:
Person Type  . :  OTHER PERSON OR BUSINESS
Street Number  :
City . . . . . :  SPRINGDALE, AR 72762
County . . . . :  WASHINGTON             HOME . . . . . :
More phone?  . :                         E-mail Address :
More E-Contacts:                         Birth Date . . :
Birth City . . :                         Social Security:
Oper Lic No. . :                         Race . . . . . :  WHITE
Sex  . . . . . :                         Ethnic Origin  :  NOT OF HISPANIC ORIGIN
Height . . . . :  0                      Weight . . . . :  0
Occupation . . :                         Misc. ID#  . . :
Other ID . . . :                         Aliases? . . . :
Employer?  . . :                         MO/Crime Spec? :
Be On Look Out?:                         Photos?  . . . :
Hair Color . . :                         Hair Length  . :
Hair Style . . :                         Eye Color  . . :
Alt Address? . :                         Body Marks?  . :

********* O T H E R    P E R S O N    I N F O R M A T I O N  - # 9 *********
Case Number  . : 1-06-006986             Prompt valid in:
Adult / Juvenil:
Person Type  . :  OTHER PERSON OR BUSINESS
Street Number  :
City . . . . . :  SPRINGDALE, AR 72762
County . . . . :  WASHINGTON             HOME . . . . . :
More phone?  . :                         E-mail Address :
More E-Contacts:                         Birth Date . . :
Birth City . . :                         Social Security:
Oper Lic No. . :                         Race . . . . . :  WHITE
Sex  . . . . . :                         Ethnic Origin  :  NOT OF HISPANIC ORIGIN
Height . . . . :  0                      Weight . . . . :  0
Occupation . . :                         Misc. ID#  . . :
Other ID . . . :                         Aliases? . . . :
Employer?  . . :                         MO/Crime Spec? :
Be On Look Out?:                         Photos?  . . . :
Hair Color . . :                         Hair Length  . :
Hair Style . . :                         Eye Color  . . :
Alt Address? . :                         Body Marks?  . :

********* O T H E R    P E R S O N    I N F O R M A T I O N  - # 10 ********
Case Number  . : 1-06-006986             Prompt valid in:
Adult / Juvenil:
Person Type  . :  OTHER PERSON OR BUSINESS
Street Number  :
City . . . . . :  SPRINGDALE, AR 72762
County . . . . :  WASHINGTON             HOME . . . . . :
More phone?  . :                         E-mail Address :
More E-Contacts:                         Birth Date . . :
Birth City . . :                         Social Security:
Oper Lic No. . :                         Race . . . . . :  WHITE
Sex  . . . . . :                         Ethnic Origin  :  NOT OF HISPANIC ORIGIN
```

```
----------------------------------------------------------------------
Date:   5/19/15            SPRINGDALE POLICE DEPARTMENT         Page:      10
Time:  14:49:26                   Offense Report              Program: CMS301L
----------------------------------------------------------------------
```

1-06-006986   (Continued)

| | |
|---|---|
| Height . . . . : 0 | Weight . . . . : 0 |
| Occupation . . : | Misc. ID#  . . : |
| Other ID . . . : | Aliases? . . . : |
| Employer?  . . : | MO/Crime Spec? : |
| Be On Look Out?: | Photos?  . . . : |
| Hair Color . . : | Hair Length  . : |
| Hair Style . . : | Eye Color  . . : |
| Alt Address? . : | Body Marks?  . : |

********* O T H E R    P E R S O N      I N F O R M A T I O N  - # 11 *********

| | |
|---|---|
| Case Number  . : 1-06-006986 | Prompt valid in: |
| Adult / Juvenil: | |
| Person Type  . : OTHER PERSON OR BUSINESS | |
| Street Number : | |
| City . . . . . : SPRINGDALE, AR 72762 | |
| County . . . . : WASHINGTON | HOME . . . . . : |
| More phone? . . : | E-mail Address : |
| More E-Contacts: | Birth Date . . : |
| Birth City . . : | Social Security: |
| Oper Lic No. . : | Race . . . . . : WHITE |
| Sex  . . . . . : | Ethnic Origin  : NOT OF HISPANIC ORIGIN |
| Height . . . . : 0 | Weight . . . . : 0 |
| Occupation . . : | Misc. ID#  . . : |
| Other ID . . . : | Aliases? . . . : |
| Employer?  . . : | MO/Crime Spec? : |
| Be On Look Out?: | Photos?  . . . : |
| Hair Color . . : | Hair Length  . : |
| Hair Style . . : | Eye Color  . . : |
| Alt Address? . : | Body Marks?  . : |

********* O T H E R    P E R S O N      I N F O R M A T I O N  - # 12 *********

| | |
|---|---|
| Case Number  . : 1-06-006986 | Prompt valid in: |
| Adult / Juvenil: | |
| Person Type  . : OTHER PERSON OR BUSINESS | |
| Street Number : | |
| City . . . . . : SPRINGDALE, AR 72762 | |
| County . . . . : WASHINGTON | HOME . . . . . : |
| More phone? . . : | E-mail Address : |
| More E-Contacts: | Birth Date . . : |
| Birth City . . : | Social Security: |
| Oper Lic No. . : | Race . . . . . : WHITE |
| Sex  . . . . . : | Ethnic Origin  : NOT OF HISPANIC ORIGIN |
| Height . . . . : 0 | Weight . . . . : 0 |
| Occupation . . : | Misc. ID#  . . : |
| Other ID . . . : | Aliases? . . . : |
| Employer?  . . : | MO/Crime Spec? : |
| Be On Look Out?: | Photos?  . . . : |
| Hair Color . . : | Hair Length  . : |
| Hair Style . . : | Eye Color  . . : |
| Alt Address? . : | Body Marks?  . : |

********* O T H E R    P E R S O N      I N F O R M A T I O N  - # 13 *********

```
-------------------------------------------------------------------------
Date:  5/19/15              SPRINGDALE POLICE DEPARTMENT         Page:     11
Time: 14:49:26                   Offense Report              Program: CMS301L
-------------------------------------------------------------------------
```

                                              1-06-006986 _ (Continued)
Case Number   . : 1-06-006986        Prompt valid in:
Adult / Juvenil.:
Person Type   . : OTHER PERSON OR BUSINESS
Street Number :
City . . . . . : SPRINGDALE, AR 72762
County . . . . : WASHINGTON              HOME  . . . . . :
More phone?  . :                         E-mail Address  :
More E-Contacts:                         Birth Date . . :
Birth City . . :                         Social Security:
Oper Lic No. . :                         Race . . . . . : WHITE
Sex  . . . . . :                         Ethnic Origin  : NOT OF HISPANIC ORIGIN
Height . . . . : 0                       Weight . . . . : 0
Occupation . . :                         Misc. ID# . . :
Other ID . . . :                         Aliases? . . . :
Employer?  . . :                         MO/Crime Spec? :
Be On Look Out?:                         Photos? . . . :
Hair Color . . :                         Hair Length  . :
Hair Style . . :                         Eye Color  . . :
Alt Address? . :                         Body Marks?  . :

*************************** N A R R A T I V E  # 1 ***************************
CAD Information              Reported By: DENNEY, BARBRA J.              12/07/06
                             Entered By.:                               12/07/06

   Call#: 063410113      Beat: AREA "F"
   Units.: 114    Employees: 0000006532 DENNEY, BARBRA
   RECEIVED A FAXED REPORT OF A SUSPECTED SEXUAL ABUSE. REPORT
   FILED.

*************************** N A R R A T I V E  # 2 ***************************
HOT LINE NARRATIVE           Reported By: DENNEY, BARBRA J.              12/07/06
                             Entered By.: DENNEY, BARBRA J.             12/07/06
                             Reviewed By: DENNEY, BARBRA J.             12/07/06

   The alleged victims are                        ,                    ,
                              , who live with their parents
   Michelle and Jim Bob               The caller says that there are            total in the
   home.  The caller says that the family is not willing to tell anyone
   this unless they find out.  The caller says that they found out this
   and asked the family about it, so the parents told them about it with
          sitting righter there.  The parents said that 3 1/2 years ago
   when     was                    admitting to fondling
                    .  They said that       said that      had been fondling
                    breast and vaginas when they were sleeping, from
   the time     was                             .  They said that      also
   admitted to fondling                    outside the home on her breasts.
   The father said that he went to a state trooper and reported this, but
   no report was ever filed.  The caller says that the father knew this
   trooper before hand, but they do not know hot well.  The callers says
   that the parents put      in some type of rehab place for 3 months in
   Little Rock, but it was not a rehab for sex offenders, and then

