# AFFIDAVIT OF SHERRL COLVILLE

STATE OF ARKANSAS )
) ss:
COUNTY OF WASHINGTON )

Comes the affiant, Sherrl Colville, and hereby truthfully states:

1. I am over the age of eighteen (18) and have personal knowledge of the information contained in this affidavit. I am from Springdale, Arkansas and I have personal knowledge that information regarding Josh Duggar's molestation of his sisters and a babysitter were well known throughout the community in Northwest Arkansas before the release of the Springdale police report in May of 2015.

2. On or about January 10th, 2015, I took a picture of Tandra Barnfield, who is my sister, and her girlfriend Samantha Muzny, kissing in front of the Duggar residence and posted the photograph on the Duggar Facebook page. We posted this photograph in response to Michelle Duggar's public opposition to the City of Fayetteville's anti-discrimination ordinance as well as a request by Michelle Duggar for couples to post pictures of them kissing. Tandra Barnfield, Samantha Muzny and I also posted the photograph on other personal social media pages.

3. The picture went viral and both Tandra Barnfield and I were contacted by members of the press as to the reason this picture was receiving so much attention.

4. At around this same time, a friend who is a past high school teacher contacted me about the photograph and in that conversation reminded me of the allegations that Josh Duggar molested some of his younger sisters and another several years ago in the past. I recalled that I had heard about the allegations a number of years ago. I attended High School with Michelle Duggar and my cousin lived near the Duggar's residence. I recall hearing about the Josh Duggar molestation accusations from people in the community a number of years before the May 2015 stories were published in *In Touch Weekly*.

5. I then told Tandra Barnfield about the molestation allegations involving Josh Duggar. Tandra Barnfield was soon thereafter contacted by *In Touch Weekly* reporter, Melissa Roberto, regarding the photograph. Tandra Barnfield told Melissa Roberto about the molestation allegations involving Josh Duggar. Tandra Barnfield told Melissa Roberto she should contact me for more details of this story.

6. *In Touch Weekly* reporter, Melissa Roberto, then contacted me and I informed her about the details of the molestation allegations involving Josh Duggar. I also informed Melissa Roberto that I knew of an individual who had read the police report regarding the allegations of molestation.

7. I then contacted Cecil Clifton, who had previously worked for the Springdale Police Department. Cecil Clifton told me that a police report of Josh Duggar regarding the molestation

EXHIBIT 12

incidents did exist at the Springdale Police Department and that he had read the report. I then contacted Melissa Roberto with the information that Cecil Clifton had told me about the police report at the Springdale Police Department.

8. A number of days after these conversations I have outlined above, *In Touch Weekly* published the story about the molestation accusations. After the publication of these stories, it became known through various news stories about my involvement with *In Touch Weekly* stories regarding Josh Duggar. Following the publication of the stories about Josh Duggar in *In Touch Weekly*, I have talked to many people who have informed me that they were aware of the molestation accusations before the publication of the *In Touch Weekly* stories about Josh Duggar.

FURTHER AFFIANT SAYETH NOT.

_____
Sherrl Colville

STATE OF ARKANSAS        )
COUNTY OF WASHINGTON     )

Subscribed and sworn to this ___4th___ day of October 2021.

_____
Notary Public

My commission expires: 8/29/28

TAYLOR RENEE LEWIS
Washington County
Commission Number 12705477
Notary Public - Arkansas
My Commission Expires August 29, 2028