IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JILL DILLARD, JESSA SEEWALD,  　　　　　　　　　　　　　　　PLAINTIFFS
JINGER VUOLO, and JOY DUGGAR

vs.　　　　　　　　　CASE NO. 5:17-5089-TLB

CITY OF SPRINGDALE, ARKANSAS;　　　　　　　　　　　　　　　DEFENDANTS
WASHINGTON COUNTY, ARKANSAS;
KATHY O'KELLEY, in her individual and
official capacities;
ERNEST CATE, in his individual and official capacities;
RICK HOYT, in his individual and official capacities;
STEVE ZEGA, in his official capacity;
And DOES 1-10, inclusive

### DECLARATION OF CHIEF MIKE PETERS, SPRINGDALE POLICE DEPARTMENT

I, Mike Peters, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18 and have personal knowledge of the information set forth in this Declaration.

2. I am an employee of the City of Springdale, Arkansas, and currently serve as a Chief of Police for the Springdale Police Department.

3. I have been employed as a police officer with the Springdale Police Department since June 1, 1991.

4. I was promoted to interim Chief of Police on July 1, 2015, and appointed to Chief of Police in September of 2015 and have remained in that position since that time.

5. On May 26, 2015, Chief Kathy O'Kelley, then Chief of the Springdale Police Department, directed Captain Coger, who was a Lieutenant at the time, to conduct an internal investigation into the possible unauthorized release of Springdale Police Department Report Number 01-06-006986 to outside sources.

EXHIBIT 13

6. At the conclusion of the investigation, Captain Coger reported the results of his Internal Affairs Investigation Report in Case No. IA 2015-0002 to me and I reviewed the IA Report.

7. The Internal Affairs Investigation conducted revealed no evidence that a currently employed Springdale Police Department employee or any currently employed individual of the City of Springdale inappropriately released information of any type of document or information, which involved the Duggar Family, prompting the InTouch Magazine's release of Report 1-06-006986.

8. This Internal Affairs Investigation conducted revealed no evidence that any laws, policies and procedures, rules and regulations, or the City of Springdale personnel and procedures manual directives were violated by any currently employed Springdale Police Department employee or any currently employed individual of the City of Springdale.

9. The Internal Affairs Investigation conducted revealed no evidence of any wrongdoing on the part of retired Chief Kathy O'Kelley.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: October 4, 2021

                                                                         */s/ Mike Peters*
                                                                         MIKE PETERS, CHIEF
                                                                         SPRINGDALE POLICE DEPARTMENT