## **AFFIDAVIT**

STATE OF ARKANSAS     )
                               )    ss:
COUNTY OF PULASKI     )

Comes now Abtin Mehdizadegan, and states, upon oath, the following:

1.     I am a citizen of the State of Arkansas. I am a licensed attorney and practice with Cross, Gunter, Witherspoon and Galchus, P.C.

2.     I am competent to execute this Affidavit. I execute this Affidavit on my own free will. I received no compensation in connection with my drafting and execution of this Affidavit.

3.     I am not at liberty to disclose any attorney-client privileged information or work product, and the information that I have provided in this Affidavit is carefully limited to information that is already within the public domain. Subject to these limitations, the information provided in this Affidavit is based on my own personal knowledge, information, and belief.

4.     As reported, on May 15, 2015, I sent requests under the Arkansas Freedom of Information Act (FOIA) to the City of Springdale and Washington County seeking public records regarding Josh Duggar, his parents, and their associates.

5.     I made the requests in my own name and under my law firm's letterhead.

6.     As was publicly reported by the Arkansas Times, on May 20, 2015 at 1:09 p.m., I sent a letter by fax to the Warden's Office of the Wrightsville Hawkins for Males Unit, requesting an interview with Joseph T. Hutchens, a former Arkansas State Trooper who was housed in that prison for what I believe was his second child porn-related conviction. Attached hereto is a true and correct copy of that letter.

1



7.     On May 20, 2015 at 8:54 p.m., I received an email from Springdale Police Chief Kathy O'Kelley with an attachment that constituted the City of Springdale's response to my FOIA request from May 15, 2015. This 33-page attachment contained significant redactions. The redacted Springdale reports confirmed much of the information that had already been made public before that date.

8.     For instance, a basic Google search would return results linked to various gossip blogs and websites that accused Josh Duggar of child molestation, some almost a decade before I received Kathy O'Kelley's email on May 20, 2015 at 8:54 p.m. Specifically, on May 22, 2007, an individual under the pseudonym of "Alice" posted the following information on a blog that was hosted by ibiblio.org:

> Alice Says:
>
> May 22nd, 2007 at 7:03 pm
>
> Let me tell you something about the precious Duggars that you don't know.
>
> . . .
>
> Oprah was informed that Josh, the oldest son, had been molesting his sisters. Yes, this is the truth. Oprah turned them over to the Arkansas State Police Child Protection Agency and the Washington County Child Protection Agency. They have been investigated to some length. Jim Bob Duggar told the producers of the show that he built a small church out back for his followers. HIS FOLLOWERS. GET REAL. THE MAN IS A FRAUD. In April, they were in court with their story. They have to report to Arkansas Department of Human Services every six months.. They have lied and lied about their son to protect him at their daughters expense. For some unknown reason the boy is still in the home with the girls. God only know if this is still going on. In my eyes he is a CHILD MOLESTOR. HE SHOULD BE REMOVED FROM THE HOME. What kind of parents cover up for one child and hurt the others. I do not believe that this is what God has in mind for them. Frauding the American people and taking their money and living off of it.
>
> . . .

2

> They twist their words to make them look good and and look like devoted parents and a great big happy family. Nothing could be further from the truth. If you don't believe me, contact the Arkansas State Police Child Protection Agency in Bentonville, Ar. and the Washington County Child Protection Agency in Fayetteville. It will be worth the time and effort to read all about it. There is a lot more that I could go into but I simply do not have that much time.

This post—and several other comments that "Alice" submitted—can be accessed through Wayback Machine, an internet archive, at the following web address: https://web.archive.org/web/20070821033122/http://www.ibiblio.org/bascha/blog/2 006/03/21/gigantic-family-day-on-tlc/ (Archived Blog). These Archived Blog posts indicated Alice's personal knowledge of Josh Duggar's conduct, to wit:

- **May 24th, 2007 at 3:05 pm:** "People, trust me or not. I know this for a fact. God's honest truth that the molestation happened. It happened to four of his 5 sisters. The oldest daughter was not touched. The second daughter is the one who caught him doing this. There was no rape involved, but molested. I could go into detail, but I won't. . . . Jim Bob and Michelle are very aware of this happening and have chosen to protect Josh over his sisters. The family is to report to DHS every six months and that the girls are in counciling."

