**Got A Tip?** **DEADLINE** Breaking Hollywood News Since

FOLLOW US: 

AWARDSLINE | BOX OFFICE | BUSINESS | INTERNATIONAL | VIDEO | CONTENDERS | FESTIVALS | INSIDER

HOME / TV / BREAKING NEWS

# Megyn Kelly Interviews Josh Duggar Victims/Sisters Jill And Jessa – Update

By Lisa de Moraes
June 3, 2015 4:08pm

135 COMMENTS





**UPDATED with quote from one of Josh Duggar's sisters/victims:** "I do want to speak up in his defense, against people who are calling him a child molester or a pedophile or a rapist, some people are saying," Jessa Duggar,



EXHIBIT 16





one of four sisters that Josh Duggar allegedly fondled when he and they were minors, told Fox News Channel's Megyn Kelly in an interview today.

"I'm like, 'that is so overboard and a lie really.' I mean people get mad at me for saying that, but I can say this because I was one of the victims," Jessa said during the interview, which will be telecast on tonight's *The Kelly File*. She described what her brother did as being "very wrong." According to a second report made public this morning by In Touch magazine, Josh Duggar, when he was a teen, allegedly fondled the breasts and genital area of four of his sisters, one of whom was 5-years-old at the time.

**PREVIOUS:** Fox News Channel's Megyn Kelly interviewed two of the Duggar daughters, Jill and Jessa, for tonight's broadcast. It will be the first time any of Josh Duggar's alleged victims have been named. All police reports posted by *In Touch* magazine, which broke the news of Josh Duggar having, when he was a teen, fondled five minors including four of his sisters, redacted the names of the victims.

ADVERTISEMENT

## Deadline Contenders



### Fall Premiere Dates
New and returning series on broadcast, cable and streaming

### Cancellations & Renewals Scorecard
Series that made it or didn't make it in 2020-21

### Fall 2021 Primetime Grid

Broadcast networks' fall lineups and schedules

⊕ POWERED BY CONCERT    FEEDBACK

## Trending on Deadline

**1 /** CAA Signs Phil Dunster, 'Ted Lasso's Jamie Tartt



> **RELATED STORY**
> ## Michelle Duggar Tells Megyn Kelly She Felt Like

**2 /** Emily VanCamp Celebrates Four-Season Run On 'The Resident' As She Exits Series: "It's Such A Bittersweet Moment For Me"



Jessa is now in her early 20s and married to Ben Seewald and expecting her first child. Jill, also in her 20s, is married to Derick Dillard, and has a child.

Kelly's interview with these two particular victims may make it tough for TLC to move ahead with any plan to wipe the ick off the franchise but salvage the audience. When the story first broke, among the ideas being tossed about was maybe dumping *19 Kids And Counting* and instead doing a spinoff series focusing on the two grown and married daughters, who are now living away from parents Jim Bob and Michelle Duggar. Jim Bob and Michelle who, according to police reports, waited more than a year to inform authorities of the alleged fondling of minors that had been going on in their household to minors on

**3 /** 'Power Book III: Raising Kanan': KJ Smith Joins Prequel Series As Recurring



multiple occasions. Adding the victim daughters to Kelly's broadcast also raises questions as to whether Jim Bob and Michelle, in an effort to nuke the spinoff idea, swayed their daughters to participate. So many questions.

To that point, Kelly told Deadline last night, "[Jim Bob and Michelle] very much understand their show and reputation are on the line." But, she said, the Duggars also believe the show "has a chance still. It's not totally done."

"I think they knew they needed to speak to somebody and get their story out," Kelly added — their story being that the information about their son and daughters was "released without their consent."

ADVERTISEMENT

**4 /** 'Law & Order: SVU' Actress Isabel Gillies On Fans' Reactions: "Something Has Seriously Changed" 

**5 /** Damian Lewis Speaks Out On 'Billions' Exit For First Time 

**6 /** Tom Cruise Makes Surprise Appearance At Paramount's CineEurope Presentation; Tells Exhibitors, "We're Out Here For You And We're Never Going To Stop"