```
                IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF ARKANSAS
                        FAYETTEVILLE DIVISION


UNITED STATES OF AMERICA                          PLAINTIFF

v.                                    CASE NO. 5:21-CR-50014

JOSHUA JAMES DUGGAR                               DEFENDANT


_____


              TRANSCRIPT OF DETENTION HEARING

              HELD BY ZOOM VIDEOCONFERENCE

          BEFORE THE HONORABLE CHRISTY COMSTOCK

                       MAY 5, 2021

                   FAYETTEVILLE, ARKANSAS

_____
```

Paula K. Barden, RPR, RMR, Federal Official Court Reporter
35 East Mountain Street, Fayetteville, Arkansas 72701


EXHIBIT 17

```
 1  consideration.
 2              So I'm going to overrule the objection.
 3  Ms. Marshall, please proceed lightly and briefly with your
 4  questions.
 5              MS. MARSHALL:  Yes, Your Honor.  Thank you.
 6  Q.   (by Ms. Marshall.)  Officer Nguyen, according to the
 7  police reports that you have viewed, did the defendant
 8  admit to the conduct that he was alleged to have done to
 9  minors when he was a minor, sexual abuse conduct?
10  A.   That is correct.  The police report indicated that he
11  admitted his conduct to his parents.
12  Q.   Okay.  And those ages of the minors, were those minors
13  11, 10, 9, and 5 at the time of the incidents?
14  A.   That's correct.
15  Q.   And Mr. Duggar was approximately 14 years old at the
16  time, is that correct?
17  A.   That's correct.
18  Q.   Officer Nguyen, is your recommendation in this case
19  that Mr. Duggar be detained, that the presumption should
20  apply?
21  A.   That's correct.
22              MS. MARSHALL:  May I have one moment, Your Honor?
23              THE COURT:  You may.
24              (pause)
25  Q.   (by Ms. Marshall.)  Officer Nguyen, I just want to
```

```
 1  someone who was similarly situated to you in terms of
 2  charges.  Do you understand that?
 3           THE DEFENDANT:  Yes, Your Honor.  Thank you.
 4           THE COURT:  There's a problem, though.  And that
 5  is that your family and you have chosen to live a very
 6  high-profile life out in the public.  And while you may not
 7  be the architect of that decision, that's where we find
 8  ourselves.  And although you have not ever been convicted
 9  of any crimes, you have admitted to past conduct, touching
10  minor children, that concerns the Court.  That's a very
11  public admission.  I'm not telling anybody involved in this
12  hearing or you something that you don't know.  That is
13  concerning.  We're not here to adjudicate that.  We're not
14  here to punish you for that.  I just want to tell you that
15  it concerns me, when I have to make this decision, to know
16  that you have admitted to that conduct in the past.
17           And what concerns me about it the most is the age
18  of your sisters when that conduct was admitted, and the age
19  of these children in the alleged evidence against you --
20  11, 10, 9, 5 -- that concerns the Court quite a lot.
21           I am mindful, however, that this conduct happened
22  a long time ago, and it happened when you yourself were a
23  child, and so I have taken that into consideration as well.
24  And that fact, and that fact alone, are in your favor.
25  It's been a long time.
```