## AFFIDAVIT OF MAYOR DOUG SPROUSE

STATE OF ARKANSAS )
) ss.
COUNTY OF WASHINGTON )

Comes the affiant, Doug Sprouse, and hereby truthfully states:

1. I am the Mayor of the City of Springdale, Arkansas.

2. The City of Springdale does not carry liability insurance that would cover any of the claims made in *Dillard v. City of Springdale, et al*, Case No. 17-CV-05089-TLB.

_____
Doug Sprouse

SUBSCRIBED and SWORN TO before me, a Notary Public, on this 26th day of July, 2017.

CYNTHIA K. HORLICK
OFFICIAL SEAL - NOTARY PUBLIC
WASHINGTON COUNTY ARKANSAS
COMMISSION # 12379341
MY COMMISSION EXPIRES 12-01-2020

_____
Notary Public
My Commission Expires:

1