# EXHIBIT 30

# CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.

ATTORNEYS AT LAW
LITTLE ROCK | SPRINGDALE

J. Bruce Cross
Carolyn B. Witherspoon
Donna Smith Galchus
M. Stephen Bingham
Richard A. Roderick
Misty Wilson Borkowski
Missy McJunkins Duke
Cynthia W. Kolb
Amber Wilson Bagley
J. E. Jess Sweere
Mary Cooper
Joseph A. Ramsey
Gregory J. Northen
Abtin Mehdizadegan

*Of Counsel*
Robin Shively Brown
Laura D. Johnson

Russell Gunter (1950-2013)

500 President Clinton Avenue, Suite 200
Little Rock, AR 72201
Telephone (501) 371-9999
Fax (501) 371-0035

*Mailing Address*
P.O. Box 3178
Little Rock, AR 72203

www.cgwg.com

## FOIA REQUEST

May 15, 2015

Records Division
Springdale Police Department
201 Spring Street
Springdale, AR 72764

*VIA Fax*: (479) 750-8148

Re: Freedom of Information Act Request

To Whom It May Concern:

This is a request for information pursuant to the Arkansas Freedom of Information Act, Ark. Code Ann. § 25-19-101 *et seq.* (FOIA). Please direct this request to the appropriate section of your Department.

### Records Requested

We are seeking the following records involving, relating to, and/or mentioning the individuals and/or the addresses set forth in Table 1 below, from January 1, 1998 until December 31, 2008:

1. Copies of any and all files, reports, notes, memoranda, recordings, videos, photographs, writings, faxes, letters, emails, or data compilations, in any medium or format, to or from any employee, agent, and/or officer of the Springdale Police Department;

2. Digital copies of dash camera or other recordings made in connection with any reports, investigations, traffic stops, citations, or incidents;

3. Digital copies of 911 call recordings or other emergency call recordings;

EXHIBIT 01

Springdale0631

May 15, 2015
Page 2

  4.  Dispatch records of radio traffic, including but not limited to audio, audio logs, and written logs or notes.

  5.  Computer Aided Dispatch (CAD) calls and CAD entry logs, notes, papers, or other public records; and

  6.  Dispatch records of radio traffic, including but not limited to audio, audio logs, and written logs or notes.

| TABLE 1 ||
|---|---|
| **Individuals Subject to FOIA Request** ||
| Joshua James Duggar<br>Josh James Duggar<br>Joshua Duggar<br>Josh Duggar<br>James Duggar<br>J.J. Duggar<br>Date of Birth: ▓▓▓ | Michelle Annette Duggar (née Ruark)<br>Date of Birth: ▓▓▓<br><br>James Robert "Jim Bob" Duggar<br>Date of Birth: ▓▓▓ |
| **Addresses Subject to FOIA Request** ||
| 11474 Arbor Acres Avenue (Tonitown)<br>Springdale, AR 72762 | 501 N. Thompson Street<br>Springdale, AR 72764 |
| 600 Arbor Acres Avenue (Tonitown)<br>Springdale, AR 72762 | 2103 Ellen Street<br>Springdale, AR 72762 |
| 548 Arbor Acres Avenue (Tonitown)<br>Springdale, AR 72762 | 4773 Williamson Lane<br>Springdale, AR 72762 |
| 430 Arbor Acres Avenue (Tonitown)<br>Springdale, AR 72762 | 806 W. Huntsville Avenue<br>Springdale, AR 72764 |
| 500 Arbor Acres Avenue (Tonitown)<br>Springdale, AR 72762 | 2125 W. Sunset Avenue<br>Springdale, AR 72762 |
| 486 Arbor Acres Avenue (Tonitown)<br>Springdale, AR 72762 | 1894 W. Sunset Avenue<br>Springdale, AR 72762 |
| 1939 S. Hoot Owl Lane<br>Fayetteville, AR 72701 | 1486 W. Sunset Avenue<br>Springdale, AR 72762 |
| 1755 S. Hoot Owl Lane<br>Fayetteville, AR 72701 | 2705 Chapman Avenue<br>Springdale, AR 72762 |
| 1965 N. Porter Road<br>Fayetteville, AR 72704 | |

  Although the following is not meant to limit the production of public records responsive to this request, we have cause to believe that an incident report was filed with your Department and responded to by **Darrell Hignite** on or before 2008 regarding one or more of the individual(s) and/or address(es) set forth above. Under present statutes and case law pertaining to the Arkansas FOIA, such records are available to me and to other members of the public. They are not exempted from required disclosure under present interpretations of the Act, and it is believed that the Attorney General would concur that the information must be released. Your

May 15, 2015
Page 3

Department is believed to have custody of the records described above, but if it does not, I would request prompt notice of their current location, if known.

### Instructions

As you know, the requested records must be made available within **three (3) days** of this request. Please respond to this request via electronic format to the extent available. If there are costs involved in obtaining a copy of the records, please call me prior to incurring any copying costs in excess of $10.00. Although a copy of the file in electronic format is preferable, if you wish to call me and set an appointment, either me or my designee will make arrangements to come to your office to review the files and make the necessary copies.

If any records requested above are in active use or storage and therefore not presently available, please certify this fact in writing and set a date and hour within three (3) working days at which time the record will be available. If any portion of this request is deemed exempt, I request a detailed statement of the reasons for the withholding and an index or similar statement of the nature of the records withheld. Similarly, if any portion of the records responsive to this request contain exempt information that is commingled with nonexempt information, please produce all reasonably segregable portions of the records after deletion of the exempt information. In the event of deletion, I request that a reason be stated for each partial denial of access. To expedite this request, I would be willing to discuss specific instances of deletion or other exemption claims in advance of a final decision by your Department.

Thank you for your time in handling this FOIA request. If you have any questions regarding this request, please do not hesitate to contact me at (501) 212-1814 or abtin@cgwg.com.

Sincerely,

Abtin Mehdizadegan