IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY DUGGAR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SPRINGDALE; WASHINGTON COUNTY; KATHY O'KELLEY; ERNEST CATE; RICK HOYT; STEVE ZEGA; BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 5:17-CV-05089-TLB |

**PLAINTIFFS' EVIDENTIARY OBJECTIONS TO WASHINGTON COUNTY DEFENDANTS' STATEMENT OF FACTS AND SUPPORTING EXHIBITS**

Plaintiffs hereby object to the evidence submitted in support of the Washington County's motion for summary judgment (Dkt. 139 Exs. 1 (Dkt. 139-1), 3 (Dkt. 139-8), 5 (Dkt. 139-10), 6 (Dkt. 139-11)) on the grounds that those evidence is inadmissible under the Federal Rules of Evidence.

**I.    AFFIDAVIT OF RICK HOYT (DKT. 139-1)**

Plaintiffs object to the affidavit of Rick Hoyt ("Hoyt Affidavit") on the grounds that it contains an improper opinion testimony and a legal conclusion. (*See* Hoyt Aff. ¶ 6.) The portions of the Hoyt Affidavit containing legal conclusion and improper opinion testimony are not admissible. Fed. R. Evid. 401, 402, 701, 704.

## II. AFFIDAVIT OF ABTIN MEHDIZADEGAN (DKT. 139-8)

Plaintiffs object to the affidavit of Abtin Mehdizadegan ("Mehdizadegan Affidavit") on the grounds that it includes an improper opinion testimony (*see* Mehdizadegan Aff., ¶¶ 7, 9, 11), hearsay (*see id.*, ¶¶ 6, 7, 8, 10), and an improper legal conclusion (*id.* ¶ 13). The portions of the Mehdizadegan Affidavit containing an opinion, hearsay, or legal conclusion are inadmissible. Fed. R. Evid. 401, 402, 701, 704, 801.

## III. AFFIDAVIT OF SHERRL COLVILLE (DKT. 139-10)

Plaintiffs object to the affidavit of Sherrl Colville ("Colville Affidavit") on the grounds that it includes an improper opinion testimony (*see* Colville Affidavit, ¶¶ 1, ) and hearsay (*see id.*, ¶¶ 5, 7, 8). The portions of the Colville Affidavit containing an improper opinion testimony and hearsay are inadmissible. Fed. R. Evid. 401, 402, 701, 804.

## IV. DECLARATION OF TANDRA BARNFIELD (DKT. 139-11)

Plaintiffs object to the declaration of Tandra Barnfield ("Barnfield Declaration") on the grounds that it lacks foundation (*see* Barnfield Decl., ¶ 2) and includes an improper opinion testimony (*see id.*, ¶ 2) and hearsay (*see id.*, ¶ 5). The portions of the Barnfield Declaration that lacks foundation and contain an improper opinion testimony and hearsay are inadmissible. Fed. R. Evid. 401, 402, 602, 701, 804.

Respectfully submitted,

By: */s/ Steven E. Bledsoe*

Stephen G. Larson (admitted *pro hac vice*)
*slarson@larsonllp.com*
Steven E. Bledsoe (admitted *pro hac vice*)
*sbledsoe@larsonllp.com*
Jen C. Won (admitted *pro hac vice*)
*jwon@larsonllp.com*
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Shawn B. Daniels (Ark. Bar No. 99126)
*shawn@danielsfirm.com*
DANIELS FIRM
129 W. Sunbridge Drive
Fayetteville, AR 72703
Telephone: (479) 521-7000
Facsimile: (479) 437-2007

Attorneys for Plaintiffs JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY DUGGAR