# EXHIBIT B

Deposition of

# Jason W. Beaman, D.O., M.S., M.P.H., FAPA

September 30, 2021

Dillard

vs.

City of Springdale



www.aptusCR.com | 866.999.8310

```
 1               IN THE UNITED STATES DISTRICT COURT

 2              FOR THE WESTERN DISTRICT OF ARKANSAS

 3                      FAYETTEVILLE DIVISION

 4   JILL DILLARD, JESSA SEEWALD, JINGER    ) Case No.
     VUOLO, and JOY DUGGAR                  ) 5:17-CV-05089-TLB
 5                                          )
         Plaintiffs,                        )
 6                                          )
         vs.                                )
 7                                          )
     CITY OF SPRINGDALE; WASHINGTON COUNTY; )
 8   KATHY O'KELLEY; ERNEST CATE; RICK HOYT;)
     STEVE ZEGA; BAUER PUBLISHING COMPANY,  )
 9   L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA)
     GROUP, INC.; BAUER, INC; HEINRICH BAUER)
10   NORTH AMERICA, INC; BAUER MEDIA GROUP  )
     USA, LLC; and DOES 1-10, inclusive,    )
11                                          )
         Defendants.                        )
12   _____)

13    DEPOSITION OF JASON W. BEAMAN, D.O, M.S., M.P.H., FAPA

14                 via Zoom videoteleconference

15                Thursday, September 30, 2021

16

17

18              REPORTED BY: Derek L. Hoagland

19                     CSR No. 13445

20                     Job No. 10089281

21

22

23

24

25
```

Jason W. Beaman, D.O., M.S., M.P.H., FAPA

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE WESTERN DISTRICT OF ARKANSAS

 3                    FAYETTEVILLE DIVISION

 4   JILL DILLARD, JESSA SEEWALD, JINGER    ) Case No.
     VUOLO, and JOY DUGGAR                  ) 5:17-CV-05089-TLB
 5                                          )
          Plaintiffs,                       )
 6                                          )
          vs.                               )
 7                                          )
     CITY OF SPRINGDALE; WASHINGTON COUNTY; )
 8   KATHY O'KELLEY; ERNEST CATE; RICK HOYT;)
     STEVE ZEGA; BAUER PUBLISHING COMPANY,  )
 9   L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA)
     GROUP, INC.; BAUER, INC; HEINRICH BAUER)
10   NORTH AMERICA, INC; BAUER MEDIA GROUP  )
     USA, LLC; and DOES 1-10, inclusive,    )
11                                          )
          Defendants.                       )
12   _____)

13

14

15   Deposition of JASON W. BEAMAN, D.O, M.S., M.P.H., FAPA,

16   taken before Derek L. Hoagland, a Certified Shorthand

17   Reporter for the State of California, commencing at

18   9:09 a.m., Thursday, September 30, 2021, via Zoom

19   videoteleconference.

20

21

22

23

24

25
```

**Jason W. Beaman, D.O., M.S., M.P.H., FAPA**



**Jason W. Beaman, D.O., M.S., M.P.H., FAPA**



Jason W. Beaman, D.O., M.S., M.P.H., FAPA



**Jason W. Beaman, D.O., M.S., M.P.H., FAPA**



17   Q.      Okay.  Now, going back to page 8 of Exhibit 34,

18   under No. 2, it goes on to read:

19           "Dr. Wynne agreed that she over-reported.  He

20   just believed that she did it as a cry for help."

21           Do you see that?

22   A.      Yes.

23   Q.      So No. 2, because it's not up, but I remember

24   seeing that -- oh, it's still on the screen.  Can you

25   see it on the screen?

**Jason W. Beaman, D.O., M.S., M.P.H., FAPA**

```
 1    that be being exposed to sexual violence?

 2    A.      It would be -- I'm sorry.

 3            Can you repeat your question?

 4    Q.      Sure.  If someone re-experiences sexual

 5    violence, is that tantamount to experiencing sexual

 6    violence?

 7    A.      Well, they experience the sexual violence to

 8    begin with, so it would be an extenuation of the sexual

 9    violence that they initially had.

10    Q.      How traumatic is re-experiencing sexual

11    violence?

12    A.      That certainly depends on the individual and the

13    circumstances regarding that assault.

14    Q.      The criteria in Section A says:

15            "Exposure to actual or threatened," and it goes

16    on to say, "sexual violence."

17            Do you see that?

18    A.      I do.

19    Q.      How would you compare re-experiencing sexual

20    violence to exposure to actual or threatened sexual

21    violence?

22    A.      I would find it to be an extenuation of the

23    sexual violence.

24    Q.      What do you mean when you say an extenuation of

25    the sexual violence?
```

Page 91

```
 1   A.      That someone is sexually assaulted and there's

 2   trauma associated with that, and if they reexperience

 3   that through reminders or something like that, it is an

 4   extenuation of the sexual violence that they had.  It's

 5   a -- it's part of that initial sexual assault.

 6   Q.      What is the definition of sexual trauma, if you

 7   know?  And, frankly, we can put it up on the screen.  I

 8   don't mean to -- this doesn't need to be a memory

 9   contest.  I don't want to be unfair.  Let's do that.

10   Let me withdraw the question.

11           We are going to put something up on the screen,

12   an exhibit.  Hang on.  It's going to take me a minute to

13   find my copy of this exhibit.

14           All right.  I will represent to you that we have

15   put up the definition of sexual trauma as found in the

16   American Psychological Association Dictionary of

17   Psychology.

18           Do you see that?

19   A.      I do.

20   Q.      Do you know what the American Psychological

21   Association Dictionary of Psychology is?

22   A.      No.

23   Q.      Okay.  Well, we'll go forward anyways.

24           Do you see in the American Psychological

25   Association Dictionary of Psychology that the definition
```

```
 1                  REPORTER'S CERTIFICATE

 2   STATE OF CALIFORNIA              )   ss.

 3   I, DEREK L. HOAGLAND, CSR #13445, State of California,

 4   do hereby certify:

 5   That prior to being examined, the witness named in the

 6   foregoing proceeding was by me sworn to testify to the

 7   truth, the whole truth and nothing but the truth;

 8   That said proceeding was taken down by me by stenotype

 9   at the time and place therein stated and thereafter

10   transcribed under my direction into computerized

11   transcription.

12   I further certify that I am not of counsel nor attorney

13   for nor related to the parties hereto, nor am I in any

14   way interested in the outcome of this action.

15   Further, that if the foregoing pertains to

16   the original transcript of a deposition in a federal

17   case, before completion of the proceedings, review of

18   the transcript [ X ] was [  ] was not requested.

19   In compliance with section 8016 of the Business and

20   Professions Code, I certify under penalty of perjury

21   that I am a certified shorthand reporter with license

22   number 13445 in full force and effect.

23   Witness my hand this October 15, 2021.

24                     _____

25                        DEREK L. HOAGLAND, CSR #13445
```