## Morgan Doughty

| | |
|---|---|
| **From:** | Morgan Doughty |
| **Sent:** | Monday, August 23, 2021 2:26 PM |
| **To:** | 'info@legacymail.org' |
| **Cc:** | Deyanira Villanueva; 'mdoughty@arkansaslaw.com' |
| **Subject:** | RE: Subpoena Duces Tecum |
| **Attachments:** | 109.  Order to Show Cause 8.20.21.pdf |

My apologies.  I attached the subpoena to the previous email.  I have attached the Order to Show Cause to this one.

Morgan S. Doughty
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication.  If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender.  Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Sent:** Monday, August 23, 2021 2:21 PM
**To:** info@legacymail.org
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>; mdoughty@arkansaslaw.com
**Subject:** Subpoena Duces Tecum

Mr. Gallagher,

I have attached an Order to Show Cause regarding a subpoena duces tecum served upon you on or around June 3, 2021.  Please do not hesitate to contact me with any questions.


Thank you,

 Harrington Miller

Morgan S. Doughty
Attorney at Law
4710 S. Thompson, Ste. 102
Springdale, Arkansas 72764

T: (479) 751-6464
F: (479) 751-3715
mdoughty@arkansaslaw.com
www.arkansaslaw.com

1



EXHIBIT

B

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication.  If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender.  Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*