## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**JILL DILLARD, JESSA SEAWALD,**
**JINGER VUOLO, and JOY DUGGAR**                                    **PLAINTIFFS**

**VS.**                              **NO. 17-CV-05089-TLB**

**CITY OF SPRINGDALE, ARKANSAS;**
**WASHINGTON COUNTY, ARKANSAS;**
**KATHY O'KELLEY, in her individual**
**and official capacities;**
**RICK HOYT, in his individual and official capacities;**
**STEVE ZEGA, in his official capacity;**
**BAUER PUBLISHING COMPANY, L.P.;**
**BAUER MAGAZINE L.P.;**
**BAUER MEDIA GROUP, L.P.;**
**BAUER, INC.;**
**HENRICH BAUER NORTH AMERICA, INC.;**
**BAUER MEDIA GROUP USA, LLC; and**
**DOES 1-10, inclusive**                                    **DEFENDANTS**

### MOTION FOR LEAVE TO FILE REPLY TO
### PLAINTIFF'S RESPONSE TO DEFENDANTS'
### MOTION FOR JUDGMENT ON THE PLEADINGS

Come now the Defendants, and for their motion for leave to file a reply, state:

1.      The Defendants' filed their Motion for Judgment on the Pleadings (Doc. No. 134) and supporting brief (Doc. No. 135) on October 5, 2021.

2.      The Plaintiffs' filed a response in opposition to the Defendants Motion for Judgment on the Pleadings (Doc. No. 148) on October 19, 2021.

3.      Because of the importance of the issues, the Defendants would like to reply to Plaintiff's response and therefore request leave to file their reply brief attached as Exhibit 1. Regrettably, the undersigned counsel, Jason Owens, got the proverbial cart before the horse and filed the reply electronically yesterday, failing to recognize the need to seek leave at that time. This was the result of inadvertence on counsel's part, who sincerely apologizes to the Court and counsel for any inconvenience.

4.      The Defendants would respectfully ask the Court for leave to file the reply currently docketed at Doc. No. 162. The reply consists entirely of argument and, thus, will not

prejudice any party.

WHEREFORE, the Defendants respectfully request that the Court grant them leave to file the reply brief currently docketed at Doc. No. 162.

Respectfully submitted,
Rick Hoyt, et al,
*Defendants*

By:    Jason E. Owens
Jason E. Owens, #2003003
Ark. Bar. No. 2003003
JASON OWENS LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1023 Main Street, Suite 204
Conway, Arkansas 72032
Telephone: (501) 764-4334
Telefax: (501) 764-9173
Email: owens@jowenslawfirm.com

and

Thomas N. Kieklak (Ark. Bar No. 92262)
R. Justin Eichmann (Ark. Bar No. 2003145)
Morgan S. Doughty (Ark. Bar No. 2010158)
HARRINGTON, MILLER, KIEKLAK,
EICHMANN & BROWN, P.A.
4710 S. Thompson, Suite 102
Springdale, AR  72764
Phone: (479) 751-6464
Fax: (479) 751-3715
Email:  mdoughty@arkansaslaw.com
Email:  tkieklak@arkansaslaw.com
E-mail:  jeichmann@arkansaslaw.com

and

Susan Keller Kendall (Ark. Bar No. 98119)
KENDALL LAW FIRM, PLLC
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
Phone: (479) 464-9828
Fax: (479) 464-9768
Email:  skk@kendalllawfirm.com

COUNSEL FOR SPRINGDALE
DEFENDANTS