iIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY DUGGAR,<br><br>    Plaintiff,<br><br>CITY OF SPRINGDALE; WASHINGTON COUNTY; KATHY O'KELLEY; ERNEST CATE; RICK HOYT; STEVE ZEGA; BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC; and DOES 1-10, inclusive,<br><br>    Defendant. | Case No.: 5:17-CV-05089-TLB |

## DECLARATION OF STEVEN E. BLEDSOE IN SUPPORT OF PLAINTIFFS' MOTIONS *IN LIMINE*

I, Steven E. Bledsoe, declare as follows:

1. I am a partner at Larson LLP, attorneys of record for Plaintiffs. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the Deposition Transcript of Jill Dillard taken on September 1, 2021.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the Deposition Transcript of Jessa Seewald taken on September 13, 2021 and an errata sheet for the Deposition of Jessa Seewald dated October 30, 2021.

1

4. Attached as **Exhibit C** is a true and correct copy of excerpts from the Deposition Transcript of Jinger Vuolo taken on September 20, 2021.

5. Attached as **Exhibit D** is a true and correct copy of excerpts from the Deposition Transcript of Joy Forsyth taken on August 30, 2021.

6. Attached as **Exhibit E** is a true and correct copy of excerpts from the Deposition Transcript of Derick Dillard taken on May 25, 2021.

7. Attached as **Exhibit F** is a true and correct copy of excerpts from the Deposition Transcript of Jeremy Vuolo taken on May 26, 2021.

8. Attached as **Exhibit G** is a true and correct copy of excerpts from the Deposition Transcript of Kathy O'Kelley taken on August 25, 2021.

9. Attached as **Exhibit H** is a true and correct copy of excerpts from the Deposition Transcript of Ernest Cate taken on August 26, 2021.

10. Attached as **Exhibit I** is a true and correct copy of excerpts from the Status Conference Hearing held on April 29, 2021.

11. Attached as **Exhibit J** is a true and correct copy of a letter written by Judge Stacey A. Zimmerman dated June 11, 2015.

12. Attached as **Exhibit K** is a true and correct copy of Orders issued by Judge Stacey A. Zimmerman on May 21, 2015, May 26, 2015, and June 1, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 12th day of November, 2021, at Salt Lake City, Utah.

/s/ Steven E. Bledsoe
Steven E. Bledsoe