# EXHIBIT G

Deposition of

# Kathy O'Kelley

August 25, 2021

Dillard

vs.

City of Springdale



Case 5:17-cv-05089-TLB   Document 189-7   Filed 11/12/21   Page 3 of 7 PageID #: 2831

Kathy O'Kelley                                                              Dillard vs.
                                                                      City of Springdale

```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF ARKANSAS
 2                         FAYETTEVILLE DIVISION

 3   JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY DUGGAR,

 4             Plaintiffs,

 5   vs.                             No. 5:17-CV-05089-TLB

 6   CITY OF SPRINGDALE; WASHINGTON COUNTY; KATHY O'KELLEY;
     ERNEST CATE; RICK HOYT; STEVE ZEGA; BAUER PUBLISHING
 7   COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP,
     INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.;
 8   BAUER MEDIA GROUP USA, LLC; and DOES 1-10, Inclusive,

 9             Defendants.

10
     _____
11
              VIDEOCONFERENCE DEPOSITION OF KATHY O'KELLEY
12               TAKEN ON BEHALF OF THE PLAINTIFFS
             ON AUGUST 25, 2021, BEGINNING AT 10:02 A.M.
13              ALL PARTIES APPEARING REMOTELY
                REPORTED BY KERRI PIANALTO, CCR
14
                            APPEARANCES:
15
     By videoconference on behalf of the PLAINTIFFS
16
               Steven E. Bledsoe
17             Nicole J. Kim
               LARSON, LLP
18             555 South Flower Street, Suite 4400
               Los Angeles, California 90071
19             213-436-4888
               sbledsoe@larsonllp.com
20
               Shawn B. Daniels
21             DANIELS LAW FIRM, PLLC
               129 W. Sunbridge Drive
22             Fayetteville, Arkansas 72703
               479-521-7000
23             shawn@danielsfirm.com

24   Job No:   10087125

25
```

Case 5:17-cv-05089-TLB   Document 189-7   Filed 11/12/21   Page 4 of 7 PageID #: 2832

Kathy O'Kelley                                      Dillard vs. City of Springdale

```
 1   By videoconference on behalf of the DEFENDANTS CITY OF
     SPRINGDALE, KATHY O'KELLEY AND ERNEST CATE
 2
                Susan Keller Kendall
 3              KENDALL LAW FIRM, PLLC
                3706 Pinnacle Hills Parkway, Suite 201
 4              Rogers, Arkansas 72758
                479-464-9828
 5              skk@kendalllawfirm.com

 6              Thomas N. Kieklak
                R. Justin Eichmann
 7              Morgan Doughty
                HARRINGTON, MILLER, KIEKLAK, EICHMANN & BROWN
 8              4710 S. Thompson, Suite 102
                Springdale, Arkansas 72764
 9              479-751-6464
                tkieklak@arkansaslaw.com
10

11   By videoconference on behalf of the DEFENDANTS WASHINGTON
     COUNTY, RICK HOYT AND STEVE ZEGA
12
                Jason E. Owens
13              JASON OWENS LAW FIRM, P.A.
                1023 Main Street, Suite 204
14              Conway, Arkansas 72032
                501-764-4334
15              owens@jowenslawfirm.com

16
     Also present:  Ernest Cate
17

18

19

20

21

22

23

24

25
```

```
 1      A     It was in the afternoon of the 20th.
 2      Q     Let me refer you to Exhibit 7 which we'll have
 3   put up on the screen.  If you will take a moment to review
 4   Exhibit 7?  It's a one page document, Bates number
 5   Springdale0755.  Do you see that?
 6            (WHEREUPON, Exhibit 7 was marked for
 7   identification.)
 8      A     Could I point out something to you regarding the
 9   FOI request?
10      Q     Sure.  Absolutely.
11      A     In the section where you were reading regarding
12   the incident reported by Darrell Hignite in 2008, if you
13   come on to the next sentence, it's interesting to me as it
14   says that, "Present statute and case law pertaining to the
15   Arkansas FOIA, such records are available for me and other
16   members of the public.  They are not exempt from required
17   disclosure under the present interpretation of the act and
18   it is believed that the attorney general would concur with
19   this release."  I just wanted to point that out.
20      Q     And why do you think that's significant that the
21   lawyer for the Cross Gunter law firm put that in there?
22      A     I don't know why they put it in there.  You
23   asked me to review Springdale0755?
24      Q     No, I want to go back -- let's go back to
25   Exhibit 1 for now.  You brought something up I want to ask
```

Case 5:17-cv-05089-TLB   Document 189-7   Filed 11/12/21   Page 6 of 7 PageID #: 2834

Kathy O'Kelley                                             Dillard vs.
                                                    City of Springdale

```
 1       A    I don't believe so.
 2       Q    Is your -- is it your belief sitting here today
 3　that the offense report was subject to release under
 4　Arkansas law pursuant to the FOIA statute?
 5            MS. KENDALL:  Objection, form, and calls for a
 6　legal conclusion.  The witness may answer if she can.  I
 7　am going to instruct the witness not to answer to the
 8　extent that her answer would disclose information that's
 9　been provided to her by legal counsel.  You can answer
10　unless it will disclose information that you have
11　discussed with your attorneys.
12       A    I'm confused at this point.
13       Q    (BY MR. BLEDSOE)  Is it your understanding as
14　you sit here today that the offense report was subject to
15　disclosure under the Arkansas FOIA law?
16            MS. KENDALL:  Same objections and same
17　instruction.  Chief, you can answer the question unless
18　doing so would disclose information gained from
19　conversations with your attorneys.
20       A    That's all been advice of legal counsel.
21       Q    (BY MR. BLEDSOE)  Was it important to you that
22　-- withdrawn.
23            Did you read Mr. Abtin's letter to you when you
24　received it -- or withdrawn.
25            Let me ask a better question.  On May 20th when
```

```
 1                   C E R T I F I C A T E

 2

 3          I, Kerri Pianalto, Certified Court Reporter, do
    hereby certify that the above-named KATHY O'KELLEY was by me
 4  first duly sworn to testify the truth, the whole truth, and

 5  nothing but the truth, in the case aforesaid; that the above
    and foregoing deposition was by me taken and transcribed
 6  pursuant to agreement, and under the stipulations

 7  hereinbefore set out; and that I am not an attorney for

 8  nor relative of any of said parties or otherwise

 9  interested in the event of said action.

10          IN WITNESS WHEREOF, I have hereunto set my hand

11  and official seal this 31st day of August, 2021.

12

13

14

15

16

17

18

19

20          _____
            KERRI PIANALTO, CCR

21          State of Arkansas, No. 651

22

23

24

25
```