# EXHIBIT I

```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                         FAYETTEVILLE DIVISION


JILL DILLARD, JESSA SEEWALD,                          PLAINTIFFS
JINGER VUOLO, and JOY DUGGAR,

v.                                        Civil No. 5:17-CV-5089

CITY OF SPRINGDALE, ARKANSAS;                         DEFENDANTS
WASHINGTON COUNTY, ARKANSAS;
KATHY O'KELLEY, in her
individual and official
capacities; ERNEST CATE, in
his individual and official
capacities; RICK HOYT, in his
individual and official
capacities; STEVE ZEGA, in
his official capacity;
BAUER PUBLISHING COMPANY,
L.P.; BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, L.P.;
BAUER, INC.; HEINRICH BAUER
NORTH AMERICA, INC.; BAUER
MEDIA GROUP USA, LLC; and
DOES 1-10, inclusive.

_____


              TRANSCRIPT OF STATUS CONFERENCE

           HELD VIA VIDEOCONFERENCE TECHNOLOGY

          BEFORE THE HONORABLE TIMOTHY L. BROOKS

                      APRIL 29, 2021

                   FAYETTEVILLE, ARKANSAS
_____
```

Paula Barden, RPR, RMR, Federal Official Court Reporter
35 East Mountain Street, Fayetteville, Arkansas 72701

```
 1                  A P P E A R A N C E S

 2
     FOR THE PLAINTIFFS:
 3
     MESSIEURS STEVEN BLEDSOE & STEPHEN G. LARSON
 4   MS. JENNIFER C. WON
     Larson, LLP
 5   555 South Flower Street, Suite 4400
     Los Angeles, California 90071
 6   (213) 436-4888
     sbledsoe@larsonllp.com
 7   slarson@larsonllp.com
     jwon@larsonllp.com
 8
     MR. SHAWN B. DANIELS
 9   Daniels Law Firm, PLLC
     129 West Sunbridge Drive
10   Fayetteville, Arkansas 72703
     (479) 521-7000
11   shawn@danielsfirm.com

12   FOR THE CITY OF SPRINGDALE DEFENDANTS:

13   MESSIEURS THOMAS N. KIEKLAK & R. JUSTIN EICHMANN
     Harrington, Miller & Kieklak, P.A.
14   4710 South Thompson, Suite 102
     Springdale, Arkansas 72764
15   (479) 751-6464
     tkieklak@arkansaslaw.com
16   jeichmann@arkansaslaw.com

17   MS. SUSAN KELLER KENDALL
     Kendall Law Firm, PLLC
18   3706 Pinnacle Hills Parkway, Suite 201
     Rogers, Arkansas 72758
19   (479) 464-9828
     skk@kendalllawfirm.com
20
     FOR THE WASHINGTON COUNTY DEFENDANTS:
21
     MR. JASON E. OWENS
22   Jason Owens Law Firm, P.A.
     1023 Main Street, Suite 204
23   Conway, Arkansas 72032
     (501) 764-4334
24   owens@jowenslawfirm.com

25
```

```
 1  That's the short -- that's kind of the short version of our
 2  position, I guess.  Maybe not so short.
 3          THE COURT:  Okay.  But just to be sure I
 4  understand what you're saying about damages, the plaintiffs
 5  were on a television program that ultimately was canceled,
 6  and at least there was a temporal relationship to the
 7  canceling of that programming with the disclosures that
 8  were made.
 9          Do I hear you saying that the plaintiffs are not
10  seeking any damages from any resulting economic impact of
11  the disclosure of this information on their T.V. careers,
12  for lack of a better term?
13          MR. BLEDSOE:  That is correct, Your Honor.  And
14  you didn't really ask the question, but, frankly, on the
15  way the T.V. show was set up, the family got most of the
16  money.  The girls were working, I don't know what the
17  numbers were, but for 15 or 20 dollars an hour.  That
18  aspect of the case would take more trouble to try, cost
19  more in experts than we think makes sense, because we think
20  that the guts of the case is the emotional damages and cost
21  to these girls.
22          THE COURT: Okay.  All right.  Thank you very
23  much.  I'm going to mute ya'll, Mr. Bledsoe, or you can.
24  Thank you.
25          Mr. Eichmann, you want to go first?  Mr. Kieklak,
```

C E R T I F I C A T E

I, Paula K. Barden, CCR, RPR, RMR, Federal Official Court Reporter, in and for the United States District Court for the Western District of Arkansas, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 3rd day of May 2021.



Paula K. Barden, CCR, RPR, RMR, # 700
Federal Official Court Reporter
Western District of Arkansas