```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION

JILL DILLARD, JESSA SEEWALD,        )
JINGER VUOLO, and JOY DUGGAR,       )
          PLAINTIFFS,               )
VS.                                 )
                                    )
CITY OF SPRINGDALE, ARKANSAS;       ) CASE NO.
WASHINGTON COUNTY, ARKANSAS;        ) 17-CV-05089-TLB
KATHY O'KELLEY, in her Individual   )
and Official Capacities; ERNEST     )
CATE, in his Individual and         )
Official Capacities; RICK HOYT,     )
in his Individual and Official      )
Capacities; STEVE ZEGA, in his      )
Official Capacity;                  )
Does 1-10, Inclusive,               )
          DEFENDANTS.               )
```

---

ORAL AND VIDEOTAPED DEPOSITION OF

JESSA SEEWALD

September 13, 2021

---

ORAL AND VIDEOTAPED DEPOSITION OF JESSA SEEWALD, produced as a witness at the instance of the DEFENDANTS, and duly sworn, was taken in the above-styled and numbered cause on the 13th day of September, 2021, from 10:03 a.m. to 2:57 p.m., before Tammie L. Foreman, CCR in and for the State of Arkansas, RPR, CRR, reported by machine shorthand, via audio-video conference, pursuant to the Federal Rules of Civil Procedure.





```
 1  Q.    Do you know who that person is?
 2  A.    I do.
 3  Q.    Okay.  Do you know if that is the only person
 4  not a member of your family that was molested by Josh?
 5  A.    Yes.  To the best of my knowledge.
 6  Q.    Okay.  To your knowledge and understanding, did
 7  Josh ever molest any of his brothers?
 8  A.    No, he didn't.
 9  Q.    There's something in here about someone in the
10  laundry room.  Was that you?  Were you molested by
11  Josh in the laundry room?
12  A.    No.  Really?  Why is it so important to know?
13  Q.    To know what?
14  A.    To know to put a name with it when there isn't a
15  name?  Why are you trying to unredact?
16  Q.    Well, that's your whole lawsuit, right?  That
17  it's already unredacted.  That everybody figured it
18  out immediately, right?
19  A.    They may know our identity, but they don't know
20  exactly the name with the exact experience.  We never
21  went out and said, here's exactly my story.  But they
22  know these four girls experienced these things and
23  there's details, vivid details.
24  Q.    How do they know that Jana is not one of the
25  four?
```



```
 1              MR. BLEDSOE:  Object to the form.
 2   A.    You can probably figure out by, like, age of the
 3   youngest and a few other factors that would, like,
 4   disclose your identity.
 5   Q.    Do you know if Jana has ever publically denied
 6   being one of Josh's molestation victims?
 7   A.    I don't know.  But even then, so what if one
 8   person gets a free pass?  Like, I don't know honestly.
 9   You're still all -- you're still all in the same boat
10   together.  Like, you're still the four sisters of
11   Josh Duggar who experienced all these horrible things.
12   Q.    As far as you know, it's not public as we sit
13   here today exactly what was done to each of you by
14   name, right?
15              MR. BLEDSOE:  Object to the form.
16   A.    Not that I am aware of.  I never went on
17   Megyn Kelly and said let me tell you every detail.
18   Q.    Well, let me ask you about the example I used
19   earlier.  As far as you know, as we sit here today,
20   has it been publically disclosed who was molested by
21   Josh in the laundry room?
22              MR. BLEDSOE:  Object to the form.
23   A.    I don't feel like answering those specifics
24   because that's -- our whole lawsuit is about juvenile
25   records illegally released.  And I feel like you're --
```



```
 1  you're pressing me for something that is very private,
 2  very intimate in my life, and something that I never
 3  wished to be out there in the first place.  And I'd
 4  rather not have you have a list of everything that was
 5  coming against me.  One second.  I have to charge my
 6  laptop, plug it in.
 7  Q.    Sure.  I thought you had told me just a few
 8  minutes ago that you were not molested by Josh in the
 9  laundry room.
10  A.    I wasn't.
11  Q.    Okay.  So do you know one way or the other
12  whether it has ever been made public who was molested
13  by Josh in the laundry room?
14               MR. BLEDSOE:  Object to the form.
15  A.    I don't know.
16  Q.    Okay.
17  A.    Why are you so obsessed with that, though?  I
18  mean, like, why?
19  Q.    Obsessed?
20  A.    I mean, like, why is it so important for you to
21  have the names?
22               MR. BLEDSOE:  Jessa, don't argue with
23          him.  I understand this is really
24          uncomfortable, and it's kind of gross,
25          honestly.  But we've just got to let him ask
```



www.ArkansasRealtimeReporting.com

1   his questions and get through today.
2        But I think we all understand where
3   you're coming from, but there's no sense
4   arguing with the questioner because -- so
5   just listen to the next question and answer
6   it to the best of your ability.
7        THE WITNESS:  Thank you.
8   Q.   So when you read the report, I could see where
9   maybe you knew where your name fit.  How would
10  somebody, a member of the general public, know where
11  your name fit?
12       MR. BLEDSOE:  Object to the form.
13  A.   I think it's enough that they knew that I was a
14  sister.
15  Q.   Okay.  That's your assertion in this lawsuit is
16  that they knew four of the five sisters at that time
17  were molested in some way -- in one of the ways
18  described in the report?
19  A.   That's right.
20       MR. BLEDSOE:  Object to the form.
21  Q.   Okay.
22  A.   I would say so.
23  Q.   And what was that last answer?  You said --
24  A.   I would say so.
25  Q.   Okay.  Do you remember if there was an elder at

```
 1  your church that was an ex-prison guard?
 2  A.     Yes, sir.
 3  Q.     Who was that?
 4  A.     Clark Wilson.  He's deceased.
 5  Q.     He is?  Okay.
 6  A.     Yes.  He passed away of cancer.
 7  Q.     Sorry to hear that.  What was his wife's name?
 8  A.     Denise Wilson.
 9  Q.     Denise?  Is she still living in Springdale?
10  A.     No, sir.  She doesn't live in Springdale
11  anymore.  They lived here for quite a while.
12  Q.     Okay.  Have they moved out of state -- has she
13  moved out of state?
14  A.     Yes, sir.
15  Q.     Okay.  In the week of the redacted disclosures
16  and police reports, and the various articles and
17  things that were published, did y'all receive any
18  messages of support?
19  A.     I mean, I'm sure we did.  I'm sure some people
20  said, like, "I'm praying for you."
21  Q.     Okay.
22  A.     "Sorry you have to go through this," something
23  like that.  I mean, I'm sure there were people saying
24  some things like that.
25  Q.     Did you receive any negative messages in the
```

