

From: **Morgan Doughty** mdoughty@arkansaslaw.com
Subject: Dillard et al v. City of Springdale et al
Date: September 2, 2021 at 4:10 PM
To: Bob@BallingerLaw.net
Cc: Deyanira Villanueva dvillanueva@arkansaslaw.com, mdoughty@arkansaslaw.com

Bob,

I am following up on a voicemail that I left for you yesterday. I would like to speak to you regarding your representation of Jim Bob and Michelle Duggar. It is my understanding that you lodged an objection to a subpoena duces tecum we served on the Friday Firm/Andrew Lawson. We have also served a subpoena duces tecum on Jim Bob and Michelle but have not received any response. I was hoping I could send the subpoenas to you as well as the notices for deposition. Please let me know as soon as you can, otherwise we will proceed with service on the Duggars personally.

Thank you,



**Morgan S. Doughty**
Attorney at Law
4710 S. Thompson, Ste. 102
Springdale, Arkansas 72764

T: (479) 751-6464
F: (479) 751-3715
mdoughty@arkansaslaw.com
www.arkansaslaw.com

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication. If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender. Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*



EXHIBIT
6



From: **Morgan Doughty** mdoughty@arkansaslaw.com
Subject: Dillard et al v. City of Springdale et al
Date: September 2, 2021 at 4:10 PM
To: Bob@BallingerLaw.net
Cc: Deyanira Villanueva dvillanueva@arkansaslaw.com, mdoughty@arkansaslaw.com

Bob,

I am following up on a voicemail that I left for you yesterday.  I would like to speak to you regarding your representation of Jim Bob and Michelle Duggar.  It is my understanding that you lodged an objection to a subpoena duces tecum we served on the Friday Firm/Andrew Lawson.  We have also served a subpoena duces tecum on Jim Bob and Michelle but have not received any response.  I was hoping I could send the subpoenas to you as well as the notices for deposition.  Please let me know as soon as you can, otherwise we will proceed with service on the Duggars personally.

Thank you,



**Morgan S. Doughty**
Attorney at Law
4710 S. Thompson, Ste. 102
Springdale, Arkansas 72764

T: (479) 751-6464
F: (479) 751-3715
mdoughty@arkansaslaw.com
www.arkansaslaw.com

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication.  If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender.  Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*



**From:** **Morgan Doughty** mdoughty@arkansaslaw.com
**Subject:** Dillard et al v. City of Springdale et al
**Date:** September 2, 2021 at 4:10 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva dvillanueva@arkansaslaw.com,  mdoughty@arkansaslaw.com

Bob,

I am following up on a voicemail that I left for you yesterday.  I would like to speak to you regarding your representation of Jim Bob and Michelle Duggar.  It is my understanding that you lodged an objection to a subpoena duces tecum we served on the Friday Firm/Andrew Lawson.  We have also served a subpoena duces tecum on Jim Bob and Michelle but have not received any response.  I was hoping I could send the subpoenas to you as well as the notices for deposition.  Please let me know as soon as you can, otherwise we will proceed with service on the Duggars personally.

Thank you,



**Morgan S. Doughty**
Attorney at Law
4710 S. Thompson, Ste. 102
Springdale, Arkansas 72764

T: (479) 751-6464
F: (479) 751-3715
mdoughty@arkansaslaw.com
www.arkansaslaw.com

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication.  If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender.  Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*



**From:** Bob@ballingerlaw.net
**Subject:** Re: Dillard et al v. City of Springdale et al
**Date:** September 2, 2021 at 4:45 PM
**To:** Morgan Doughty mdoughty@arkansaslaw.com
**Cc:** Deyanira Villanueva dvillanueva@arkansaslaw.com

Mr. Doughty,

I am sorry I missed your call. Having not heard from the Duggars regarding this issue I am certainly not in a position to accept service. I will be happy to reach out to them to discuss it.

