IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JILL DILLARD, JESSA SEEWALD,**
**JINGER VUOLO, and JOY DUGGAR**  PLAINTIFF(S)

V.     CASE NO. 5:17-5089-TLB

**CITY OF SPRINGDALE, ARKANSAS;**  DEFENDANT(S)
**WASHINGTON COUNTY, ARKANSAS;**
**KATHY O'KELLEY, in her individual and**
**official capacities;**
**ERNEST CATE, in his individual and official capacities;**
**RICK HOYT, in his individual and official capacities;**
**STEVE ZEGA, in his official capacity;**
**And DOES 1-10, inclusive**

### DEPOSITION DESIGNATIONS FOR WITNESS – STEVE ZEGA

| Excerpt No. | Designated by Plaintiff or Defendant | FROM Page | FROM Line | TO Page | TO Line | OBJECTION YES/NO | BASIS FOR OBJECTION |
|---|---|---|---|---|---|---|---|
| 1 | Plaintiff | 4 | 7 | 4 | 8 | YES | Steve Zega is not unavailable for trial, he is not a party to this action, at the time of his deposition he was not an agent of Washington County, and he has not been designated as an expert. |
| 2 | Plaintiff | 4 | 12 | 5 | 8 | YES | Same objection. |
| 3 | Plaintiff | 8 | 18 | 8 | 22 | YES | Same objection. |
| 4 | Plaintiff | 8 | 25 | 10 | 5 | YES | Same objection. |
| 5 | Plaintiff | 10 | 20 | 11 | 1 | YES | Same objection. |
| 6 | Plaintiff | 18 | 4 | 18 | 13 | YES | Same objection. |
| 7 | Plaintiff | 18 | 25 | 19 | 10 | YES | Same objection. |
| 8 | Plaintiff | 19 | 16 | 20 | 12 | YES | Same objection. |
| 9 | Plaintiff | 21 | 6 | 21 | 11 | YES | Same objection. |

| 11 | Plaintiff | 21 | 15 | 22 | 12 | YES | Same objection. |
| 12 | Plaintiff | 24 | 24 | 25 | 3 | YES | Same objection. |
| 13 | Plaintiff | 25 | 8 | 25 | 25 | YES | Same objection. |
| 14 | Plaintiff | 32 | 14 | 33 | 14 | YES | Same objection. |
| 15 | Plaintiff | 33 | 22 | 34 | 3 | YES | Same objection. |
| 16 | Plaintiff | 36 | 23 | 38 | 2 | YES | Same objection. |
| 17 | Plaintiff | 38 | 4 | 38 | 6 | YES | Same objection. |
| 18 | Plaintiff | 38 | 7 | 39 | 4 | YES | Same objection. |
| 19 | Plaintiff | 39 | 18 | 40 | 18 | YES | Same objection. |
| 20 | Plaintiff | 42 | 6 | 42 | 19 | YES | Same objection. |