IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY DUGGAR,<br><br>Plaintiff,<br><br><br>CITY OF SPRINGDALE; WASHINGTON COUNTY; KATHY O'KELLEY; ERNEST CATE; RICK HOYT; STEVE ZEGA; BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 5:17-CV-05089-TLB |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTION *IN LIMINE* NO.13

Plaintiffs, in support of their Motion for Leave to File a Supplemental Response to Defendants' Motion *in limine* No. 13, state as follows:

1. Defendants filed a Joint Motion in Limine on November 12, 2021. (Dkt. 190, 191.) Motion *in limine* No. 13 sought to exclude Steve Zega from trial and a CNN article regarding comments made by Steve Zega.

2. Plaintiffs filed Responses to Defendants' Joint Motion in Limine on November 19, 2021. (Dkt. 193.) Among others, Plaintiffs opposed Defendants' motion *in limine* No. 13.

3. Thereafter, Plaintiffs and Defendants exchanged deposition designations pursuant to the Court's Amended Case Management Order (Dkt. 120), and Plaintiffs designated certain deposition testimony of Steve Zega.

4. On November 23, 2021, Defendants opposed Plaintiffs' deposition designations of Mr. Zega and the parties filed a joint motion, setting forth Defendants' objections and Plaintiffs' responses. (Dkt. 195.)

5. Plaintiffs' responses to Defendants' objections to Mr. Zega's deposition testimony provide a basis to deny Defendants' motion *in limine* No. 13, which also seeks to preclude Mr. Zega's testimony.

6. Because of the importance of the issues at hand, Plaintiffs would like to file a supplemental response to Defendants' motion *in limine* No. 13, and therefore respectfully request leave to file a supplemental opposition, which is submitted contemporaneously with this motion as Exhibit 1, on or before November 24, 2021.

WHEREFORE, Plaintiffs respectfully request the Court grant leave to file a supplemental response to Defendants' motion *in limine* No. 13 on or before November 24, 2021.

By: */s/ Steven E. Bledsoe*
Stephen G. Larson (admitted *pro hac vice*)
*slarson@larsonllp.com*
Steven E. Bledsoe (admitted *pro hac vice*)
*sbledsoe@larsonllp.com*
Jen C. Won (admitted *pro hac vice*)
*jwon@larsonllp.com*
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Shawn B. Daniels (Ark. Bar No. 99126)
*shawn@danielsfirm.com*
**DANIELS FIRM**
129 W. Sunbridge Drive
Fayetteville, AR 72703
Telephone: (479) 521-7000
Facsimile: (479) 437-2007

Attorneys for Plaintiffs JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY FORSYTH