IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JILL DILLARD, JESSA SEEWALD,
JINGER VUOLO, and JOY DUGGAR,       CASE NO. 5:17-5089-TLB

    Plaintiffs,

v.

CITY OF SPRINGDALE; WASHINGTON
COUNTY; KATHY O'KELLEY; ERNEST
CATE; RICK HOYT; STEVE ZEGA; BAUER
PUBLISHING COMPANY, L.P.; BAUER
MAGAZINE, L.P.; BAUER MEDIA GROUP,
INC.; BAUER, INC.; HEINRICH BAUER
NORTH AMERICA, INC.; BAUER MEDIA
GROUP USA, LLC; and DOES 1-10, inclusive,

    Defendants.

## MOTION TO APPEAR *PRO HAC VICE*

COMES NOW attorney HILARY POTASHNER who requests leave of Court to appear *pro hac vice* and participate in the above-styled case, and in support thereof, states:

1. HILARY POTASHNER, am a licensed attorney in good standing and duly registered on the role of attorneys in the State of California, CA Bar No. 167060 and maintain an office for the practice of law at 555 South Flower Street, Suite 4400, Los Angeles, CA 90071; telephone 213.436.4888. I am a member in good standing with the following courts:

    a. Supreme Court of the United States, admitted August 8, 2016;

    b. United States Court of Appeals for the Ninth Circuit, admitted February 3, 2003;

    c. United States Court of Appeals for the Fourth Circuit, admitted May 30, 2017;

    d. United States District Court for the Central District of California, admitted May 2001 through September 30, 2019 and re-admitted on December 14, 2019;

    e. United States District Court for the Southern District of California, admitted December 10, 1993;

    f. United States District Court for the Eastern District of New York, admitted January 13, 2021;

    g. United States District Court of the Southern District of New York, admitted December 15, 2020;

    h. State Bar of New York, admitted November 16, 1999; and

    i. State Bar of California, admitted December 1, 1993.

2. I am an attorney for the plaintiffs in this case, now pending before this Court.

3. The above plaintiffs are also represented by Arkansas counsel, Shawn B. Daniels, of Daniels Law Firm, 129 West Sunbridge Drive, Fayetteville, Arkansas 72703; telephone 479-521-7000; shawn@danielsfirm.com. Attorney Shawn B. Daniels is a member of the Arkansas Bar and duly-registered attorney before this Court and readily available to opposing counsel for communication regarding the conduct of this case.

4. The State of California accords similar comity and courtesies to Arkansas attorneys who appear in her Courts.

5. By appearing herein, pursuant to Local Rule 83.5(e), I likewise agree to submit to all disciplinary procedures and applicable Uniform Federal Rules of Disciplinary Enforcement.

6. WHEREFORE, I, HILARY POTASHNER, pray that I be granted leave to appear *pro hac vice* and participate in all matters concerning the above styled case.

Dated: November 29, 2021	Respectfully submitted,

/s/ Hilary Potashner
Hilary Potashner
California State Bar No. 167060
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
(213) 436-4888

*Attorneys for Plaintiffs*