AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF ARKANSAS

Jill Dillard, et al. )
*Plaintiff* )
v. ) Case No. 5:17-cv-05089-TLB
City of Springdale, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Jill Dillard, Joy Forsyth, Jessa Seewald and Jinger Vuolo

Date: 11/30/2021

*/s/ Hilary Potashner*
*Attorney's signature*

Hilary Potashner, CA State Bar No. 167060
*Printed name and bar number*

LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071

*Address*

hpotashner@larsonllp.com
*E-mail address*

213-436-4888
*Telephone number*

213-623-2000
*FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com