IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JILL DILLARD, JESSA SEEWALD, JINGER VUOLO, and JOY DUGGAR,<br><br>Plaintiffs,<br><br><br>CITY OF SPRINGDALE; WASHINGTON COUNTY; KATHY O'KELLEY; ERNEST CATE; RICK HOYT; STEVE ZEGA; BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:17-CV-05089-TLB<br><br>**UNDER SEAL** |

**DECLARATION OF STEVEN E. BLEDSOE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO AMEND CASE MANAGEMENT ORDER TO ALLOW FOR ADDITIONAL DISCOVERY, TO SUPPLEMENT EXPERT DISCLOSURES, AND TO SUPPLEMENT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND INCORPORATED BRIEF**

1

I, Steven E. Bledsoe, declare as follows:

1. I am a partner at Larson LLP, attorneys of record for Plaintiffs. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as **Exhibit A** is a true and correct copy of excerpts of the hearing held on November 29, 2021, in *United States of America v. Joshua James Duggar*, United States District Court, Western District of Arkansas, Case No. 5:21-cr-50014-TLB.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of the Deposition Transcript of Dr. Jason Beaman taken on September 30, 2021.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of the Deposition Transcript of Jill Dillard taken on September 1, 2021.

5. Attached as **Exhibit D** is a true and correct copy of excerpts of the Deposition Transcript of Jessa Seewald taken on September 13, 2021.

6. Attached as **Exhibit E** is a true and correct copy of excerpts of the Deposition Transcript of Jinger Vuolo taken on September 20, 2021.

7. Attached as **Exhibit F** is a true and correct copy of excerpts of the Deposition Transcript of Joy Forsyth taken on August 30, 2021.

Executed on this 4rd day of January, 2022, at Orange County, California.

*/s/ Steven E. Bledsoe*
Steven E. Bledsoe