# EXHIBIT B

Deposition of

# Jason W. Beaman, D.O., M.S., M.P.H., FAPA

September 30, 2021

Dillard

vs.

City of Springdale



Jason W. Beaman, D.O., M.S., M.P.H., FAPA

Dillard vs.
City of Springdale

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF ARKANSAS

 3                      FAYETTEVILLE DIVISION

 4   JILL DILLARD, JESSA SEEWALD, JINGER    ) Case No.
     VUOLO, and JOY DUGGAR                  ) 5:17-CV-05089-TLB
 5                                          )
            Plaintiffs,                     )
 6                                          )
         vs.                                )
 7                                          )
     CITY OF SPRINGDALE; WASHINGTON COUNTY; )
 8   KATHY O'KELLEY; ERNEST CATE; RICK HOYT;)
     STEVE ZEGA; BAUER PUBLISHING COMPANY,  )
 9   L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA)
     GROUP, INC.; BAUER, INC; HEINRICH BAUER)
10   NORTH AMERICA, INC; BAUER MEDIA GROUP  )
     USA, LLC; and DOES 1-10, inclusive,    )
11                                          )
            Defendants.                     )
12   _____)

13      DEPOSITION OF JASON W. BEAMAN, D.O, M.S., M.P.H., FAPA

14                 via Zoom videoteleconference

15                 Thursday, September 30, 2021

16

17

18            REPORTED BY: Derek L. Hoagland

19                    CSR No. 13445

20                   Job No. 10089281

21

22

23

24

25
```

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF ARKANSAS

 3                     FAYETTEVILLE DIVISION

 4   JILL DILLARD, JESSA SEEWALD, JINGER    ) Case No.
     VUOLO, and JOY DUGGAR                  ) 5:17-CV-05089-TLB
 5                                          )
         Plaintiffs,                        )
 6                                          )
        vs.                                 )
 7                                          )
     CITY OF SPRINGDALE; WASHINGTON COUNTY; )
 8   KATHY O'KELLEY; ERNEST CATE; RICK HOYT;)
     STEVE ZEGA; BAUER PUBLISHING COMPANY,  )
 9   L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA)
     GROUP, INC.; BAUER, INC; HEINRICH BAUER)
10   NORTH AMERICA, INC; BAUER MEDIA GROUP  )
     USA, LLC; and DOES 1-10, inclusive,    )
11                                          )
         Defendants.                        )
12   _____)

13

14

15   Deposition of JASON W. BEAMAN, D.O, M.S., M.P.H., FAPA,

16   taken before Derek L. Hoagland, a Certified Shorthand

17   Reporter for the State of California, commencing at

18   9:09 a.m., Thursday, September 30, 2021, via Zoom

19   videoteleconference.

20

21

22

23

24

25
```

Case 5:17-cv-05089-TLB   Document 202-3   Filed 01/04/22   Page 5 of 7 PageID #: 3540

Jason W. Beaman, D.O., M.S., M.P.H., FAPA                           Dillard vs.
                                                                    City of Springdale

| | |
|---|---|
| 1 | Anxiety Inventory, along with many, many others. |
| 2 | Q.     What tests are you competent to perform in |
| 3 | connection with this psychological assessment? |
| 4 | A.     I would say the depression screening |
| 5 | instruments, such as the Beck Depression Inventory, the |
| 6 | PHQ-9, anxiety instruments, including the Y-BOCS, and |
| 7 | the GAD-7, the MMSE, the Inventory of Problems-29, among |
| 8 | others.  If you had a specific test, I would be happy to |
| 9 | tell you whether or not I feel competent in that. |
| 10 | Q.     Sure. |
| 11 |        Did you administer any test to any of the |
| 12 | plaintiffs in this case? |
| 13 | A.     I did not. |
| 14 | Q.     Did you conduct any interviews of any of the |
| 15 | plaintiffs in this case? |
| 16 | A.     I did not. |
| 17 | Q.     Why didn't you perform any tests on any of the |
| 18 | plaintiffs in this case? |
| 19 | A.     Well, so specifically, I was hired and retained |
| 20 | by counsel to look at the opinion and formulation |
| 21 | procedures and methods used by Dr. Wynne.  Since I was |
| 22 | evaluating Dr. Wynne's practices, and the interviews he |
| 23 | conducted with the complainants were video recorded, |
| 24 | then specific to my role, I was not -- it was not |
| 25 | necessary for me to interview the defendants -- I'm |

Case 5:17-cv-05089-TLB   Document 202-3   Filed 01/04/22   Page 6 of 7 PageID #: 3541

Jason W. Beaman, D.O., M.S., M.P.H., FAPA                          Dillard vs.
                                                                   City of Springdale

```
 1   sorry, the plaintiffs.
 2   BY MR. BLEDSOE:
 3   Q.      Did you conduct any interviews of any of the
 4   plaintiffs in this case?
 5   A.      No.
 6   Q.      Let's go back to what you said is the purpose
 7   that you were retained for.  Do you recall talking about
 8   that just a minute ago?
 9   A.      Yes.
10   Q.      What were you retained to do in this case?
11   A.      To evaluate specifically the psychological
12   opinion of Dr. Wynne related to the defendants -- I'm
13   sorry, the plaintiffs.
14   Q.      Were you asked to perform your own evaluation of
15   the psychological issues related to plaintiffs in this
16   case?
17   A.      I was not asked to perform an evaluation.
18   Q.      So is it true that you were asked to essentially
19   critique Dr. Wynne's opinion in this case?  Correct?
20   A.      I would say his methods, procedures, evaluation,
21   and opinion.
22   Q.      And you were not asked to conduct your own
23   psychological evaluation of plaintiffs in this case,
24   correct?
25   A.      That is correct.  Not at this time.
```

```
 1                  REPORTER'S CERTIFICATE
 2   STATE OF CALIFORNIA            )    ss.
 3   I, DEREK L. HOAGLAND, CSR #13445, State of California,
 4   do hereby certify:
 5   That prior to being examined, the witness named in the
 6   foregoing proceeding was by me sworn to testify to the
 7   truth, the whole truth and nothing but the truth;
 8   That said proceeding was taken down by me by stenotype
 9   at the time and place therein stated and thereafter
10   transcribed under my direction into computerized
11   transcription.
12   I further certify that I am not of counsel nor attorney
13   for nor related to the parties hereto, nor am I in any
14   way interested in the outcome of this action.
15   Further, that if the foregoing pertains to
16   the original transcript of a deposition in a federal
17   case, before completion of the proceedings, review of
18   the transcript [ X ] was [  ] was not requested.
19   In compliance with section 8016 of the Business and
20   Professions Code, I certify under penalty of perjury
21   that I am a certified shorthand reporter with license
22   number 13445 in full force and effect.
23   Witness my hand this October 15, 2021.
24                                _____
25                                DEREK L. HOAGLAND, CSR #13445
```