# EXHIBIT C

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF ARKANSAS
 2                    FAYETTEVILLE DIVISION

 3                                          )
   JILL DILLARD, JESSA SEEWALD,             )
 4 JINGER VUOLO, and JOY DUGGAR,            )
                                            )
 5            PLAINTIFFS,                   )
                                            )
 6 VS.                                      )
                                            ) CASE NO.
 7 CITY OF SPRINGDALE, ARKANSAS;            ) 5:17-5089-TLB
   WASHINGTON COUNTY, ARKANSAS;             )
 8 KATHY O'KELLEY, in her individual        )
   and official capacities;                 )
 9 ERNEST CATE, in his individual           )
   and official capacities; RICK            )
10 HOYT, in his individual and              )
   official capacities; STEVE ZEGA,         )
11 in his official capacity;                )
   BAUER PUBLISHING COMPANY, L.P.;          )
12 BAUER MAGAZINE, L.P.; BAUER MEDIA        )
   GROUP, INC.; BAUER, INC.;                )
13 HEINRICH BAUER NORTH AMERICA,            )
   INC.; BAUER MEDIA GROUP USA, LLC;        )
14 and DOES 1-10, inclusive                 )
                                            )
15            DEFENDANTS.                   )

16

17 ORAL AND VIDEOTAPED DEPOSITION VIA VIDEOCONFERENCE OF

18                       JILL DILLARD

19                   SEPTEMBER 1, 2021
```



www.ArkansasRealtimeReporting.com

```
 1       ORAL AND VIDEOTAPED DEPOSITION OF JILL DILLARD,
 2   produced as a witness at the instance of the
 3   Defendants, and duly sworn remotely was taken in the
 4   above-styled and numbered cause on the 1st day of
 5   September, 2021, from 10:04 to 5:47, before Dee Ann
 6   Adkins, CCR in and for the State of Arkansas, reported
 7   by machine shorthand, via video conference, pursuant
 8   to the Federal Rules of Civil Procedure.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1  A.     Yes, sir.
 2  Q.     Who would that have been?
 3  A.     Julia Mason and Chad Gallagher, I believe.
 4  Q.     Okay.  Did they work together, or are they in
 5  separate offices or companies?
 6  A.     Separate.
 7  Q.     Where is Julia Mason based?
 8  A.     I believe in Nashville.
 9  Q.     And Chad Gallagher is there in Northwest
10  Arkansas, right?
11  A.     No, sir.
12  Q.     He's in California?
13  A.     No, sir.
14  Q.     Where is located?
15  A.     In Fouke, Arkansas, I think.
16  Q.     Okay.  How did y'all get -- end up hiring
17  Julia Mason and Chad Gallagher as your agents?  How
18  did you come into contact with them?
19  A.     We didn't really hire them at first.
20  Q.     Okay.  Who -- who did?
21  A.     I'm confused.  So, the two separate things.
22  Q.     So I asked you how you came in contact with
23  them, and you said you didn't hire them.  How did you
24  come into contact with them?
25  A.     Yes, sir.  So Chad Gallagher was like a friend
```



```
 1  of my dad's, I guess, so my dad --
 2  Q.    Okay.
 3  A.    -- used him for stuff before we got married.
 4  and then he was handling stuff, like, for my dad, and
 5  I hadn't necessarily hired him for that.
 6              Once Derek and I got married in 2014,
 7  then is when he kind of transitioned into that role
 8  for us, I guess.  Like, and then at that point, I
 9  don't remember, yeah, if we, like, officially hired
10  him or what.  At what point that happened, I don't
11  know.  And then Julia Mason was last year and, yeah,
12  it was different setups, yeah.
13  Q.    Yeah.  How did that work with Julia?
14  A.    Derek was asking -- he asked somebody, a
15  friend, for a reference and got her contact
16  information that way.
17  Q.    Okay.  And what did y'all hire her to do?
18  A.    Well, we didn't, like, technically hire her.  It
19  was a contingent thing.  So, like, if we'd gotten a
20  deal, then she would have represented us, I guess, and
21  made a portion of that.  It was contingent.
22  Q.    Yeah.  Did she set up -- ultimately set up any
23  deals for you?
24  A.    No, sir.
25  Q.    Okay.  Why was that?  Why was -- from your
```



```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION

                                        )
JILL DILLARD, JESSA SEEWALD,            )
JINGER VUOLO, and JOY DUGGAR,           )
                                        )
            PLAINTIFFS,                 )
                                        )
VS.                                     )
                                        ) CASE NO.
CITY OF SPRINGDALE, ARKANSAS;           ) 5:17-5089-TLB
WASHINGTON COUNTY, ARKANSAS;            )
KATHY O'KELLEY, in her individual       )
and official capacities;                )
ERNEST CATE, in his individual          )
and official capacities; RICK           )
HOYT, in his individual and             )
official capacities; STEVE ZEGA,        )
in his official capacity;               )
BAUER PUBLISHING COMPANY, L.P.;         )
BAUER MAGAZINE, L.P.; BAUER MEDIA       )
GROUP, INC.; BAUER, INC.;               )
HEINRICH BAUER NORTH AMERICA,           )
INC.; BAUER MEDIA GROUP USA, LLC;       )
and DOES 1-10, inclusive                )
                                        )
            DEFENDANTS.                 )
```

                    REPORTER'S CERTIFICATION

       ORAL AND VIDEOTAPED DEPOSITION OF JILL DILLARD

                      AUGUST 31, 2021

     I, Dee Ann Adkins, Certified Court Reporter in and for the State of Arkansas, hereby certifies the following:

     That the witness, JILL DILLARD, was duly sworn remotely by me and that the transcript of the oral deposition is a true record of the testimony given by



www.ArkansasRealtimeReporting.com

```
 1  the witness;
 2       I further certify that pursuant to FRCP Rule
 3  30(e)(1) that the signature of the deponent was
 4  requested by the deponent or a party before the
 5  completion of the deposition and returned within 30
 6  days from date of receipt of the transcript.
 7       If returned, the attached Changes and Signature
 8  Page contains any changes and the reasons therefor;
 9       I further certify that I am neither attorney nor
10  counsel for, related to, nor employed by any of the
11  parties to the action in which this proceeding was
12  taken.
13       Further, I am not a relative or employee of any
14  attorney of record in this cause, nor do I have a
15  financial interest in the action.
16       Subscribed and sworn to on this the 10th day
17  of September, 2021.
18
19                  s/Dee Ann Adkins
20                  Dee Ann Adkins, CCR, CSR
21                  Certificate #477, State of Arkansas
22                  Arkansas Realtime Reporting
23                  1130 E. Millsap Rd
24                  Fayetteville, AR 72703
25                  479-301-2040
```



www.ArkansasRealtimeReporting.com

CHANGES AND SIGNATURE

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 19 | 15 | DeQueen, Arkansas | Currently states "Fouke, Arkansas" |
| 36 | 13 | Jim Holt | Currently states "Jim Holts" |
| 37 | 18 | Query | Currently states "Cleary" |
| 208 | 6 | I was-I was awake... | Currently states "I was-- I wasn't awake" |

I, JILL DILLARD, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

*Jill Dillard*

JILL DILLARD

