# EXHIBIT E

In the Matter Of:

JILL DILLARD

vs

CITY OF SPRINGDALE

---

**JINGER VUOLO**

*September 20, 2021*

---



Phone: 479-559-2866
Toll-Free: 800-259-7095
Fax: 479-559-2848

581 Madison 1539
Huntsville, Arkansas 72740
www.ArkansasRealtimeReporting.com

```
 1                IN THE UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF ARKANSAS
 2                        FAYETTEVILLE DIVISION

 3   JILL DILLARD, JESSA SEEWALD,          )
     JINGER VUOLO, and JOY DUGGAR,         )
 4              PLAINTIFFS,                )
     VS.                                   )
 5   CITY OF SPRINGDALE, ARKANSAS;         )
     WASHINGTON COUNTY, ARKANSAS;          ) CASE NO.
 6   KATHY O'KELLEY, in her Individual     ) 17-CV-05089-TLB
     and Official Capacities; ERNEST       )
 7   CATE, in his Individual and           )
     Official Capacities; RICK HOYT,       )
 8   in his Individual and Official        )
     Capacities; STEVE ZEGA, in his
 9   Official Capacity;
     Does 1-10, Inclusive,
10              DEFENDANTS.

11         -----------------------------------

12           ORAL AND VIDEOTAPED DEPOSITION OF

13                      JINGER VUOLO

14                   September 20, 2021

15         -----------------------------------

16

17          ORAL AND VIDEOTAPED DEPOSITION OF JINGER

18   VUOLO, produced as a witness at the instance of the

19   DEFENDANTS, and duly sworn, was taken in the

20   above-styled and numbered cause on the 20th day of

21   September, 2021, from 10:02 a.m. to 3:25 p.m., before

22   Tammie L. Foreman, CCR in and for the State of

23   Arkansas, RPR, CRR, reported by machine shorthand, via

24   audio-video conference, pursuant to the Federal Rules

25   of Civil Procedure.
```



www.ArkansasRealtimeReporting.com

1  sisters, right?
2  A.   I don't know.
3  Q.   Okay.  Did you ever see paparazzi before the
4  redacted disclosures in this case?
5  A.   No.  Not that I recall.
6  Q.   Okay.  Do you know who Sherry Thompson is?
7  A.   I don't know.
8  Q.   Prior to the redacted disclosures in this case,
9  were you ever present when Josh's molestations were
10 discussed with anyone other than the immediate Duggar
11 family?
12 A.   No.
13 Q.   Do you know who Sherry Townsend is?
14 A.   No.
15 Q.   Did Chad Gallagher know about the molestations
16 prior to the redacted disclosures?
17            MR. BLEDSOE:  Object to the form.
18 A.   I don't know.
19 Q.   Okay.  You understand that a babysitter was also
20 molested; is that right?
21 A.   Yes.
22 Q.   Do you have any idea who she may have told about
23 it?
24 A.   No.
25            MR. BLEDSOE:  Hey, Jason, while you're



www.ArkansasRealtimeReporting.com

REPORTER CERTIFICATION

STATE OF ARKANSAS    )

COUNTY OF PULASKI    )

I, TAMMIE L. FOREMAN, Certified Court Reporter in and for the aforesaid county and state, do hereby certify to the following:

1) The foregoing deposition was taken before me at the time and place stated in the foregoing styled cause with the appearances as noted;

2) Being a Certified Court Reporter, I then reported the deposition in Stenotype to the best of my skill and ability, and the foregoing pages contain a full, true, and correct transcript of my said Stenotype notes then and there taken;

3) I am not in the employ of and am not related to any of the parties or their counsel, and I have no interest in the matter involved;

4) Signature of the witness is not waived.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office this 30th of September, 2021.

_____
TAMMIE L. FOREMAN, CCR, RPR, CRR
LS Certificate #305, State of Arkansas
Arkansas Realtime Reporting
701 West 7th Street
Little Rock, Arkansas
501-725-7963
www.ArkansasRealtimeReporting.com
Tammie@ArkansasRealtimeReporting.com



www.ArkansasRealtimeReporting.com