# EXHIBIT F

>                IN THE UNITED STATES DISTRICT COURT
>                   WESTERN DISTRICT OF ARKANSAS
>                       FAYETTEVILLE DIVISION
>
> JILL DILLARD, JESSA SEEWALD,                          PLAINTIFFS
> JINGER VUOLO, and JOY DUGGAR
>
> V.                CASE NO. 5:17-CV-05089-TLB
>
> CITY OF SPRINGDALE, ARKANSAS;                         DEFENDANTS
> WASHINGTON COUNTY, ARKANSAS;
> KATHY O'KELLEY, in her individual and
> official capacities;
> ERNEST CATE, in his individual and official
> capacities; RICK HOYT, in his individual and
> official capacities; STEVE ZEGA, in his official
> capacity; DOES 1-10, inclusive
> _____
>
>         ORAL VIDEOCONFERENCE AND VIDEOTAPED DEPOSITION OF
>                     JOY ANNA DUGGAR FORSYTH
>                         AUGUST 30, 2021
> _____
>
>         ORAL VIDEOCONFERENCE AND VIDEOTAPED DEPOSITION
> of JOY ANNA DUGGAR FORSYTH, produced as a witness at the
> instance of the Defendants, and duly sworn, was taken in
> the above-styled and numbered cause on the 30th day of
> August, 2021, from 10:01 a.m. to 3:38 p.m., before
> Natanya Riddle, CCR in and for the State of Arkansas,
> reported by machine shorthand method in Fayetteville,
> Arkansas (virtually), pursuant to the Federal Rules of
> Civil Procedure and the provisions stated on the record.

25



www.ArkansasRealtimeReporting.com

1   it's going to be released," and my dad came and told all
2   of us girls.  He's like, "I'm so sorry.  There's nothing
3   we can do.  I've tried to talk to them, and they're
4   going to release this."
5               So I think it was that -- the same day, he
6   told us.
7   Q.   It was released the same day -- as you understand
8   it, it was released the same day he came and talked to
9   you?
10  A.   Yes.  Either that day or the following morning.  I
11  can't remember correctly.
12  Q.   When he said, "We tried to talk to them," did he
13  indicate who he had tried to talk to?
14  A.   I don't remember names.  I know whoever notified
15  him is the person that he had talked to.
16  Q.   I see.  Did y'all have an agent at that time?
17  A.   I personally did not.  My family as a whole did,
18  though.
19  Q.   Who was that?
20  A.   Chad Gallagher.  He was our PR guy.
21  Q.   Okay.  Is -- is he the one that notified your dad
22  about the report's imminent release?
23  A.   No.  I think it was -- I think it was somebody
24  else.
25  Q.   Okay.  What do you remember about the disclosure



www.ArkansasRealtimeReporting.com

1      COURT REPORTER CERTIFICATION
2
3              I, NATANYA RIDDLE, Certified Court Reporter
4      and Notary Public in and for the State of Arkansas, do
5      hereby certify that prior to the commencement of the
6      examination, JOY ANNA DUGGAR FORSYTH was duly sworn by
7      me to testify to the truth, the whole truth, and nothing
8      but the truth.
9              I DO FURTHER CERTIFY that the foregoing is
10     a verbatim transcript of the testimony as taken
11     stenographically by and before me at the time, place,
12     and on the date hereinbefore set forth, to the best of
13     my ability.
14             I DO FURTHER CERTIFY that I am neither a
15     relative, nor employee, nor attorney to any of the
16     parties in this action, and that I am neither a
17     relative, nor employee of such attorney or counsel, and
18     that I am not financially interested in the action.
19
20
21     _____  [Natanya Riddle signature and notary seal: NATANYA RIDDLE, Notary Public-Arkansas, Benton County, My Commission Expires 05-04-2025, Commission # 12694005]
22     NATANYA RIDDLE, CCR, RPR
23     LS Certificate #766, State of Arkansas
24     Notary Public in and for the State of Arkansas
25     Dated: September 16, 2021