IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JILL DILLARD; JESSA SEEWALD;
JINGER VUOLO; and JOY DUGGAR                                                        PLAINTIFFS

V.                              CASE NO. 5:17-CV-5089

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
KATHY O'KELLEY, in her individual and
official capacities; ERNEST CATE, in his
individual and official capacities; and RICK HOYT,
in his individual and official capacities                                           DEFENDANTS

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 9th day of February, 2022.

                                                                    _____
                                                                    TIMOTHY L. BROOKS
                                                                    UNITED STATES DISTRICT JUDGE