```
-----------------------------------------------------------------------
Date:   5/19/15              SPRINGDALE POLICE DEPARTMENT          Page:    12
Time:  14:49:26                   Offense Report              Program: CMS301L
-----------------------------------------------------------------------
```

                                          1-06-006986  (Continued)
    came right home.  The caller is concerned that this was never reported
    and ▮▮▮▮ never received treatment.

*************************** N A R R A T I V E   # 3 ****************************
STATE POLICE W. TAYLOR       Reported By: HIGNITE, DARRELL D.           12/07/06
                             Entered By.: HIGNITE, DARRELL D.           12/07/06
                             Reviewed By: ANDREADIS, LEE                12/21/06

     On Thursday, December 07, 2006, at approximately 1317hrs
Detective D. Hignite was called by State Police Investigator W. Taylor
in reference to an update.

     Det. Hignite was called by Inv. Taylor. Inv. Taylor stated that
she called and made contact with Mrs. Duggar in reference to bringing
▮▮▮▮▮▮▮ in for interview. Inv. Taylor stated that she was told that
the Duggar family was in Chicago Illinois and will not be back in
Arkansas until Monday, December, 11th, 2006.

     Mrs. Taylor stated that she requested that ▮▮▮▮▮▮ be brought
to the Springdale Children's Safety Center for interview on Tuesday,
December, 12th, 2006. Mrs. Duggar stated that she will discuss the
matter with her husband and call Mrs. Taylor back. dh.9367

*************************** N A R R A T I V E   # 4 ****************************
STATE POLICE W. TAYLOR       Reported By: HIGNITE, DARRELL D.           12/12/06
                             Entered By.: HIGNITE, DARRELL D.           12/13/06
                             Reviewed By: ANDREADIS, LEE                12/21/06

     On Tuesday, December, 12th, 2006 at approximately 0900hrs
Detective D. Hignite met with State Police Investigator W. Taylor at
the Springdale Children's Safety Center in reference to interviews
with the Duggar family.

     Det. Hignite made contact with Inv. Taylor about this incident.
Inv. Taylor stated that ▮▮▮▮▮▮▮▮▮ have arrived and a ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

     Det. Hignite asked how this report was disclosed. Inv. Taylor
stated that an undisclosed person had written a letter approximately
three and a half years ago describing an incident where the ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ had been sexually assaulting ▮▮▮▮▮▮▮▮▮.
The undisclosed person placed the letter inside of a book. It is
unknown who wrote the letter and Jim Bob and Michelle will not
disclose who wrote the letter. The book was loaned out to a member of
the Duggar's church and the letter was found.

     The Duggar's had traveled to Chicago Illinois to appear on the
Oprah show last week. The Oprah show had received an e-mail from a
female that warned the show about the Duggar family.

     The Harpo Studios had faxed the letter to the Department of Human
Services Hot line. The report was then opened for investigation.

```
------------------------------------------------------------------------
Date: 5/19/15            SPRINGDALE POLICE DEPARTMENT        Page:     13
Time: 14:49:26                  Offense Report          Program: CMS301L
------------------------------------------------------------------------
```

                                        1-06-006986  (Continued)

        Inv. Taylor gave Det. Hignite a copy of the E-mail and also the
personal information on the Duggar Family. The interviews were then
started. dh/9367


*************************** N A R R A T I V E   # 5 ***************************
EMAIL FROM HARPO STUDIOS   Reported By: HIGNITE, DARRELL D.           12/12/06
                           Entered By.: HIGNITE, DARRELL D.           12/13/06
                           Reviewed By: ANDREADIS, LEE                12/21/06

        On Tuesday, December, 12th, 2006 at approximately 0900hrs
Detective D. Hignite was given a copy of an E-Mail that was sent to
Harpo Studios in Chicago, Illinois in reference to the Duggar Family.

        Det. Hignite looked over the email and noted the following. The
following is a summary of the email.  The fax it stated the following.
, "

/08/2006 17:52 15016188652 ARK CACD HOTLINE PAGE 11/11
12/02/2006 18:13 FAX HARPO STUDIO 002

Sent: 12/7/2006 6:30:24 AM
To: ███████████████████
Subject: Email The Show

Details: Thu Dec 07 06:27:51 CST 2006
Sent by: ██████████
Age: 61
Email Address: ██████
Street Address: ██████████
City: ROGERS
State/Province: Arkansas
Region:
County: United States
Zip: 72758
Topic: Question
Message:
BEFORE YOU AIR THE DUGGAR FAMILY FROM ARKASAS WITH ████████████
YOU NEED TO KNOW THE TRUTH. THEY ARE NOT WHAT THEY SEEM TO BE.
████████████████ HAS MOLESTED ██████████ WHILE ████ WERE
SLEEPING AND THE PARENTS HAVE BEEN HIDING THIS SECRET FOR A LONG
TIME. JIM BOB LIES TO HIS CHURCH AND HIS FRIENDS TO MAKE HIM LOOK
GOOD. AT THIS MOMENT HE IS IN TROUBLE WITH THE CHURCH FOR LYING
ABOUT ████████ AND THINGS THAT CONCERN THE WAY THE CHURCH
MEMBERS REACTED. I THINK THAT YOU SHOULD KNOW THE TRUTH BEFORE
THEY MAKE A COMPLETE FOOL OF YOU AND YOUR SHOW. THEY HAVE BEEN ON
TV BEFORE AND COME ACROSS AS A PERFECT FAMILY, WHICH COULDN'T BE
FURTHER FROM THE TRUTH. THEY JUMP FROM SHOW TO SHOW TO RECEIVE
GIFTS FOR THEIR FAMILY AND TO MAKE THEM LOOK REALLY GOOD TO. PLEASE
CONSIDER THIS AND CONFRONT THEM ABOU THEIR SECRET.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  5/19/15              SPRINGDALE POLICE DEPARTMENT            Page:     14
Time: 14:49:26                   Offense Report               Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

                                            1-06-006986  (Continued)
      ASP CID COMPANY D 501 782 3377 12/11 '06 14:31 NO.657 02/02

      dh/9367

**************************** N A R R A T I V E   # 6 *************************
JIM BOB&MICHELLE INTERVIE Reported By: HIGNITE, DARRELL D.              12/12/06
                         Entered By.: HIGNITE, DARRELL D.              12/14/06
                         Reviewed By: ANDREADIS, LEE                   12/21/06

      Witness Interview:
      Det. Gary Conner #606
      Washington County Sheriff s Office
      Criminal Investigation Division

      James Robert Duggar
      D.O.B.:  07/18/65
      SSN: ▇▇▇▇▇▇▇

      Michelle Duggar
      D.O.B.:  09/13/66
      SSN: ▇▇▇▇▇

      600 Arbor Acres Road
      Tontitown, AR.
      ▇▇▇▇▇▇

      On Tuesday, 12/12/06, at approximately 9:45 AM, James and
Michelle Duggar were interviewed at the Children s Safety Center in
Springdale, Arkansas.  The Duggars had brought ▇▇▇▇▇▇▇▇ to the
Safety Center to be interviewed in response to an allegation that had
been received by the Arkansas State Police Child Abuse Hotline.  The
allegation was in regard to ▇▇▇▇▇▇▇▇▇▇▇▇,
fondling ▇▇▇▇▇▇▇▇▇

      James said that in March of 2002, ▇▇▇▇▇▇, who had just
▇▇▇▇▇▇, came to him very upset and crying.  James said that ▇▇▇
had told him that ▇ had been sneaking into ▇▇▇▇▇ room at night
and had been touching ▇▇▇▇▇▇ on the breasts and vaginal areas
while ▇▇ were sleeping.  (Apparently ▇▇▇▇▇ were sleeping
in a common room at this time.) ▇▇ told James that this had occurred
4 to 5 times and had occurred once as one of ▇▇▇▇▇ was sleeping
on the couch.  Apparently ▇▇▇▇▇ had always been asleep when these
incidents occurred.  James said that when ▇▇ later told ▇
what had occurred, ▇▇▇, ▇▇, had said that ▇
remembered one time when ▇ woke up and ▇▇ was taking ▇ blanket
away , but ▇▇ did not remember anything else.

      James said that in July of 2002, ▇▇▇ admitted to him that one
night as ▇▇▇▇▇ was sleeping ▇▇▇ had
gone to the couch where ▇ was sleeping and had fondled ▇ breasts
as ▇▇ slept.  ▇▇▇▇▇▇▇ was later identified by James as ▇
▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇.  James said that