- **May 25th, 2007 at 4:05 pm:** ". . . [L]ike you I was always very supportive of the Duggars. I've been in their home. I've even gone to church with them. Something just didn't feel right. For some reason I didn't trust Jim Bob. Then the truth came out about his son. He is the one that told what happened. Josh got up in front of the church and ask for forgiveness and all that stuff, but he was secretly still up to no good. I really don't know how long it had been going on before it came out, but even after it did Josh pretented to be this sweet all American boy who loved his family. All the time he was going on Prono sites on the internet and watching all the filth that it has. The temptation was too much and he explored with his sisters. . . . I know the person that contacted Oprah and told her that the family is not as pure as they seem. They were taking Oprah, the Discovery Health Channel, TLC Channel and everyone else that they have appeared on for a big ride. . . . It was Oprah's decision the turn them over the the authorities. Oprah is not the only one that has turned them in for child abuse. Of course you can't find any records on this. It is all sealed behind closed doors. The truth needs to be told and I have made it my mission to stop this from happening. They are frauds and living off of the good graces of other people. I've watch them on the Montel Williams show and I wanted to throw up. It made me sick inside to know what I know and to watch them get in front of a TV camera and lie.

- **May 28th, 2007 at 2:52 pm:** "First it was the pornography that he asked forgiveness for and later the rest came out..Not in church, but to some of the church members. Use your own judgement on this matter. I know what the truth is and that's all I'm gonna say about it. I'm sure you have the Duggar's phone number, if not it is listed in the book."

*Id.*

9.      The information revealed in Springdale's FOIA production, albeit redacted, closely aligned with some of the allegations posted by "Alice" in the Archived Blog.

10.      On May 21, 2015, I sent my paralegal to interview Joseph Hutchens at the prison. She audio-recorded this interview and brought the recording back to me. I listened to the recording that afternoon. Mr. Hutchens' interview responses told the whole story of the alleged molestations, including, but not limited to the fact that Josh Duggar's sisters were among his victims. Details regarding this interview were eventually made public.

11.      On May 27, 2015, I received, by U.S. Mail, Washington County's response to my FOIA request from May 15, 2015. This 7-page attachment also contained substantial redactions. The redacted Washington County reports added no new information or details that were not already public since at least 2007. Of course, several articles had already been published by various media outlets prior to my receipt of Washington County's response.

12.      To the best of my recollection, my client's relationship with my law firm was revealed publicly for the first time on or about May 28, 2015.

13.      I believed then, as I do now, that the FOIA requests I sent to Springdale and Washington County were entirely appropriate. The Arkansas FOIA, which is among the most liberal public records laws in the country, sets forth a legal process through

which to obtain records from public entities. This is the process that was followed in obtaining the records at issue.

This concludes my Affidavit.

Abtin Mehdizadegan                                    Date   10-5-2021

**NOTARY PUBLIC**

On this 5th day of October, 2021, before me, the undersigned Notary Public, personally appeared Abtin Mehdizadegan, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF I hereunto set my hand and official seal.

Notary Public

My commission expires:

(SEAL)   NOTARY SEAL
ARKANSAS
BRENDA F. MURRAY
No. 12374297
PULASKI COUNTY
My Commission Expires 11-5-2022

5

May. 20. 2015  1:09PM   CGWG                                    No. 6801   P. 2

# CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.

ATTORNEYS AT LAW
LITTLE ROCK | SPRINGDALE

J. Bruce Cross
Carolyn B. Witherspoon
Donna Smith Galchus
M. Stephen Bingham
Richard A. Roderick
Misty Wilson Borkowski
Missy McJunkins Duke
Cynthia W. Kolb
Amber Wilson Bagley
J. H. Jess Sweere
Mary Cooper
Joseph A. Ramsey
Gregory J. Northen
Abtin Mehdizadegan

*Of Counsel*
Robin Shively Brown
Laura D. Johnson

Russell Gunter (1950-2013)

500 President Clinton Avenue, Suite 200
Little Rock, AR 72201
Telephone (501) 371-9999
Fax (501) 371-0035

*Mailing Address*
P.O. Box 3178
Little Rock, AR 72203

www.cgwg.com

May 20, 2015

Warden's Office                                    *VIA Fax:* (501) 897-5716
Wrightsville Hawkins for Males Unit
Arkansas Department of Corrections
P.O. Box 1000
Wrightsville, AR 72183-1000

### RE:   ATTORNEY INMATE INTERVIEW REQUEST
Hutchens, Joseph T, DC# 138022; DOB: 03/25/1946

To Whom It May Concern:

This letter is a request for an interview with the following inmate: Joseph T. Hutchens, DC# 138022, DOB 03/25/1946. I believe Mr. Hutchens is housed in Wrightsville Hawkins for Males. Mr. Hutchens may have critical information relevant to my client's matter. To that end, I request a meeting with Mr. Hutchens. We propose the following dates and times:

May 21, 2015 at 2:30 p.m; or
May 22, 2015 at 10:00 a.m.

Please advise if this request meets with your approval. Either myself or my designee, **Samantha Morris**, will be in attendance. I/we request permission to bring an electronic digital audio recording device into the Unit.

Thank you for your time and attention. If you have any questions regarding this request, please do not hesitate to contact me at (501) 212-1814 or abtin@cgwg.com.

Sincerely,

Abtin Mehdizadegan

EXHIBIT

A