Thanks,
Bob

------------------------------------------------------------------

Bob Ballinger
Attorney at Law
State Senator District 5
P: 479.292.1345
F: 888.505.7811
375 State Highway 215, Oark, AR 72852
www.BallingerLaw.net

Confidentiality Notice:
------------------------------------------------------------------

The information in this message, along with any attachments, may contain information which is confidential, proprietary, work product and/or protected by attorney client privilege, or may otherwise be legally privileged, proprietary in nature, or protected by law from disclosure. Any dissemination to anyone other than the intended recipient, or other use of this message and its contents, is prohibited. If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this message in any way is strictly prohibited. If you have received this message in error, please contact the sender immediately for additional instructions, and also take the appropriate steps to delete the message completely from your computer system.



**From:** **Morgan Doughty** mdoughty@arkansaslaw.com
**Subject:** Re: Dillard et al v. City of Springdale et al
**Date:** September 2, 2021 at 5:18 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva dvillanueva@arkansaslaw.com

That would be great. I appreciate it. Am I incorrect about you lodging an objection to the subpoena duces tecum served on Andrew Lawson?

Thank you,

Morgan S. Doughty

Sent from my iPhone

On Sep 2, 2021, at 4:45 PM, Bob@ballingerlaw.net wrote:

Mr. Doughty,

I am sorry I missed your call. Having not heard from the Duggars regarding this issue I am certainly not in a position to accept service. I will be happy to reach out to them to discuss it.

Thanks,
Bob

--------------------------------------------------------------

Bob Ballinger
Attorney at Law
State Senator District 5
P: 479.292.1345
F: 888.505.7811
375 State Highway 215, Oark, AR 72852
www.BallingerLaw.net

Confidentiality Notice:
--------------------------------------------------------------
The information in this message, along with any attachments, may contain information which is confidential, proprietary, work product and/or protected by attorney client privilege, or may otherwise be legally privileged, proprietary in nature, or protected by law from disclosure.  Any dissemination to anyone other than the intended recipient, or other use of this message and its contents, is prohibited.  If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this message in any way is strictly prohibited.  If you have received this message in error, please contact the sender immediately for additional instructions, and also take the appropriate steps to delete the message completely from your computer system.



From: **Morgan Doughty** mdoughty@arkansaslaw.com
Subject: Re: Dillard et al v. City of Springdale et al
Date: September 2, 2021 at 5:18 PM
To: Bob@ballingerlaw.net
Cc: Deyanira Villanueva dvillanueva@arkansaslaw.com

That would be great. I appreciate it. Am I incorrect about you lodging an objection to the subpoena duces tecum served on Andrew Lawson?

Thank you,

Morgan S. Doughty

Sent from my iPhone

On Sep 2, 2021, at 4:45 PM, Bob@ballingerlaw.net wrote:

Mr. Doughty,

I am sorry I missed your call. Having not heard from the Duggars regarding this issue I am certainly not in a position to accept service. I will be happy to reach out to them to discuss it.

Thanks,
Bob

-------------------------------------------------------------

Bob Ballinger
Attorney at Law
State Senator District 5
P: 479.292.1345
F: 888.505.7811
375 State Highway 215, Oark, AR 72852
www.BallingerLaw.net

Confidentiality Notice:
-------------------------------------------------------------
The information in this message, along with any attachments, may contain information which is confidential, proprietary, work product and/or protected by attorney client privilege, or may otherwise be legally privileged, proprietary in nature, or protected by law from disclosure.  Any dissemination to anyone other than the intended recipient, or other use of this message and its contents, is prohibited.  If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this message in any way is strictly prohibited.  If you have received this message in error, please contact the sender immediately for additional instructions, and also take the appropriate steps to delete the message completely from your computer system.



From: **Morgan Doughty** mdoughty@arkansaslaw.com
Subject: RE: Dillard et al v. City of Springdale et al
Date: September 7, 2021 at 1:09 PM
To: Bob@ballingerlaw.net
Cc: Deyanira Villanueva dvillanueva@arkansaslaw.com,  mdoughty@arkansaslaw.com

Good afternoon Bob,

I hope you had a wonderful long weekend.  I am following up on accepting service for notices of depositions as well as your objection to the subpoena duces tecum served on Mr. Lawson.

Thank you,

**Morgan S. Doughty**
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication.  If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender.  Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

_____

**From:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Sent:** Thursday, September 2, 2021 5:19 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>
**Subject:** Re: Dillard et al v. City of Springdale et al

That would be great. I appreciate it. Am I incorrect about you lodging an objection to the subpoena duces tecum served on Andrew Lawson?