```
-------------------------------------------------------------------------
Date:  5/19/15              SPRINGDALE POLICE DEPARTMENT          Page:      15
Time:  14:49:26                  Offense Report               Program: CMS301L
-------------------------------------------------------------------------
```

                                        1-06-006986   (Continued)

they disciplined ▆▆▆ after this incident.

    James said that about 9 months later, in March of 2003, there was
another incident.  James said that ▆▆▆ was reading to ▆▆▆
▆▆▆ and ▆▆▆ was sitting on ▆▆▆ lap, ▆▆ had touched ▆▆ breasts
and vaginal area.  James said that ▆▆▆ then ran out of the room and
called ▆▆ and told ▆▆ what ▆▆ had done.  James also said that
sometime during this time frame, ▆▆▆▆▆▆▆▆▆▆▆ had been standing
in the laundry room and ▆▆ had put ▆▆ hand under ▆▆ dress.

    James said that after these incidents, he had met with the elders
of his church and had told them what was going on.  James said that
they all agreed that ▆▆▆ needed to be put into a treatment program.
James said that one of the elders was a chaplain at the Piney Ridge
program at Vista Hospital.  James said that they had concerns about
the program at Piney Ridge because they felt ▆▆▆▆▆ might be exposed
to other offenders and other things that they did not want him exposed
to.  James said that one of the elders was an ex-prison guard and told
them that some of the programs for juveniles were finishing schools
where juveniles learned how to offend from other offenders.  James
said that they found out about a Christian program in Little Rock
which they felt more comfortable with.  James said that he could not
remember the name of the program, but that it was conducted by a
Christian ministry in the old Veterans Hospital in Little Rock and the
man who ran it was Harold Walker.  James said that he thought that the
program was affiliated with the Little Rock Police Department since
they had a station in the same building.  James said that the program
consisted of hard physical work and counseling.  James said that ▆▆▆
was in the program from March 17, 2003 until July 17, 2003.

    James and Michelle said that they were both comfortable that
nothing had occurred since ▆▆▆ went through the program in Little
Rock.  They both felt that ▆▆▆ no longer had any problem and that all
of this had been resolved.  The Duggars said that ▆▆▆ had apologized
to ▆▆▆▆▆▆▆▆▆▆▆ and that they had forgiven ▆▆▆
James said that several members of their church were aware of the
situation and had been supportive of the family.

    I asked the Duggars if they knew how this had come up at this
time.  They said that at the time these things occurred, a family
friend who was aware of what had happened had written down in a letter
what he knew of ▆▆▆▆ actions with ▆▆▆▆▆▆▆.  That letter had been
placed in a book and had subsequently been forgotten about.  Just
recently the book had been loaned to someone else with the letter in
it and the person who discovered the letter had called the hotline.
The Duggars declined to identify who wrote the letter or who found it.

    I asked the Duggars if any of this had ever been reported to the
police.  James said that he ▆▆▆▆▆ had spoken to a State Trooper
after ▆▆▆ had returned from the program in Little Rock.  James said
that he knew a Cpl. Hutchins with the Arkansas State Police.  James
said that he knew Hutchins because he used to be a car dealer and Cpl.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  5/19/15              SPRINGDALE POLICE DEPARTMENT           Page:      16
Time: 14:49:26                   Offense Report               Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

1-06-006986   (Continued)

Hutchins was the State Trooper who inspected car dealers.  James said
that after ▓▓▓ returned from Little Rock, he and the church elders
decided to contact the police about ▓▓▓.  James said that one of the
church elders, he and ▓▓▓ had gone to Cpl. Hutchins office at the
State Police headquarters and that ▓▓▓ had admitted to Cpl. Hutchins
what ▓▓had done.  James said that Cpl. Hutchins gave ▓▓▓ a very
stern talk about might happen to ▓▓if ▓▓continued such behavior.
James said that Cpl. Hutchins told ▓▓that since ▓had already put
▓▓▓ through a treatment program, there was nothing else to do.

     I asked the Duggars where they lived when all of this had
occurred and they said that at that time, they lived at ▓▓▓▓▓
▓▓▓ in Springdale.

     I explained to the Duggars that after ▓▓▓▓▓▓▓
were interviewed, a detective would have to interview ▓▓▓ and they
had no problem with that.  They indicated that they thought that ▓▓
would be cooperative in any interview.

     The interview was terminated at approximately 10:20 AM.

*************************** N A R R A T I V E  # 7 ***************************
▓▓▓▓▓ INTERVIEW      Reported By: HIGNITE, DARRELL D.         12/12/06
                      Entered By: HIGNITE, DARRELL D.         12/14/06
                      Reviewed By: ANDREADIS, LEE             12/21/06

     On Tuesday, December, 12th, 2006 at approximately 0900hrs
Detective D. Hignite made contact with State Police Investigator W.
Taylor at the Springdale Children's Safety Center in reference to
victim and witness interviews with the Duggar Family.

     Det. Hignite and Inv. Taylor went over the report and then
started the interviews. The following is a summary of the interview
with ▓▓▓▓▓ at approximately 0955hrs. For the detailed interview
a transcript or DVD of the interview can be requested.

     · Inv. Taylor started the interview by getting to know ▓▓▓.  Inv.
Taylor started by drawing ▓▓▓▓ face on a sheet of paper. They drew a
circle and placed eyes, nose, hair, and ears on the drawing.

     Inv. Taylor then asked ▓▓▓ who ▓▓lived with and what type of
home ▓▓ lived in. ▓▓▓ stated that ▓▓lives in a house with ▓▓
mother Michelle, Dad Jim Bob, and ▓▓▓▓▓▓▓▓▓▓▓▓▓.  Inv.
Taylor asked ▓▓ to name all ▓▓▓▓▓▓▓▓▓ said ▓▓
has ▓▓▓▓▓▓ Their names are ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓ said ▓▓ had ▓▓▓▓ Their names are, ▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and
▓▓▓▓▓ said they also have one dog named Jazmine and six cats.

     Inv. Taylor asked ▓▓▓ what ▓▓liked to do for fun. ▓▓▓ said
▓▓likes to play Broom Ball with ▓▓▓family. ▓▓▓said ▓▓also likes
to read. ▓▓▓ said ▓▓likes to read Adventure stories and Princess

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  5/19/15              SPRINGDALE POLICE DEPARTMENT           Page:      17
Time: 14:49:26                   Offense Report                 Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```
                                              1-06-006986   (Continued)

stories.

Inv. Taylor asked ▓▓▓ if ▓▓▓ goes to school. ▓▓▓ said ▓▓▓ is
home schooled. ▓▓▓ said ▓▓▓ mother is the teacher. Inv. Taylor asked
what ▓▓▓favorite subject in school was. ▓▓▓ said ▓▓▓ likes spelling.
Inv. Taylor asked what ▓▓▓least favorite subject was. ▓▓▓ said it was
math.

Inv. Taylor then asked if ▓▓▓ knew why ▓▓▓ was there for
interview and if anyone talked with ▓▓▓ about it. ▓▓▓ said ▓▓▓
talked with ▓▓▓ and explained to ▓▓▓ why ▓▓▓ was coming in for
interview. Inv. Taylor asked ▓▓▓ to tell ▓▓▓ about it.

▓▓▓ stated that some things happened four years ago. Inv. Taylor
asked what happened. ▓▓▓ stated that ▓▓▓▓▓▓ in 2002 or 2003 had
touched ▓▓▓▓▓▓ improperly. ▓▓▓ said ▓▓▓ was asleep in the living
room and "half way" woke up. ▓▓▓said ▓▓▓ thought ▓▓▓▓▓▓ needed a
blanket. ▓▓▓ said ▓▓▓ did some bad or wrong things to ▓▓▓
▓▓▓. ▓▓▓ said ▓▓▓ could not remember.

Inv. Taylor asked ▓▓▓▓▓▓ did this. ▓▓▓ said it was
▓▓▓▓▓

Inv. Taylor asked what happened. ▓▓▓ said that ▓▓▓ was half
asleep and did not remember. ▓▓▓ said it happened four or five years
ago. ▓▓▓ said ▓▓▓ was in a chair in the living room. Inv. Taylor asked
why ▓▓▓ woke up. ▓▓▓ said ▓▓▓ felt ▓▓▓▓ trying to take ▓▓▓ blanket.
▓▓▓ said when ▓▓▓ woke up and ▓▓▓▓▓ dropped onto the floor. ▓▓▓ said
it happened sometime during the night. ▓▓▓ said no-one else was in
the room. ▓▓▓ said ▓▓▓clothes were on. ▓▓▓ said ▓▓▓▓▓ clothes were
also on.

▓▓▓ stated that ▓▓▓ did not know what ▓▓▓ was doing until later.
▓▓▓ said ▓▓▓ told ▓▓▓▓▓▓and then ▓▓▓ later confessed to what ▓▓▓
had done. ▓▓▓said ▓▓▓ confessed that ▓▓▓ did some things wrong.

▓▓▓ stated ▓▓▓▓▓ confessed to ▓▓▓▓▓▓ and the elders of
their church on March 30th, 2003. ▓▓said ▓▓▓▓ was then sent to
Little Rock to a training center. ▓▓▓ said ▓▓ did manual labor and had
Christian Counseling.

Inv. Taylor asked ▓▓▓ what ▓▓▓▓ told their parents. ▓▓ said
▓▓▓ did not know. ▓▓▓ said ▓▓ later spoke to the victims ▓▓
and asked for forgiveness for touching ▓▓▓improperly. ▓▓ said
also asked for forgiveness for having wrong motives. ▓▓ said▓▓ told
them it was not suppose to be. ▓▓▓ said ▓▓ told ▓▓▓▓ touched ▓▓
over the clothing on the breasts and "privates".

Inv. Taylor pulled out an anatomical drawing of a female. Inv.
Taylor circled the breast and vagina on the drawing and asked what ▓▓
called them. ▓▓▓ called the breast = breasts and the vagina =
private. ▓▓▓ said ▓▓thinks that ▓▓▓▓ touched ▓▓ on the breasts

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  5/19/15          SPRINGDALE POLICE DEPARTMENT          Page:      18
Time: 14:49:26                Offense Report             Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

1-06-006986   (Continued)

while ⬛ was sleeping.

Inv. Taylor asked ⬛ if there were any places on ⬛ body that
was not to be touched. ⬛ stated that ⬛ was not to be touched
anywhere between ⬛ neck and ⬛ feet. ⬛ stated that no-one else
had ever touched ⬛ that way. Inv. Taylor asked if anyone had ever
asked ⬛ to touch them or make ⬛ do anything ⬛ did not want to
do. ⬛ said no.

Inv. Taylor asked what ⬛ said ⬛ did. ⬛ said ⬛ did not go
into detail. ⬛ said ⬛ just told them that ⬛ touched ⬛ and ⬛
was sorry. ⬛ said ⬛ touched ⬛ ⬛, and ⬛ about the
same time and touched ⬛ later.

Inv. Taylor asked how ⬛ had been since ⬛ had come back from
the training center in Little Rock. ⬛ said things are better. ⬛
said the ⬛ in the family are separated more and ⬛
parents are more aware of what is going on. ⬛ stated that ⬛
is more "tame" since ⬛ had come home.

Inv. Taylor asked if there were anyone else ⬛ had done this
to, ⬛ stated that ⬛
said ⬛ name is ⬛. ⬛ said ⬛ is ⬛

Inv. Taylor asked what had happened. ⬛ said ⬛ heard this
from ⬛ father. ⬛ said ⬛ was at their house babysitting. ⬛
said ⬛ fell asleep on the couch and ⬛ touched ⬛ on the
breasts. ⬛ said ⬛ touched ⬛ over the clothing. ⬛ said ⬛ did
not see ⬛ do this. ⬛ said ⬛ confessed to doing this later.

Inv. Taylor asked about the sleeping arrangements. ⬛ said that
the boys have their own room.

Inv. Taylor asked ⬛ if ⬛ had any worries, concerns or if ⬛
was scared. ⬛ sad no.

Inv. Taylor came out for any follow up questions. Det. Hignite
asked Inv. Taylor to asked ⬛ what addresses the incidents happened
and when.

Inv. Taylor asked ⬛ where the incidents happened. ⬛ said
they all happened when they lived on Johnson Rd. in Springdale. ⬛
said they moved to the new house in Tontitown, January, 20th, 2006.
Inv. Taylor asked if they lived in any other homes. ⬛ said that when
they moved out of the home on Johnson Rd. They moved into a rental
home at ⬛ 48th St. in Springdale for a short time. ⬛ said
nothing happened at that address.

Inv. Taylor then ended the interview. dh/9367