Thank you,

Morgan S. Doughty

Sent from my iPhone


On Sep 2, 2021, at 4:45 PM, Bob@ballingerlaw.net wrote:


Mr. Doughty,

I am sorry I missed your call. Having not heard from the Duggars regarding this issue I am certainly not in a position to accept service. I will be happy to reach

out to them to discuss it.

Thanks,
Bob

-----------------------------------------------------------------

Bob Ballinger
Attorney at Law
State Senator District 5
P: 479.292.1345
F: 888.505.7811
375 State Highway 215, Oark, AR 72852
www.BallingerLaw.net

Confidentiality Notice:

-----------------------------------------------------------------

The information in this message, along with any attachments, may contain information which is confidential, proprietary, work product and/or protected by attorney client privilege, or may otherwise be legally privileged, proprietary in nature, or protected by law from disclosure.  Any dissemination to anyone other than the intended recipient, or other use of this message and its contents, is prohibited.  If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this message in any way is strictly prohibited.  If you have received this message in error, please contact the sender immediately for additional instructions, and also take the appropriate steps to delete the message completely from your computer system.

From: **Morgan Doughty** mdoughty@arkansaslaw.com
Subject: RE: Dillard et al v. City of Springdale et al
Date: September 7, 2021 at 1:09 PM
To: Bob@ballingerlaw.net
Cc: Deyanira Villanueva dvillanueva@arkansaslaw.com, mdoughty@arkansaslaw.com



Good afternoon Bob,

I hope you had a wonderful long weekend.  I am following up on accepting service for notices of depositions as well as your objection to the subpoena duces tecum served on Mr. Lawson.

Thank you,

**Morgan S. Doughty**
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication.  If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender.  Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Sent:** Thursday, September 2, 2021 5:19 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>
**Subject:** Re: Dillard et al v. City of Springdale et al

That would be great. I appreciate it. Am I incorrect about you lodging an objection to the subpoena duces tecum served on Andrew Lawson?

Thank you,

Morgan S. Doughty

Sent from my iPhone


On Sep 2, 2021, at 4:45 PM, Bob@ballingerlaw.net wrote:


Mr. Doughty,

I am sorry I missed your call. Having not heard from the Duggars regarding this issue I am certainly not in a position to accept service. I will be happy to reach

out to them to discuss it.

Thanks,
Bob

-----------------------------------------------------------------

Bob Ballinger
Attorney at Law
State Senator District 5
P: 479.292.1345
F: 888.505.7811
375 State Highway 215, Oark, AR 72852
www.BallingerLaw.net

Confidentiality Notice:

-----------------------------------------------------------------

The information in this message, along with any attachments, may contain information which is confidential, proprietary, work product and/or protected by attorney client privilege, or may otherwise be legally privileged, proprietary in nature, or protected by law from disclosure.  Any dissemination to anyone other than the intended recipient, or other use of this message and its contents, is prohibited.  If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this message in any way is strictly prohibited.  If you have received this message in error, please contact the sender immediately for additional instructions, and also take the appropriate steps to delete the message completely from your computer system.



**From:** **Morgan Doughty** mdoughty@arkansaslaw.com
**Subject:** RE: Dillard et al v. City of Springdale et al
**Date:** September 20, 2021 at 3:43 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva dvillanueva@arkansaslaw.com,  mdoughty@arkansaslaw.com

Bob,

Based upon the information we have obtained from our process server, it appears that Mr. and Mrs. Duggar may be evading service and as a result, we will be forced to request assistance from the Court.  In my previous emails I have asked if you are authorized to accept service on their behalf due to the fact that you lodged an objection to a subpoena duces tecum in this matter, but I have received no response after several attempts to contact you.  Please contact me at your earliest convenience to discuss this matter.

Thank you

Morgan S. Doughty
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication.  If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender.  Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Sent:** Tuesday, September 7, 2021 1:09 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>; mdoughty@arkansaslaw.com
**Subject:** RE: Dillard et al v. City of Springdale et al

Good afternoon Bob,

I hope you had a wonderful long weekend.  I am following up on accepting service for notices of depositions as well as your objection to the subpoena duces tecum served on Mr. Lawson.