```
*************************** N A R R A T I V E   # 8 ***************************
⬛⬛⬛⬛ INTERVIEW    Reported By: HIGNITE, DARRELL D.              12/12/06
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  5/19/15            SPRINGDALE POLICE DEPARTMENT          Page:     19
Time: 14:49:26                 Offense Report              Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

                              1-06-006986   (Continued)
                Entered By.: HIGNITE, DARRELL D.        12/14/06
                Reviewed By: ANDREADIS, LEE           12/21/06

On Tuesday, December, 12th, 2006 at approximately 0900hrs Detective D. Hignite made contact with State Police Investigator W. Taylor at the Springdale Children's Safety Center in reference to victim and witness interviews with the ▓▓▓▓▓▓

Det. Hignite and Inv. Taylor went over the report and then started the interviews. The following is a summary of the interview with ▓▓▓▓▓▓▓▓ at approximately 1020hrs. For the detailed interview a transcript or DVD of the interview can be requested.

Inv. Taylor started the interview by getting to know ▓▓▓▓. Inv. Taylor started by drawing ▓▓▓▓▓ face on a sheet of paper. They drew a circle and placed eyes, nose, hair, and ears on the drawing.

Inv. Taylor asked ▓▓▓▓ if ▓▓ goes to school. ▓▓▓▓ said ▓▓ is home schooled. ▓▓▓ said ▓▓ mother is the teacher. Inv. Taylor asked what ▓▓▓ favorite subject in school was. ▓▓▓▓ said ▓▓ likes spelling. Inv. Taylor asked what ▓▓▓ least favorite subject was. ▓▓▓ said it was math.

Inv. Taylor then asked ▓▓▓▓ who ▓▓ lived with and what type of home ▓▓ lived in. ▓▓▓▓▓ stated that ▓▓ lives in a house with ▓▓ mother Michelle, Dad Jim Bob, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
▓▓▓▓ said they also have one dog named Jazmine and six cats.

Inv. Taylor asked ▓▓▓▓ what ▓▓ liked to do for fun. ▓▓▓▓ said ▓▓ likes to play Broom Ball with ▓▓ family. ▓▓▓ said ▓▓ also likes to activities with ▓▓ family.

Inv. Taylor then asked if ▓▓▓ knew why ▓▓ was there for interview and if anyone talked with ▓▓ about it. ▓▓▓▓ said ▓▓ dad talked with ▓▓▓. Inv. Taylor asked what ▓▓ was told. ▓▓▓▓ said ▓▓ did not know.

Inv. Taylor asked if some thing happened. ▓▓▓▓ said some thing happened a long time ago. ▓▓▓ said that ▓▓▓▓▓▓▓ had touched ▓▓▓ inappropriately. . ▓▓ said ▓ was having moral struggles. ▓▓ said that ▓▓ was ▓▓▓▓▓▓▓▓▓▓. ▓▓▓ said ▓ felt bad about it.

Inv. Taylor said that ▓▓▓▓ told ▓▓▓ mother and dad what had happened. ▓▓▓ said that ▓▓ had asked for forgiveness. ▓▓▓▓ said that ▓▓▓▓▓ went away for three months. ▓▓ said that ▓▓ went to a training center. ▓▓▓ said ▓▓▓▓ sought after God and had turned back to God.

Inv. Taylor asked ▓▓▓ what had happened to ▓▓. ▓▓ said ▓▓ did

1-06-006986  (Continued)

not remember much. ▓▓ said ▓▓ apologized to ▓▓ for what ▓▓ had done.
▓▓ said that when this happened to ▓▓ was in ▓▓
room. ▓▓ said ▓▓ was walking through ▓▓ and ▓▓ started
scratching ▓▓ back. ▓▓ said ▓▓ clothes were on, but ▓▓ was
scratching ▓▓ back on ▓▓ skin. ▓▓ said ▓▓ pulled ▓▓ shirt up and
touched ▓▓ said ▓▓ felt bad about it and told their parents. ▓▓
said ▓▓ told them that ▓▓ had touched ▓▓ chest.

      Inv. Taylor pulled out an anatomical drawing of a female. Inv.
Taylor circled the breast and vagina on the drawing and asked what ▓▓
called them. ▓▓ called the breast = breasts and the vagina =
private.

      Inv. Taylor asked if anyone had ever asked ▓▓ to touch them or
make ▓▓ do anything ▓▓ did not want to do. ▓▓ said no. Inv.
Taylor asked if there were anyone else ▓▓ had done this to. ▓▓
said no.

      ▓▓ said that ▓▓ apologized to ▓▓ for touching ▓▓
inappropriately. ▓▓ said ▓▓ thinks that ▓▓ did touch ▓▓
▓▓ and did not know of any one else.

      Inv. Taylor asked if anything had happened since ▓▓ had come
home from ▓▓ treatment. ▓▓ said no. ▓▓ said ▓▓ is trying to follow
God. ▓▓ said even if ▓▓ see an immoral picture ▓▓ tells their
parents. ▓▓ said ▓▓ is trying to do better. ▓▓ again said nothing
had happened since ▓▓ had been home.

      Inv. Taylor asked ▓▓ if there was anywhere on ▓▓ body where
no-one should touch. ▓▓ said on ▓▓ chest ,buttocks and private
(vagina).

      Inv. Taylor asked ▓▓ if ▓▓ had any worries, concerns or if
▓▓ was scared. ▓▓ sad no.

      Inv. Taylor to asked ▓▓ what addresses the incidents happened.
▓▓ said that it all happened when they lived on Johnson road in
Springdale by the 1st Baptist Church.

      Inv. Taylor then ended the interview. dh/9367

************************** N A R R A T I V E   # 9 **************************
▓▓▓▓▓▓▓▓ INTERVIEW Reported By: HIGNITE, DARRELL D.              12/12/06
                        Entered By.: HIGNITE, DARRELL D.         12/14/06
                        Reviewed By: ANDREADIS, LEE              12/21/06

      On Tuesday, December, 12th, 2006 at approximately 0900hrs
Detective D. Hignite made contact with State Police Investigator W.
Taylor at the Springdale Children's Safety Center in reference to
victim and witness interviews with the ▓▓▓▓▓▓.

      Det. Hignite and Inv. Taylor went over the report and then

```
Date:  5/19/15                 SPRINGDALE POLICE DEPARTMENT           Page:      21
Time:  14:49:26                       Offense Report              Program: CMS301L
```

1-06-006986  (Continued)
started the interviews. The following is a summary of the interview
with ████████████ at approximately 1050hrs. For the detailed
interview a transcript or DVD of the interview can be requested.

Inv. Taylor started the interview by getting to know ██████.
Inv. Taylor started by drawing ██████████ face on a sheet of paper.
They drew a circle and placed eyes, nose, hair, and ears on the
drawing.

Inv. Taylor then asked ████████ who ██ lived with and what type
of home ██ lived in. ████████ stated that ██ lives in a house with
her mother Michelle, Dad Jim Bob, ██████████████████████████████
████████████████████████████████████████████████████████████████
██████ said they also have one dog named Jazmine and six cats.

Inv. Taylor asked ████████ what ██ liked to do for fun. ████████
said ██ likes to play Broom Ball with ██ family. ██ said ██ also
likes to ride bikes with ██ family.