Thank you,

Morgan S. Doughty
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication.  If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender.  Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Sent:** Thursday, September 2, 2021 5:19 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>
**Subject:** Re: Dillard et al v. City of Springdale et al

That would be great. I appreciate it. Am I incorrect about you lodging an objection to the subpoena duces tecum served on Andrew Lawson?

Thank you,

Morgan S. Doughty

Sent from my iPhone

> On Sep 2, 2021, at 4:45 PM, Bob@ballingerlaw.net wrote:
>
> Mr. Doughty,
>
> I am sorry I missed your call. Having not heard from the Duggars regarding this issue I am certainly not in a position to accept service. I will be happy to reach out to them to discuss it.
>
> Thanks,
> Bob
>
> -----------------------------------------------------------------
>
> Bob Ballinger
> Attorney at Law
> State Senator District 5
> P: 479.292.1345
> F: 888.505.7811
> 375 State Highway 215, Oark, AR 72852
> www.BallingerLaw.net
>
> Confidentiality Notice:
> -----------------------------------------------------------------
> The information in this message, along with any attachments, may contain information which is confidential, proprietary, work product and/or protected by attorney client privilege, or may otherwise be legally privileged, proprietary

in nature, or protected by law from disclosure.  Any dissemination to anyone other than the intended recipient, or other use of this message and its contents, is prohibited.  If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this message in any way is strictly prohibited.  If you have received this message in error, please contact the sender immediately for additional instructions, and also take the appropriate steps to delete the message completely from your computer system.



From: **Morgan Doughty** mdoughty@arkansaslaw.com
Subject: RE: Dillard et al v. City of Springdale et al
Date: September 20, 2021 at 3:43 PM
To: Bob@ballingerlaw.net
Cc: Deyanira Villanueva dvillanueva@arkansaslaw.com, mdoughty@arkansaslaw.com

Bob,

Based upon the information we have obtained from our process server, it appears that Mr. and Mrs. Duggar may be evading service and as a result, we will be forced to request assistance from the Court. In my previous emails I have asked if you are authorized to accept service on their behalf due to the fact that you lodged an objection to a subpoena duces tecum in this matter, but I have received no response after several attempts to contact you. Please contact me at your earliest convenience to discuss this matter.

Thank you

**Morgan S. Doughty**
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication. If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender. Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Sent:** Tuesday, September 7, 2021 1:09 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>; mdoughty@arkansaslaw.com
**Subject:** RE: Dillard et al v. City of Springdale et al

Good afternoon Bob,

I hope you had a wonderful long weekend. I am following up on accepting service for notices of depositions as well as your objection to the subpoena duces tecum served on Mr. Lawson.

Thank you,

**Morgan S. Doughty**
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication. If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender. Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Sent:** Thursday, September 2, 2021 5:19 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>
**Subject:** Re: Dillard et al v. City of Springdale et al

That would be great. I appreciate it. Am I incorrect about you lodging an objection to the subpoena duces tecum served on Andrew Lawson?

Thank you,

Morgan S. Doughty

Sent from my iPhone

> On Sep 2, 2021, at 4:45 PM, Bob@ballingerlaw.net wrote:
>
> Mr. Doughty,
>
> I am sorry I missed your call. Having not heard from the Duggars regarding this issue I am certainly not in a position to accept service. I will be happy to reach out to them to discuss it.
>
> Thanks,
> Bob
>
> ------------------------------------------------------------------
>
> Bob Ballinger
> Attorney at Law
> State Senator District 5
> P: 479.292.1345
> F: 888.505.7811
> 375 State Highway 215, Oark, AR 72852
> www.BallingerLaw.net
>
> Confidentiality Notice:
> ------------------------------------------------------------------
> The information in this message, along with any attachments, may contain information which is confidential, proprietary, work product and/or protected by attorney client privilege, or may otherwise be legally privileged, proprietary

in nature, or protected by law from disclosure.  Any dissemination to anyone other than the intended recipient, or other use of this message and its contents, is prohibited.  If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this message in any way is strictly prohibited.  If you have received this message in error, please contact the sender immediately for additional instructions, and also take the appropriate steps to delete the message completely from your computer system.