Inv. Taylor asked ████████ if ██ goes to school. ████████ said
██ is home schooled. ██ said ██ mother is the teacher. Inv. Taylor
asked what ██ favorite subject in school was. ████████ said ██ likes
being with ██ family. Inv. Taylor asked what ██ least favorite
subject was. ██ said it was math.

Inv. Taylor pulled out an anatomical drawing of a female and male
for body part identification. ████████ identified the body parts on a
female as: head = hair, mouth = mouth, breast = breast, belly button =
belly button, vagina = private, feet = feet, neck = neck, back = back,
buttocks = private, and leg = leg. ████████ identified the body parts
on a male as: Eyes = Eyes, Nose = Nose, Chest = Unknown, Hand = Hand,
Penis = Private Spot, Knee = Knee, Foot = Toe, Head = Back of Head,
Arm = Arm, Buttocks = Private Spot, and Feet = Feet.

Inv. Taylor then asked about touches ██ likes to get. ████████
said ██ liked it when ██ dad rubbed ██ back. ██ then said ██ did
not like tickles. ██ said ██ dad tickles ██ tummy. ██ said ██ did
not like ████████ to tickle ██ ██ said ██ should not be tickled.
Inv. Taylor asked ████████ if there was anywhere on ██ body where
no-one should touch. ████████ pointed to the breasts ,buttocks and
vagina.

Inv. Taylor asked if anyone had touched ██ breasts. ██
said sometimes if ██ gets hugs. Inv. Taylor asked who gives ██ hugs.
████████ said from ██ mother and father. ██ said sometimes from ██
friends. ██ said it was Okay. ██ said ██ is also hugged by ██.
██████████████████ said that was okay with ██. ██ said ██
was not touched any other times.

Inv. Taylor asked if anyone else had touched ██ private. ████

```
Date:  5/19/15            SPRINGDALE POLICE DEPARTMENT           Page:      22
Time:  14:49:26                Offense Report                   Program: CMS301L
```

1-06-006986  (Continued)

said it happened once when ▓▓▓▓▓ was reading all the kids a book. ▓▓ said ▓▓ was ▓▓▓▓▓▓▓▓▓ and ▓▓▓▓ was ▓▓▓▓▓▓ said they were in the living room reading the book. ▓▓ said ▓▓▓▓ was then sent to Little Rock.

Inv. Taylor asked ▓▓ where ▓▓ was sitting when this happened. ▓▓ said ▓▓ was on ▓▓ mother's chair. ▓▓ said they were reading the raccoon book called King Aaron. ▓▓ said ▓▓ was sitting on the arm of the char and ▓▓ was on the couch. ▓▓ said all ▓▓▓▓▓▓▓▓▓▓▓ were in the room also. ▓▓▓▓▓ said that ▓▓▓▓▓ dropped the book and ran from the room.

▓▓▓▓▓ said that ▓▓▓▓ called their parents and told them what had happened. ▓▓ said that ▓ touched ▓▓ on the skin. ▓▓▓▓▓▓ said ▓▓ was sitting down and had pulled ▓▓ dress up because it had a hole in it. ▓▓ said ▓ had pants on under the dress and ▓▓ pulled them down. ▓▓ said ▓ touched ▓▓ private. ▓▓▓▓▓▓ said it felt weird.

Inv. Taylor asked ▓▓▓▓▓ to point to where ▓▓ touched ▓▓ on the anatomical drawing. ▓▓▓▓ pointed to the buttocks and said it happened on the outside. Inv. Taylor asked how ▓▓ got to skin. ▓▓▓▓▓ said ▓ did not know.

Inv. Taylor asked if anyone said ▓▓ do this. ▓▓ said no-one saw. ▓▓ said ▓ dropped the book and told ▓ mother. ▓▓ said that ▓▓ when to the Little Rock the next day. ▓▓ said ▓ then went to a police officer and told him what happened. ▓▓▓▓ said that ▓ touched ▓ on the buttocks and not the breasts or vagina.

Inv. Taylor asked if anyone asked ▓▓ to touch them. ▓▓ said no. ▓▓ said that ▓▓ was only touched once. ▓▓▓▓▓. ▓ said no-one else had ever touched ▓▓.

Inv. Taylor asked ▓▓▓▓▓ if ▓ had any worries, concerns or if ▓ was scared. ▓▓ sad no.

Inv. Taylor then asked if anyone talked with ▓▓ about it. ▓▓▓▓ said ▓▓ dad talked with ▓▓ and explained to ▓▓ why ▓ was coming in for interview. Inv. Taylor asked if anyone had told ▓▓ not to talk. ▓▓ said no.

Inv. Taylor to asked ▓▓▓▓▓ what addresses the incidents happened. ▓▓▓▓▓ said that it all happened when they lived on Johnson road in Springdale.

Inv. Taylor asked ▓▓▓▓▓ about when ▓▓▓▓ went to Little Rock. ▓▓ said ▓ went for four months. Inv. Taylor asked how it has been since ▓ return. ▓▓▓▓▓ said it's been good. ▓▓ said nothing had happened since. ▓▓ said ▓ feels safe at home.

Inv. Taylor then ended the interview. dh/9367

```
Date:  5/19/15                SPRINGDALE POLICE DEPARTMENT           Page:     23
Time: 14:49:26                    Offense Report               Program: CMS301L
```

                                            1-06-006986  (Continued)
**************************** N A R R A T I V E  # 10 ****************************
�622    INTERVIEW    Reported By: HIGNITE, DARRELL D.        12/12/06
                     Entered By.: HIGNITE, DARRELL D.        12/14/06
                     Reviewed By: ANDREADIS, LEE             12/21/06

    On Tuesday, December, 12th, 2006 at approximately 0900hrs
Detective D. Hignite made contact with State Police Investigator W.
Taylor at the Springdale Children's Safety Center in reference to
victim and witness interviews with the ▆▆▆▆

    Det. Hignite and Inv. Taylor went over the report and then
started the interviews. The following is a summary of the interview
with ▆▆▆ at approximately 1117hrs. For the detailed
interview a transcript or DVD of the interview can be requested.

    Inv. Taylor asked ▆▆ what ▆ liked to do for fun. ▆▆
said ▆ likes to play Broom Ball with ▆ family.

    Inv. Taylor started the interview by getting to know ▆▆ Inv.
Taylor started by drawing ▆▆ face on a sheet of paper. They
drew a circle and placed eyes, nose, hair, and ears on the drawing.

    Inv. Taylor asked ▆▆ if ▆ goes to school. ▆▆ said ▆
is home schooled. ▆ said ▆ mother is the teacher. ▆ said they
have math and English in the morning. Inv. Taylor asked what ▆
favorite subject in school was. ▆▆ said ▆ likes spelling. Inv.
Taylor asked what ▆ least favorite subject was. ▆ said it was
math. ▆ said all ▆ the kids are home schooled.

    Inv. Taylor then asked ▆▆ who ▆ lived with and what type of
home ▆ lived in. ▆▆ stated that ▆ lives in a house with ▆
mother Michelle, Dad Jim Bob, ▆▆▆
▆▆▆▆▆▆
▆▆ said they also have one dog named Jazmine and six cats.

    Inv. Taylor asked if there was anything else ▆▆ liked to do for
fun. ▆ said ▆ liked to play kickball at home.

    Inv. Taylor then asked if ▆ knew why ▆ was there for
interview. ▆▆ then started to cry. Inv. Taylor handed ▆ a
tissue. ▆▆ said that ▆▆▆ did something to
▆ four years ago. ▆ said ▆ did not remember what ▆ had done
exactly. ▆ said all ▆ remembers is that ▆ was on the washing
machine and ▆ picked ▆ up and did something to ▆ said ▆
was ▆ when it happened. ▆ said ▆ did not remember what
▆ had done. ▆ said ▆ had stuck ▆ hand up ▆ dress, but did
not remember what ▆ had done.

    ▆▆ said that ▆ was later told that ▆▆ had touched ▆
while ▆ was sleeping when ▆▆▆ said that ▆▆

```
------------------------------------------------------------------
Date: 5/19/15              SPRINGDALE POLICE DEPARTMENT       Page:     24
Time: 14:49:26                   Offense Report            Program: CMS301L
------------------------------------------------------------------
```

1-06-006986 (Continued)

confessed to ▓▓ that ▓▓ touched▓▓ improperly. ▓▓ said that▓
told ▓▓ that▓ touched ▓▓ on the chest and down there.

    Inv. Taylor pulled out an anatomical drawing of a female. ▓▓
called the buttocks = bottom and the Breasts = Chest.

    ▓▓▓ said ▓ was told that ▓▓ was touched. ▓▓ said ▓ did
not remember any other times. Inv. Taylor asked if there were anyone
else ▓▓ had done this to. ▓ said▓ was sure that▓▓ ▓ did
this to▓ ▓ said ▓ did this to▓
▓. ▓ said ▓ had forgiven▓ and nothing had happened since▓
had been home.

    Inv. Taylor asked how ▓ felt about ▓ now.▓ said
that ▓ does not totally trust ▓ said that ▓ still loves
▓ ▓ said that ▓ does feel safe at home.

    Inv. Taylor to asked ▓▓ what addresses the incidents
happened. ▓▓ said that it all happened when they lived on Johnson
road in Springdale.