From: **Bob Ballinger** Bob.ballinger@yahoo.com
Subject: Re: Dillard et al v. City of Springdale et al
Date: September 20, 2021 at 7:20 PM
To: Morgan Doughty mdoughty@arkansaslaw.com
Cc: Deyanira Villanueva dvillanueva@arkansaslaw.com



I apologize - I have been crazy busy. The Duggars are on a month long family trip out west. Should be back mid October.

Thanks,
Bob
870.350.5175


Thanks,
Bob
870.350.5175
On Sep 20, 2021, at 2:43 PM, Morgan Doughty <mdoughty@arkansaslaw.com> wrote:

Bob,

Based upon the information we have obtained from our process server, it appears that Mr. and Mrs. Duggar may be evading service and as a result, we will be forced to request assistance from the Court.  In my previous emails I have asked if you are authorized to accept service on their behalf due to the fact that you lodged an objection to a subpoena duces tecum in this matter, but I have received no response after several attempts to contact you.  Please contact me at your earliest convenience to discuss this matter.

Thank you

**Morgan S. Doughty**
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication.  If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender.  Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Sent:** Tuesday, September 7, 2021 1:09 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>; mdoughty@arkansaslaw.com
**Subject:** RE: Dillard et al v. City of Springdale et al

Good afternoon Bob,

I hope you had a wonderful long weekend.  I am following up on accepting service for

notices of depositions as well as your objection to the subpoena duces tecum served on Mr. Lawson.

Thank you,

**Morgan S. Doughty**
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication. If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender. Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Sent:** Thursday, September 2, 2021 5:19 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>
**Subject:** Re: Dillard et al v. City of Springdale et al

That would be great. I appreciate it. Am I incorrect about you lodging an objection to the subpoena duces tecum served on Andrew Lawson?

Thank you,

Morgan S. Doughty

Sent from my iPhone

> On Sep 2, 2021, at 4:45 PM, Bob@ballingerlaw.net wrote:
>
> Mr. Doughty,
>
> I am sorry I missed your call. Having not heard from the Duggars regarding this issue I am certainly not in a position to accept service. I will be happy to reach out to them to discuss it.
>
> Thanks,
> Bob
>
> ------------------------------------------------------------------
>
> Bob Ballinger

Attorney at Law
State Senator District 5
P: 479.292.1345
F: 888.505.7811
375 State Highway 215, Oark, AR 72852
www.BallingerLaw.net

Confidentiality Notice:

-----------------------------------------------------------------

The information in this message, along with any attachments, may contain information which is confidential, proprietary, work product and/or protected by attorney client privilege, or may otherwise be legally privileged, proprietary in nature, or protected by law from disclosure.  Any dissemination to anyone other than the intended recipient, or other use of this message and its contents, is prohibited.  If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this message in any way is strictly prohibited.  If you have received this message in error, please contact the sender immediately for additional instructions, and also take the appropriate steps to delete the message completely from your computer system.



From: **Morgan Doughty** mdoughty@arkansaslaw.com
Subject: RE: Dillard et al v. City of Springdale et al
Date: September 21, 2021 at 4:41 PM
To: Bob Ballinger Bob.ballinger@yahoo.com
Cc: Deyanira Villanueva dvillanueva@arkansaslaw.com,   mdoughty@arkansaslaw.com

Bob,

Thank you for the response.  Your clients being out of town is not a problem as I will be able to set up the depositions via Zoom.  Additionally, it is my understanding that my subpoena duces tecum was served, but I have not received any responses thereto.  If I do not receive the requested information by the end of this week (9/24/21) I will be filing a motion for an order to show cause.

Available dates for Jim Bob and Michelle's depositions are 9/23, 9/24, 9/27, 9/28, 9/29, and 10/1.

Thank you and I look forward to hearing from you,

**Morgan S. Doughty**
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication.  If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender.  Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Bob Ballinger <Bob.ballinger@yahoo.com>
**Sent:** Monday, September 20, 2021 7:20 PM
**To:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>
**Subject:** Re: Dillard et al v. City of Springdale et al

I apologize - I have been crazy busy. The Duggars are on a month long family trip out west. Should be back mid October.