    Inv. Taylor asked if anyone had talked to ▓ about ▓ incident.
▓ said that▓ mother and father told ▓ she was coming to the
interview. Inv. Taylor asked if anyone told ▓ not to talk.▓ sad
no. ▓ said▓ did not know if ▓▓ did this to anyone else. .

    Inv. Taylor then ended the interview. dh/9367

*************************** N A R R A T I V E   # 11 ***************************
▓▓▓▓▓ CONTACT   Reported By: HIGNITE, DARRELL D.        12/12/06
                Entered By.: HIGNITE, DARRELL D.        12/14/06
                Reviewed By: ANDREADIS, LEE             12/21/06

    On Wednesday, December, 12th, 2006 at approximately 1255hrs State
Police Investigator W. Taylor called ▓▓▓▓▓ in reference to
contact with his ▓▓▓▓▓

    Inv. Taylor called ▓▓▓▓ and asked that▓ be brought in
for interview. ▓▓▓▓ said ▓did not know if ▓wanted to bring
▓in. ▓ said that ▓ would speak to ▓ and see if ▓ wanted to
talk.

    ▓▓▓▓ said that if ▓ felt that this incident was a problem
would have taken care if it when it happened. ▓ said that ▓▓ is
▓▓ and it was ▓ choice for interview.

    ▓▓▓▓ also added that everything is good with the families
and they took care of the problem.▓ said that ▓ did not want to
make this into a bigger deal then what it was.

    Inv. Taylor gave ▓▓▓▓ her contact information and ▓ said
▓ will call back with the information. Inv. Taylor then ended the

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  5/19/15           SPRINGDALE POLICE DEPARTMENT          Page:    25
Time: 14:49:26               Offense Report               Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

                                        1-06-006986  (Continued)
    phone call. dh/9367

*************************** N A R R A T I V E   # 12 *******************
▉▉▉▉▉▉▉▉▉ INTERVIEW   Reported By: HIGNITE, DARRELL D.          12/12/06
                     Entered By.: HIGNITE, DARRELL D.          12/14/06
                     Reviewed By: ANDREADIS, LEE               12/21/06

    On Tuesday, December, 12th, 2006 at approximately 0900hrs
Detective D. Hignite made contact with State Police Investigator W.
Taylor at the Springdale Children's Safety Center in reference to
victim and witness interviews with the ▉▉▉▉▉

    Det. Hignite and Inv. Taylor went over the report and then
started the interviews. The following is a summary of the interview
with ▉▉▉▉▉▉▉ at approximately 1310hrs. For the detailed interview
a transcript or DVD of the interview can be requested.

    Inv. Taylor then asked ▉▉▉ who ▉▉ lived with. ▉▉▉ stated that
▉▉ lives in a house with ▉▉ mother Michelle, Dad Jim Bob, ▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. ▉▉▉▉ said they also have one dog named
Jazmine and six cats. ▉▉▉ said ▉▉ also lives with ▉▉▉ Maternal
Grandfather Garrett Ruark. ▉▉ said ▉ is 82yrs. old. ▉▉ said they
live in a house in Tontitown.

    Inv. Taylor asked ▉▉▉ what ▉▉▉ liked to do for fun. ▉▉▉▉ said
▉▉ likes the kitchen. ▉▉ said ▉▉ likes to cook and come up with new
recipes. ▉▉ said ▉▉ is in charge if the dinner meal in ▉▉ home.

    Inv. Taylor asked ▉▉▉ if ▉▉ goes to school. ▉▉▉ said ▉▉ is
home schooled and trying for ▉▉ G.E.D. ▉▉ said ▉▉ mother is the
teacher. ▉▉▉ said ▉▉ loves being home schooled. ▉▉▉ said ▉▉ likes
being together with ▉▉ family. ▉▉ said if ▉▉ can get along with ▉▉
brothers and sisters, you can get along with anyone. Inv. Taylor
asked ▉▉▉ what ▉ favorite subject was. ▉▉▉ said it was Spelling
and English. ▉▉▉ said ▉▉ least favorite was Math.

    Inv. Taylor then asked if ▉▉ knew why ▉▉ was there for
interview and if anyone talked with ▉▉ about it. ▉▉▉ said ▉▉ was
not sure. ▉▉▉ said ▉▉ mom and dad talked with ▉▉.

    Inv. Taylor asked ▉▉ what happened. ▉▉▉ said ▉▉ could not
remember what happened. ▉▉ said ▉▉▉▉▉▉▉ did something to ▉▉▉
▉▉▉▉▉▉▉. ▉▉▉ said ▉▉ did not know what happened. ▉▉ said it
happened to ▉▉▉▉▉▉▉▉▉

    Inv. Taylor again asked what happened to ▉▉▉▉▉▉ said ▉▉
can't remember what happened. ▉▉ said ▉▉ was not told any details.
▉▉ said ▉▉ only knows bits and pieces. ▉▉ said ▉ did something and
then told ▉▉ dad. ▉▉ said ▉▉ and the ▉▉▉▉▉▉ were eating

```
--------------------------------------------------------------------
Date:  5/19/15          SPRINGDALE POLICE DEPARTMENT        Page:      26
Time:  14:49:26              Offense Report              Program: CMS301L
--------------------------------------------------------------------
```

                                        1-06-006986  (Continued)
out with their parents and grandfather. ▮ said that ▮ called
their father and asked them to come home because ▮ had done
something. ▮ said all the kids from ▮ up went to eat. ▮ said
that ▮ asked them to come home because ▮ needed forgiveness. ▮
said ▮ was not sure, but thinks that ▮ touched ▮ while ▮
was sitting on ▮ lap. ▮ said ▮ touched ▮ inappropriately. ▮
said ▮ was told by their father what ▮ had done.

▮ said that later ▮ told the family that ▮ did something
wrong. ▮ said that ▮ then talked to ▮
▮ and told them what happened and asked for forgiveness. ▮
▮ said that ▮ went away for three months to a training center. ▮
▮ said that the center was for ▮ with struggles. ▮ said
that ▮ worked and read scriptures. ▮ said ▮ went in July. ▮
said that due this incident, ▮ was
called off.

▮ said that ▮ father took ▮ to a State Trooper and told
him what ▮ had done.

   Inv. Taylor asked how ▮ was since ▮ had come home from
treatment. ▮ said that ▮ has been good since ▮ had been home. ▮
said that this entire incident had brought the family closer to God.

   Inv. Taylor pulled out an anatomical drawing of a female. Inv.
Taylor asked ▮ if there was anywhere on ▮ body where no-one
should touch. ▮ said pointed to ▮ Breasts and private (vagina).
Inv. Taylor asked if anyone had touched ▮ on those areas. ▮ said
no. Inv. Taylor asked if anyone had ever asked ▮ to touch them or
make ▮ do anything ▮ did not want to do. ▮ said no. Inv. Taylor
asked if ▮ if ▮ had any worries, concerns or if ▮ was scared.
▮ sad no. ▮ said the only person that ▮ is concerned of is a
▮ said ▮ is ▮ said that ▮
just makes the ▮ uncomfortable. ▮ said that ▮ had put ▮ hand
on ▮ hip in the past.

   Inv. Taylor then ended the interview. dh/9367

*************************** N A R R A T I V E  # 13 ***************************
▮ INTERVIEW   Reported By: HIGNITE, DARRELL D.      12/12/06
              Entered By.: HIGNITE, DARRELL D.      12/14/06
              Reviewed By: ANDREADIS, LEE           12/21/06

   On Tuesday, December, 12th, 2006 at approximately 0900hrs
Detective D. Hignite made contact with State Police Investigator W.
Taylor at the Springdale Children's Safety Center in reference to
victim and witness interviews with the ▮

   Det. Hignite and Inv. Taylor went over the report and then
started the interviews. The following is a summary of the interview
with ▮ at approximately 1336hrs. For the detailed
interview a transcript or DVD of the interview can be requested.

1-06-006986   (Continued)

Inv. Taylor asked ▆▆▆▆▆ if ▆ goes to school. ▆▆▆▆▆
said ▆ is home schooled. ▆ said ▆ mother is the teacher. ▆
said ▆ likes school. Inv. Taylor asked ▆▆▆▆▆ what
favorite subject was. ▆▆▆▆▆ said ▆ did not have a least favorite
subject in school.

Inv. Taylor asked ▆▆▆▆▆ what ▆ liked to do for fun. ▆
said that ▆ likes to build things and work on cars. Inv. Taylor
asked if ▆ had ▆ driver's license. ▆ said ▆ did not. ▆ said
just likes to work on them. ▆ said ▆ also likes to train dogs. ▆
said they have one dog at ▆ home and ▆ had trained her.

Inv. Taylor then asked ▆▆▆▆▆ who ▆ lived with. ▆▆▆▆▆
stated that ▆ lives in a house with ▆ Dad Jim Bob, Mother Michelle,
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ said they also have one dog
named Jazmine that ▆ had trained on the leash. ▆ said she is an
outside dog. ▆ also said they have a lot of cats. ▆ said maybe six.