Thanks,
Bob
870.350.5175

Thanks,
Bob
870.350.5175

On Sep 20, 2021, at 2:43 PM, Morgan Doughty

On Sep 20, 2021, at 2:40 PM, Morgan Doughty
<mdoughty@arkansaslaw.com> wrote:

Bob,

Based upon the information we have obtained from our process server, it appears that Mr. and Mrs. Duggar may be evading service and as a result, we will be forced to request assistance from the Court.  In my previous emails I have asked if you are authorized to accept service on their behalf due to the fact that you lodged an objection to a subpoena duces tecum in this matter, but I have received no response after several attempts to contact you.  Please contact me at your earliest convenience to discuss this matter.

Thank you

**Morgan S. Doughty**
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication.  If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender.  Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Sent:** Tuesday, September 7, 2021 1:09 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>; mdoughty@arkansaslaw.com
**Subject:** RE: Dillard et al v. City of Springdale et al

Good afternoon Bob,

I hope you had a wonderful long weekend.  I am following up on accepting service for notices of depositions as well as your objection to the subpoena duces tecum served on Mr. Lawson.

Thank you,

**Morgan S. Doughty**
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication. If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender. Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Sent:** Thursday, September 2, 2021 5:19 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>
**Subject:** Re: Dillard et al v. City of Springdale et al

That would be great. I appreciate it. Am I incorrect about you lodging an objection to the subpoena duces tecum served on Andrew Lawson?

Thank you,

Morgan S. Doughty

Sent from my iPhone

> On Sep 2, 2021, at 4:45 PM, Bob@ballingerlaw.net wrote:
>
> Mr. Doughty,
>
> I am sorry I missed your call. Having not heard from the Duggars regarding this issue I am certainly not in a position to accept service. I will be happy to reach out to them to discuss it.
>
> Thanks,
> Bob
>
> -----------------------------------------------------------------
>
> Bob Ballinger
> Attorney at Law
> State Senator District 5
> P: 479.292.1345
> F: 888.505.7811
> 375 State Highway 215, Oark, AR 72852
> www.BallingerLaw.net
>
> Confidentiality Notice:

--------------------------------------------------------------------

The information in this message, along with any attachments, may contain information which is confidential, proprietary, work product and/or protected by attorney client privilege, or may otherwise be legally privileged, proprietary in nature, or protected by law from disclosure.  Any dissemination to anyone other than the intended recipient, or other use of this message and its contents, is prohibited.  If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this message in any way is strictly prohibited.  If you have received this message in error, please contact the sender immediately for additional instructions, and also take the appropriate steps to delete the message completely from your computer system.



From: **Morgan Doughty** mdoughty@arkansaslaw.com
Subject: RE: Dillard et al v. City of Springdale et al
Date: September 21, 2021 at 4:41 PM
To: Bob Ballinger Bob.ballinger@yahoo.com
Cc: Deyanira Villanueva dvillanueva@arkansaslaw.com,  mdoughty@arkansaslaw.com

Bob,

Thank you for the response.  Your clients being out of town is not a problem as I will be able to set up the depositions via Zoom.  Additionally, it is my understanding that my subpoena duces tecum was served, but I have not received any responses thereto.  If I do not receive the requested information by the end of this week (9/24/21) I will be filing a motion for an order to show cause.

Available dates for Jim Bob and Michelle's depositions are 9/23, 9/24, 9/27, 9/28, 9/29, and 10/1.

Thank you and I look forward to hearing from you,

**Morgan S. Doughty**
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication.  If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender.  Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Bob Ballinger <Bob.ballinger@yahoo.com>
**Sent:** Monday, September 20, 2021 7:20 PM
**To:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>
**Subject:** Re: Dillard et al v. City of Springdale et al

I apologize - I have been crazy busy. The Duggars are on a month long family trip out west. Should be back mid October.