Inv. Taylor then asked if ▆ knew why ▆ was there for interview.
▆▆▆▆▆ said that it was about what ▆▆▆ did. ▆ said that
▆ touched ▆▆▆▆▆▆▆▆▆▆▆ said that ▆ touched ▆
▆▆▆▆▆. Inv. Taylor asked ▆▆▆▆ how
knew this. ▆ said that ▆ mother and dad told them during a family
meeting. ▆ said they told them that ▆ touched ▆
inappropriately. ▆ said that ▆ did not talk to ▆ about it.

▆▆▆▆▆▆▆ said that they had two family meetings about ▆▆▆
▆ said that during the first meeting they talked about ▆▆▆
touching the ▆▆▆▆ inappropriately. ▆ said that one year later
▆ did it again to ▆▆▆▆▆▆ said that ▆▆▆▆ went away for
three months. ▆ said that that ▆▆▆▆ told the State Police what
happened, and then ▆▆▆▆ went to Little Rock for training.

Inv. Taylor asked how ▆▆▆▆ was since ▆ had come home from
treatment. ▆ said that ▆ has been good since ▆ had been home.

Inv. Taylor asked ▆▆▆▆▆ if there was anywhere on ▆ body
where no-one should touch. ▆ said on ▆ private areas. Inv. Taylor
asked if anyone had touched ▆ on those areas. ▆▆▆▆▆ said no.

Inv. Taylor asked who baby sits when their parents are gone. ▆
said that ▆ grandmother or older sisters. ▆▆▆▆ said ▆ does
not baby sit unless it is for a short time. Inv. Taylor asked if
▆▆▆▆ baby sits for the family ▆ said that ▆ does sometimes with
another family member.

Inv. Taylor asked if anyone talked to ▆ about the incident. ▆
said that ▆ mother and father told ▆ Inv. Taylor asked if they

```
------------------------------------------------------------------
Date:  5/19/15            SPRINGDALE POLICE DEPARTMENT        Page:     28
Time: 14:49:26                  Offense Report          Program: CMS301L
------------------------------------------------------------------
```

                                        1-06-006986  (Continued)

asked ▓ not to talk. ▓ said no.

     Inv. Taylor asked about the training camp that ▓ was sent
to. ▓ said it was in Little Rock. ▓ said that it was a Christian
place. ▓ said that ▓ dad knows the guy that is in charge of
the center. ▓ said that ▓ went to help re-model a building.

     Inv. Taylor asked who ▓ told in the church. ▓ said
that they told the elders of their church. Inv. Taylor asked for their
names. ▓ said that ▓ did not want to tell ▓ said that
she needed to ask ▓ father.

     Inv. Taylor then ended the interview. dh/9367

*************************** N A R R A T I V E  # 14 ***************************
▓ INTERVIEW   Reported By: HIGNITE, DARRELL D.          12/12/06
                  Entered By.: HIGNITE, DARRELL D.          12/14/06
                  Reviewed By: ANDREADIS, LEE              12/21/06

     On Tuesday, December, 12th, 2006 at approximately 0900hrs
Detective D. Hignite made contact with State Police Investigator W.
Taylor at the Springdale Children's Safety Center in reference to
victim and witness interviews with the ▓

     Det. Hignite and Inv. Taylor went over the report and then
started the interviews. The following is a summary of the interview
with ▓ at approximately 1355hrs. For the detailed
interview a transcript or DVD of the interview can be requested.

     Inv. Taylor started the interview by getting to know ▓. Inv.
Taylor started by drawing ▓ face on a sheet of paper. They drew
a circle and placed eyes, nose, hair, and ears on the drawing.

     Inv. Taylor then asked ▓ who ▓ lived with and what type of
home ▓ lived in. ▓ stated that ▓ lives in a house with ▓ Dad
Jim Bob, mother Michelle, ▓
▓ ▓ said
they also have one dog named Jazmine, four kittens, and two cats. ▓
said ▓ also lives with ▓ grandfather Garrett.

     Inv. Taylor asked ▓ if ▓ goes to school. ▓ said ▓ is
home schooled. ▓ said ▓ mother is the teacher. Inv. Taylor asked
what ▓ favorite subject in school was. ▓ said ▓ likes
spelling. Inv. Taylor asked what ▓ least favorite subject was. ▓
said it was math.

     Inv. Taylor asked ▓ what ▓ liked to do for fun. ▓ said
▓ likes to play Baseball in ▓ yard with friends. ▓ said ▓ also
likes to play Broom ball at the Jones Center.

1-06-006986  (Continued)

Inv. Taylor pulled out an anatomical drawing of a male and female
for body part identification. ▓▓▓▓ identified the body parts on a
male as: head = hair, nose = nose, Chest = Chest, Arm =Arm, Penis =
Pee Pee Holder, Foot = Toes, neck = neck, back = back, buttocks =
Butt, and leg = leg. ▓▓▓▓ identified the body parts on a female as:
Eyes = Eyes, Mouth = Mouth, Chest = Chest, Belly Button = Belly
Button, Vagina = Pee Pee Holder, Knee = Knee Cap, Foot = Toe, Head =
Hair, Arm = Shoulder, Buttocks = bottom, and Feet = Foot.

Inv. Taylor then asked about touches ▓▓ likes to get. ▓▓▓▓ said
▓▓ liked it when ▓▓ mom and dad scratched ▓▓ back. ▓▓▓▓ said that
hugs were okay. ▓ said that ▓ kisses from ▓ mother and dad was
okay. ▓ said ▓ did not like high fives. Inv. Taylor then asked if
there were any touches ▓ did not like. ▓ said no. Inv. Taylor asked
▓▓▓ if there was anywhere on ▓ body where no-one should touch. ▓
said ▓ did now know where. Inv. Taylor asked if it was okay to be
touched on your nose. ▓ said yes. Inv. Taylor asked if it was okay to
be touched on your arm. ▓ said yes. Inv. Taylor asked if it was okay
to be touched on ▓ chest. ▓ said yes. Inv. Taylor asked if it was
okay to be touched on ▓ Pee Pee Holder. ▓ said no. Inv. Taylor
asked if it was okay to be touched on ▓ back. ▓ said yes.

Inv. Taylor then asked if it was okay to be touched on you
bottom. ▓ said sometimes. Inv. Taylor asked if anyone had touched
▓ said no. ▓▓▓ asked when someone touched ▓ on the bottom.
▓ said that when ▓ gets into trouble. ▓ said that ▓ is touched
when ▓ is spanked. Inv. Taylor asked if anyone asked ▓ to touch
them. ▓ said no.

Inv. Taylor asked ▓▓▓ about getting spanked. ▓ said that when
▓ is bad that ▓ mother and dad spank ▓. Inv. Taylor asked what
they use to spank. ▓ said they have a rod. Inv. Taylor asked if they
do this to all the kids. ▓ said yes. Inv. Taylor asked if they leave
any bruising. ▓ said no.

Inv. Taylor asked if ▓ mother and dad told ▓ why ▓ was
there. ▓ said they told ▓ that Inv. Taylor was going to ask ▓
questions. ▓ said that ▓ did not know anything else. ▓▓▓ said ▓ was
unsure what was going on.

Inv. Taylor asked ▓▓▓▓ if ▓ had any worries, concerns or if ▓
was scared. ▓ said no. ▓▓▓ said it's been good at home.

Inv Taylor asked if ▓ had seen anyone touched someone else's Pee
Pee Holder or chest. ▓ said no. ▓ asked if ▓ mother or dad
questioned ▓ about any touches. ▓ said no.

Inv. Taylor then ended the interview. dh/9367

*************************** N A R R A T I V E   # 15 *************************
MICHELLE DUGGAR CONTACT    Reported By: HIGNITE, DARRELL D.              12/12/06
                           Entered By.: HIGNITE, DARRELL D.             12/14/06

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  5/19/15            SPRINGDALE POLICE DEPARTMENT              Page:     30
Time: 14:49:26                  Offense Report               Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

                                      1-06-006986  (Continued)
                          Reviewed By: ANDREADIS, LEE                 12/21/06

        On Tuesday, December, 12th, 2006 at approximately 1415hrs
   Detective D. Hignite made contact with Mrs. Michelle Duggar in
   reference to an interview with ▓▓▓▓▓▓

        Det. Hignite handed Mrs. Duggar a business card and asked her to
   give it to ▓▓▓▓ for interview. Det. Hignite asked her if they could
   bring ▓▓▓ to the Springdale Police Department tomorrow. She said they
   will bring ▓▓▓ in on Wednesday, December 13th, 2006 at 1300hrs.

        Det. Hignite then asked Mrs. Duggar about the training center
   they sent ▓▓▓▓ to. She said it was not really a training center.
   Det. Hignite asked if the guy ▓▓▓▓ talked to was a certified
   Counselor. She said no. She said it was a guy they know in Little Rock
   that is remodeling a building. Det. Hignite asked if the guy was more
   of a mentor. She said kind of.

        Det. Hignite thanked her for her time and ended contact.

   *************************** N A R R A T I V E   # 16 ************************
   STATE POLICE W. TAYLOR     Reported By: HIGNITE, DARRELL D.        12/13/06
                              Entered By.: HIGNITE, DARRELL D.        12/14/06
                              Reviewed By: ANDREADIS, LEE             12/21/06

        On Wednesday, December 13th, 2006 at approximately 0745hrs
   Detective D. Hignite was called by State Police Investigator W. Taylor
   in reference to the interview with ▓▓▓▓▓▓

        Inv. Taylor called Det. Hignite and informed him that contact was
   made with ▓▓▓▓▓▓ and ▓▓▓ is coming in for interview this
   morning at the Springdale Children's Safety Center at 0830hrs. Det.
   Hignite advised that he will meet her at the Safety Center.