Thanks,
Bob
870.350.5175

Thanks,
Bob
870.350.5175

On Sep 20, 2021, at 2:43 PM, Morgan Doughty

On Sep 20, 2021, at 2:46 PM, Morgan Doughty
<mdoughty@arkansaslaw.com> wrote:


Bob,

Based upon the information we have obtained from our process server, it
appears that Mr. and Mrs. Duggar may be evading service and as a result,
we will be forced to request assistance from the Court.  In my previous
emails I have asked if you are authorized to accept service on their behalf
due to the fact that you lodged an objection to a subpoena duces tecum in
this matter, but I have received no response after several attempts to contact
you.  Please contact me at your earliest convenience to discuss this matter.

Thank you

**Morgan S. Doughty**
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including
attachments, if any, is intended as a confidential and privileged communication.  If
received in error, you should not copy, save or reproduce in any manner, but delete
immediately and notify the sender.  Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to
notify e-mail recipients that e-mail is not a secure method of communication, that it may
be copied and held by any computer through which it passes, and persons not
participating in the communication may intercept the communication.  Should you wish to
discontinue this method of communication, please advise, and no further e-mail
communication will be sent.*

**From:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Sent:** Tuesday, September 7, 2021 1:09 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>;
mdoughty@arkansaslaw.com
**Subject:** RE: Dillard et al v. City of Springdale et al

Good afternoon Bob,

I hope you had a wonderful long weekend.  I am following up on accepting
service for notices of depositions as well as your objection to the subpoena
duces tecum served on Mr. Lawson.

Thank you,

**Morgan S. Doughty**
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication. If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender. Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Sent:** Thursday, September 2, 2021 5:19 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>
**Subject:** Re: Dillard et al v. City of Springdale et al

That would be great. I appreciate it. Am I incorrect about you lodging an objection to the subpoena duces tecum served on Andrew Lawson?

Thank you,

Morgan S. Doughty

Sent from my iPhone

> On Sep 2, 2021, at 4:45 PM, Bob@ballingerlaw.net wrote:
>
> Mr. Doughty,
>
> I am sorry I missed your call. Having not heard from the Duggars regarding this issue I am certainly not in a position to accept service. I will be happy to reach out to them to discuss it.
>
> Thanks,
> Bob
>
> ----------------------------------------------------------------
>
> Bob Ballinger
> Attorney at Law
> State Senator District 5
> P: 479.292.1345
> F: 888.505.7811
> 375 State Highway 215, Oark, AR 72852
> www.BallingerLaw.net
>
> Confidentiality Notice:

-------------------------------------------------------------------
The information in this message, along with any attachments, may contain information which is confidential, proprietary, work product and/or protected by attorney client privilege, or may otherwise be legally privileged, proprietary in nature, or protected by law from disclosure.  Any dissemination to anyone other than the intended recipient, or other use of this message and its contents, is prohibited.  If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this message in any way is strictly prohibited.  If you have received this message in error, please contact the sender immediately for additional instructions, and also take the appropriate steps to delete the message completely from your computer system.

From: **Bob Ballinger** Bob.ballinger@yahoo.com
Subject: Re: Dillard et al v. City of Springdale et al
Date: September 22, 2021 at 8:29 PM
To: Morgan Doughty mdoughty@arkansaslaw.com
Cc: Deyanira Villanueva dvillanueva@arkansaslaw.com



I represented them in drafting a settlement. I have not been retained to help them in this matter.

Thanks,
Bob
870.350.5175

On Sep 21, 2021, at 4:41 PM, Morgan Doughty <mdoughty@arkansaslaw.com> wrote:

Bob,

Thank you for the response.  Your clients being out of town is not a problem as I will be able to set up the depositions via Zoom.  Additionally, it is my understanding that my subpoena duces tecum was served, but I have not received any responses thereto.  If I do not receive the requested information by the end of this week (9/24/21) I will be filing a motion for an order to show cause.

Available dates for Jim Bob and Michelle's depositions are 9/23, 9/24, 9/27, 9/28, 9/29, and 10/1.

Thank you and I look forward to hearing from you,

**Morgan S. Doughty**
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication.  If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender.  Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Bob Ballinger <Bob.ballinger@yahoo.com>
**Sent:** Monday, September 20, 2021 7:20 PM
**To:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>
**Subject:** Re: Dillard et al v. City of Springdale et al

I apologize - I have been crazy busy. The Duggars are on a month long family trip out west. Should be back mid October.

Thanks,
Bob
870.350.5175

Thanks,
Bob
870.350.5175

> On Sep 20, 2021, at 2:43 PM, Morgan Doughty
> <mdoughty@arkansaslaw.com> wrote:
>
> Bob,
>
> Based upon the information we have obtained from our process server, it
> appears that Mr. and Mrs. Duggar may be evading service and as a result,
> we will be forced to request assistance from the Court.  In my previous
> emails I have asked if you are authorized to accept service on their behalf
> due to the fact that you lodged an objection to a subpoena duces tecum in
> this matter, but I have received no response after several attempts to
> contact you.  Please contact me at your earliest convenience to discuss this
> matter.
>
> Thank you
>
> **Morgan S. Doughty**
> mdoughty@arkansaslaw.com
> P: (479)751-6464
> F: (479)751-3715
>
> *This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including
> attachments, if any, is intended as a confidential and privileged communication.  If
> received in error, you should not copy, save or reproduce in any manner, but delete
> immediately and notify the sender.  Thank you.*
>
> *NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys
> to notify e-mail recipients that e-mail is not a secure method of communication, that it
> may be copied and held by any computer through which it passes, and persons not
> participating in the communication may intercept the communication.  Should you wish
> to discontinue this method of communication, please advise, and no further e-mail
> communication will be sent.*
>
> **From:** Morgan Doughty <mdoughty@arkansaslaw.com>
> **Sent:** Tuesday, September 7, 2021 1:09 PM
> **To:** Bob@ballingerlaw.net
> **Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>;
> mdoughty@arkansaslaw.com
> **Subject:** RE: Dillard et al v. City of Springdale et al
>
> Good afternoon Bob,
>
> I hope you had a wonderful long weekend.  I am following up on accepting
> service for notices of depositions as well as your objection to the subpoena
> duces tecum served on Mr. Lawson.

Thank you,

**Morgan S. Doughty**
mdoughty@arkansaslaw.com
P: (479)751-6464
F: (479)751-3715

*This communication from Harrington, Miller, Kieklak, Eichmann & Brown, P.A., including attachments, if any, is intended as a confidential and privileged communication. If received in error, you should not copy, save or reproduce in any manner, but delete immediately and notify the sender. Thank you.*

*NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.*

**From:** Morgan Doughty <mdoughty@arkansaslaw.com>
**Sent:** Thursday, September 2, 2021 5:19 PM
**To:** Bob@ballingerlaw.net
**Cc:** Deyanira Villanueva <dvillanueva@arkansaslaw.com>
**Subject:** Re: Dillard et al v. City of Springdale et al

That would be great. I appreciate it. Am I incorrect about you lodging an objection to the subpoena duces tecum served on Andrew Lawson?

Thank you,

Morgan S. Doughty

Sent from my iPhone

> On Sep 2, 2021, at 4:45 PM, Bob@ballingerlaw.net wrote:
>
> Mr. Doughty,
>
> I am sorry I missed your call. Having not heard from the Duggars regarding this issue I am certainly not in a position to accept service. I will be happy to reach out to them to discuss it.
>
> Thanks,
> Bob
>
> -----------------------------------------------------------------
>
> Bob Ballinger
> Attorney at Law

Attorney at Law
State Senator District 5
P: 479.292.1345
F: 888.505.7811
375 State Highway 215, Oark, AR 72852
www.BallingerLaw.net

Confidentiality Notice:
------------------------------------------------------------------
The information in this message, along with any attachments,
may contain information which is confidential, proprietary, work
product and/or protected by attorney client privilege, or may
otherwise be legally privileged, proprietary in nature, or
protected by law from disclosure.  Any dissemination to anyone
other than the intended recipient, or other use of this message
and its contents, is prohibited.  If you are not the intended
recipient, you are hereby notified that reading, copying, or
distributing this message in any way is strictly prohibited.  If you
have received this message in error, please contact the sender
immediately for additional instructions, and also take the
appropriate steps to delete the message completely from your
computer system.