   *************************** N A R R A T I V E   # 17 ************************
   ▓▓▓▓▓▓ INTERVIEW  Reported By: HIGNITE, DARRELL D.        12/13/06
                              Entered By.: HIGNITE, DARRELL D.        12/14/06
                              Reviewed By: ANDREADIS, LEE             12/21/06

        On Wednesday, December, 13th, 2006 at approximately 0830hrs
   Detective D. Hignite made contact with State Police Investigator W.
   Taylor at the Springdale Children's Safety Center in reference to
   victim interview with ▓▓▓▓▓▓▓.

        Det. Hignite and Inv. Taylor went over the report and then
   started the interview. The following is a summary of the interview
   with ▓▓▓▓▓▓▓▓ at approximately 0830hrs. For the
   detailed interview a transcript or DVD of the interview can be
   requested.

        Inv. Taylor started the interview by getting to know ▓▓▓ and
   getting ▓▓ personal information.

```
-----------------------------------------------------------------------
Date:   5/19/15              SPRINGDALE POLICE DEPARTMENT          Page:      31
Time:  14:49:26                    Offense Report              Program: CMS301L
-----------------------------------------------------------------------
```

1-06-006986   (Continued)

Inv. Taylor then asked if ▓▓ knew why ▓▓ was there for
interview and if anyone talked with ▓▓ about it. ▓▓ said that it
was over something that happened four years ago. ▓▓ said ▓▓ had
apologized to ▓▓ for what ▓▓ had done four years ago. ▓▓ then
stated that it all came out because of a letter.

Inv. Taylor asked ▓▓ to start from the beginning. ▓▓ said
that it happened when ▓▓ was asleep. ▓▓ said that approximately
three and a half to four years ago ▓▓ parents got a phone call from
Jim Bob and Michelle. ▓▓ said they told ▓▓ parents that they needed
to talk with them. ▓▓ said that later ▓▓ and the Duggars came and
apologized to ▓▓ said that ▓▓ told ▓▓ that ▓▓ touched
while ▓▓ was sleeping. ▓▓ said it only happened one time.

Inv. Taylor asked where this happened. ▓▓ said ▓▓ was in the
living room sleep on the Duggar's couch. ▓▓ said that everyone was
home when it happened. ▓▓ said ▓▓ were in their room. ▓▓ said
▓▓ can remember when ▓▓ spent the night with the Duggars but not the
assault. ▓▓ said ▓▓ was told that ▓▓ was touching ▓▓ on the
breasts. . ▓▓ said ▓▓ had not been around ▓▓ since the incident.

Inv. Taylor asked ▓▓ how the report came out. ▓▓ said that
▓▓ was told that someone wrote a letter about the incident and put it
inside of a book. ▓▓ said ▓▓ heard that someone found the letter and
disclosed something.

▓▓ said that ▓▓ apologized to ▓▓ over the phone. ▓▓ said
that ▓▓ was in Little Rock and asked ▓▓ to forgive ▓▓ for what ▓▓
had done.

Inv. Taylor then ended the interview. dh/9367

```
*************************** N A R R A T I V E   # 18 ***************************
JOEL HUGGINS CONTACT      Reported By: HIGNITE, DARRELL D.          12/13/06
                          Entered By.: HIGNITE, DARRELL D.          12/14/06
                          Reviewed By: ANDREADIS, LEE  .            12/21/06
```

On Wednesday, December 13th, 2006 at approximately 1153hrs
Detective D. Hignite received a phone call from Private Attorney Joel
Huggins in reference to the Duggar Family.

Mr. Huggins stated that he had been contacted by Jim Bob Duggar
and was asked to represent ▓▓▓. Mr. Huggins stated that he was not
sure if he was going to represent them, but wanted to know about the
time for interview. Det. Hignite advised him of the scheduled time.
Mr. Huggins asked to reschedule the appointment for Thursday,
December, 21st, 2006 at 1330hrs.

Det. Hignite then ended the phone call. dh/9367

```
*************************** N A R R A T I V E   # 19 ***************************
```

```
----------------------------------------------------------------------
Date:  5/19/15          SPRINGDALE POLICE DEPARTMENT          Page:   32
Time: 14:49:26               Offense Report              Program: CMS301L
----------------------------------------------------------------------
```

                                        1-06-006986  (Continued)
STATE POLICE W. TAYLOR      Reported By: HIGNITE, DARRELL D.      12/14/06
                            Entered By.: HIGNITE, DARRELL D.      12/14/06
                            Reviewed By: ANDREADIS, LEE           12/21/06

    On Thursday, December 14, 2006, at approximately 0834hrs
Detective D. Hignite received a phone call State Police Investigator
W. Taylor in reference to the reported letter.

    Det. Hignite received a phone call from Inv. Taylor. Inv. Taylor
stated that she had found out who had written the letter that started
this investigation. She said she talked to ▓▓▓▓▓▓ and found that
▓▓▓▓▓▓ was the person who wrote the letter. ▓▓▓▓▓ was the
person that ▓▓▓▓▓ was supposed to have ▓▓▓▓▓▓▓ with
until the allegations started.

    Inv. Taylor stated that after the letter was written it was
placed inside of a book. The book was later loaned to ▓▓▓▓▓▓
from ether Elm Springs or Cave Springs. The person that disclosed this
information did not know the ▓▓▓▓▓▓▓▓ first names. They
allegedly have the letter.

    Inv. Taylor stated that ▓▓▓▓▓▓ is the person who had written
the e-mail to the Oprah show and is ▓▓▓▓▓▓▓▓. Inv. Taylor
gave Det. Hignite a phone number for the ▓▓▓ family to make contact
with ▓▓▓▓▓. dh/9367

```
************************** N A R R A T I V E   # 20 **************************
```
JIM BOB DUGGAR          Reported By: HIGNITE, DARRELL D.      12/19/06
                        Entered By.: HIGNITE, DARRELL D.      12/19/06
                        Reviewed By: ANDREADIS, LEE           12/21/06

    On Tuesday, December 19, 2006 at approximately 1300hrs Detective
D. Hignite received a voice mail from Jim Bob Duggar in reference to
the interview with ▓▓▓▓▓▓

    Det. Hignite received a voice mail from Mr. Duggar stating that
▓▓▓▓▓▓ had hired an attorney and will not be coming in for interview
on Thursday. dh/9367

```
************************** N A R R A T I V E   # 21 **************************
```
FINS                    Reported By: HIGNITE, DARRELL D.      12/20/06
                        Entered By.: HIGNITE, DARRELL D.      12/20/06
                        Reviewed By: ANDREADIS, LEE           12/21/06

    On Wednesday, December 20, 2006 at approximately 1320hrs
Detective D. Hignite filled out a Family In Needs of Services
Affidavit and will fax it to the Washington County FINS office for a
FINS case.

    Det. Hignite will also forward this to the Washington Co.
Prosecutor's Office for review. Det. Hignite had not been able to
locate an offence inside of the statue of limitations of three years

```
-----------------------------------------------------------------------------
Date:  5/19/15                SPRINGDALE POLICE DEPARTMENT        Page:      33
Time: 14:49:26                     Offense Report              Program: CMS301L
-----------------------------------------------------------------------------
```

                                              1-06-006986   (Continued)

        for sexual assault. dh/9367

*************************** N A R R A T I V E   # 22 *********************
JOEL HUGGINS CONTACT            Reported By: HIGNITE, DARRELL D.           12/20/06
                                Entered By.: HIGNITE, DARRELL D.          12/20/06
                                Reviewed By: ANDREADIS, LEE               12/21/06

        On Wednesday, December 20th, 2006 at approximately 1440hrs
Detective D. Hignite received a phone call from Private Attorney Joel
Huggins in reference to the Duggar Family.

        Mr. Huggins stated that he decided not to represent the Duggar
family and wanted it to be noted that he is not the attorney of
record. Mr. Huggins stated that he referred the Duggar family to Mr.
Kent McLemore in Fayetteville. Mr. Huggins stated that he talked with
Mr. McLemore this morning and Mr. McLemore declined to represent the
Duggar family also. Mr. Huggins stated that he is unaware of who is
representing the family.

        Det. Hignite then ended the phone call. dh/9367

*************************** N A R R A T I V E   # 23 *********************
JIM BOB DUGGAR                  Reported By: HIGNITE, DARRELL D.           12/20/06
                                Entered By.: HIGNITE, DARRELL D.          12/20/06
                                Reviewed By: ANDREADIS, LEE               12/21/06

        On Wednesday, December 20th, 2006 at approximately 1451hrs
Detective D. Hignite called Jim Bob Duggar on his cell phone in
reference to the interview with ████████████████.

        Det. Hignite called Mr. Duggar and got his voice mail. Det.
Hignite left a message for Mr. Duggar to call back so Det. Hignite can
make contact with ███████████████.  dh/9367

*  *  *  *  *  *  *  *  *  *  *  *  *  * END OF REPORT *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *